# EXHIBIT C

FILED
12/10/2025 6:18 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:25-cv-03400-D    Document 1-5    Filed 12/11/25    Page 2 of 136    PageID 18

CAUSE No. CC-25-09714-D

| | | |
|---|---|---|
| MARTA SHUMYLO, INDIVIDUALLY, | § | |
| AND A.K., a minor (DECEASED), BY AND | § | |
| THROUGH HEIR, MARTA SHUMLYLO, | § | |
| NATALIIA NIKITSKA, INDIVIDUALLY, | § | |
| AND D.N., a minor (DECEASED), BY AND | § | IN THE COUNTY COURT |
| THROUGH HEIR NATALIIA NIKITSKA, | § | |
| VALENTINA TSVITOK, INDIVIDUALLY, | § | |
| AND T.T., a minor (DECEASED), BY AND | § | |
| THROUGH HEIR, VALENTINA TSVITOK, | § | AT LAW NO. ___ OF |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | DALLAS COUNTY, TEXAS |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED, ADVANCED MICRO | § | |
| DEVICES, INC., INTEL CORPORATION, | § | |
| MOUSER ELECTRONICS, INC., and DOES | § | |
| 1-100 | § | |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND**

ORIGINAL PETITION                                                                 Page 1

PLAINTIFFS Marta Shumylo, individually; A.K., a minor (deceased), by and through heir, Marta Shumylo; Nataliia Nikitska, individually; D.N., a minor (deceased), by and through heir, Nataliia Nikitska; Valentina Tsvitok, individually; and T.T., a minor (deceased), by and through heir, Valentina Tsvitok (collectively, "Plaintiffs") complaining of Texas Instruments Incorporated ("Texas Instruments" or "TI"), Advanced Micro Devices, Inc. ("AMD"), Intel Corporation ("Intel"), and Mouser Electronics, Inc. ("Mouser Electronics" or "Mouser") (collectively, "Defendants") and for causes of action would respectfully show the Court the following:

**Contents**

I.    INTRODUCTION AND NATURE OF THE CASE ........................................................5

II.   DISCOVERY CONTROL PLAN ...............................................................................8

III.  RELIEF REQUESTED ...............................................................................................8

IV.   PARTIES ....................................................................................................................8

V.    JURISDICTION AND VENUE ..............................................................................10

      A.    General Jurisdiction ....................................................................................10

      B.    Specific Jurisdiction ...................................................................................14

      C.    Venue ...........................................................................................................16

VI.   UKRAINE IS NOT A SAFE OR ADEQUATE ALTERNATIVE FORUM ...................16

VII.  DETAILED FACTUAL BACKGROUND ...............................................................18

      A.    Defendants Owe a Common-Law Duty of Care Under Texas Law to
            Ukrainians Including Plaintiffs ..................................................................18

      B.    Defendants' Duty to the Ukrainian People Required Defendants To Establish
            Adequate Compliance Protocols To Ensure Their Semiconductors Were Not
            Used To Facilitate Unlawful Military Attacks on Civilians ......................38

      C.    Defendants' Breached Their Duty of Care Through the Sale of
            Semiconductor Components to Arms Dealers Who Supplied Russia With
            Critical Weapons Components to Use Against Ukrainian Civilians ...........40

      D.    Defendants Knew of Their Diversion Failures Despite Having Extensive
            Notice of Risks and Compliance Duties .....................................................61

VIII. DEFENDANTS ARMED RUSSIA WITH PRECISION WEAPON COMPONENTS
      FOR SPECIFIC ATTACKS HARMING PLAINTIFFS ...........................................86

      A.    Plaintiffs' Injuries ......................................................................................86

      B.    Plaintiffs' Claims Are Timely ....................................................................89

IX.   CAUSES OF ACTION ...........................................................................................91

      Count One – Negligence (Manufacturers) ...........................................................91

      Count Two – Negligence (Mouser) .......................................................................93

Count Three – Negligence Per Se (All Defendants) ............................................. 94

Count Four – Gross Negligence (All Defendants) .............................................. 95

Count Five – Conspiracy to Evade and/or Violate Export Restrictions to Iran and Russia (All Defendants) ....................................................................... 95

Count Six – Assisting and Encouraging Tortious Conduct (All Defendants) ................... 97

Count Seven – Fraudulent Concealment by Nondisclosure (All Defendants) ................... 99

Count Eight – Joint Enterprise (All Defendants) .............................................. 100

Count Nine– Wrongful Death (All Defendants) ................................................ 102

Count Ten– Survival Action (All Defendants) ................................................. 103

X.      DAMAGES ................................................................................ 104

XI.     DEMAND FOR JURY TRIAL ................................................................ 105

XII.    PRAYER FOR RELIEF .................................................................... 105

## I.    INTRODUCTION AND NATURE OF THE CASE

1.      Plaintiffs are Ukrainian civilians who were injured or lost loved ones in Russian missile and drone attacks on civilian targets in Ukraine.

2.      During the 30 years leading up to Russia's 2022 attack on Ukraine, the United States entered into statements, memoranda and treaties with Ukraine and enacted a set of laws that protected the Ukrainian citizens from armed attack in exchange for them giving up their nuclear warfare protections.

3.      The U.S. laws banned U.S. technology companies from selling their technology, directly or indirectly, to Iran and Russia, and companies located in those nations, for all purposes, including assisting those nations from conducting terrorism and warfare against the United States and its allies, including Ukraine and its citizens.

4.      The U.S. laws imposed a duty on U.S. technology companies to exercise reasonable care, including but not limited to identifying and resolving distribution red flags, to making sure that they did not sell their technology, directly or indirectly through intermediaries, to Iran and Russia, and companies located in those two countries, which those nations could use to wage terrorism and war on the rest of the world.

5.      The U.S. technology companies' duties extended especially to Ukraine and its citizens, who gave up their nuclear protections in order to receive these security safeguards from the United States attack in exchange for them giving up their nuclear warfare protections.

6.      The Defendants—Texas semiconductor manufacturers and distribution conduits—armed the Russian military by selling semiconductor components, including microchips, processors, and programmable devices that Russia used as critical components in weapons systems for its attacks on Ukraine and its citizens.

ORIGINAL PETITION                                                                                    Page 5

7.      This action arises from domestic corporate negligence by Defendants—specifically, failures in their U.S.-based and Texas-connected export-control, sanctions-compliance, distributor-screening, and diversion-prevention systems—that foreseeably allowed Defendants' semiconductor components to be illegally diverted, including by foreseeable third parties, to Russia and Iran and incorporated into precision-guided munitions and drones deployed against civilians.

8.      This complaint seeks to remedy that harm and recover the damages the Plaintiff Ukrainian citizens suffered at the hands of Russia and Iran, and their technology suppliers, Defendants Texas Instruments, AMD, Intel, and distribution facilitator Mouser. These companies, through their willful ignorance of Russian and Iranian diversion of their products, have chosen to maximize profit ahead of and in favor of their duties to take reasonable, and legally required, steps to keep their products out of the wrong hands.

9.      As stated on September 10, 2024 by Senator Richard Blumenthal, as-Chairman of the Senate Permanent Subcommittee on Investigations: "Every day, millions of dollars are made by manufacturers and distributors from chips like the ones that run Kh-101 missile and other Russian weapons...Despite two years of savage, criminal aggression, and two years of sanctions, American technology is still fueling Russia's murderous war against Ukraine. The illicit flood of semiconductors into Russia is enabled by the knowing neglect or willful ignorance of American companies. It borders on intentional disregard."[1]

---

[1] Sen. Richard Blumenthal, Opening Statement at Hearing on *The U.S. Technology Fueling Russia's War in Ukraine: How and Why*, S. Permanent Subcomm. on Investigations, 118th Cong. (Sept. 10, 2024), https://www.hsgac.senate.gov/wp-content/uploads/2024.09.10-Chair-Blumenthal-Opening-Statement.pdf.

10.     Plaintiffs bring Texas state-law claims only, including negligence, negligence per se, gross negligence, conspiracy to evade and/or violate export restrictions to Iran and Russia, assisting and encouraging tortious conduct, fraudulent concealment by nondisclosure, joint enterprise, wrongful death, and survival. Plaintiffs do not assert any federal cause of action, international-law claim, or foreign-policy-based claim. Plaintiffs do not bring claims under the Alien Tort Statute, do not allege violations of international law, and assert only domestic state-law tort claims

11.     Plaintiffs do not ask this Court to adjudicate foreign policy, military strategy, or international relations. Plaintiffs seek to hold Texas-connected U.S. corporations accountable under Texas law for their own domestic conduct and omissions.

12.     Defendants had extensive notice from government agencies, public advisories, forensic investigations, and media reporting that their products were being diverted to Russian and Iranian weapons programs. Despite that notice, Defendants failed to implement and enforce reasonable measures to prevent such diversion, in breach of their duties of care.

13.     As a result, Defendants' semiconductor components foreseeably powered missiles and drones that struck Plaintiffs' homes, workplaces, hospitals, and communities, causing death, severe injury, and widespread devastation.

14.     Upon information and belief, Defendants' products were found in weapons used in specific attacks that injured or killed Plaintiffs on April 4, 2025 in Kryvyi Rih, Ukraine. In the attack, Russia hit several sites in Kryvyi Rih. Specifically, Defendants' semiconductor components powered Iskander-M ballistic missiles and drones that Russia used to attack Ukrainian citizens on

April 4, 2025, in Kryvyi Rih, Ukraine.[2] This strike killed Plaintiff A.K., the daughter of Plaintiff Marta Shumylo; Plaintiff D.N., the son of Plaintiff Nataliia Nikitska; and Plaintiff T.T., the grandson of Plaintiff Valentina Tsvitok.

15.    As stated by Senator Blumenthal on September 10, 2024, months before this attack, to Intel, AMD, and Texas Instruments representatives: "Looking the other way when you know your products continue to empower Russian slaughter is not just morally dubious, it is against the law. We expect more from the American companies."[3]

## II.    DISCOVERY CONTROL PLAN

16.    Plaintiffs intend that discovery be conducted under Discovery Level 3 pursuant to Texas Rule of Civil Procedure 190.4 and request that the Court enter a discovery control plan order tailored to the circumstances of this suit.

## III.    RELIEF REQUESTED

17.    Plaintiffs seek monetary relief over $1,000,000, excluding interest, statutory or exemplary damages and penalties, attorney fees, and court costs. Tex. R. Civ. P. 47(c)(4).

## IV.    PARTIES

18.    Plaintiffs are Ukrainian citizens who reside in Ukraine and/or abroad as displaced persons. Each Plaintiff or decedent was harmed in the attack described herein.

---

[2] https://www.reuters.com/world/europe/russian-missile-hits-residential-area-ukraines-kryvyi-rih-kills-12-2025-04-04/

[3] Sen. Richard Blumenthal, Opening Statement at Hearing on *The U.S. Technology Fueling Russia's War in Ukraine: How and Why*, S. Permanent Subcomm. on Investigations, 118th Cong. (Sept. 10, 2024), https://www.hsgac.senate.gov/wp-content/uploads/2024.09.10-Chair-Blumenthal-Opening-Statement.pdf.

19. Defendant Texas Instruments Incorporated is a Texas corporation with its principal place of business located in Dallas, Texas. Texas Instruments manufactures and sells semiconductor components and related components worldwide.

20. Defendant Advanced Micro Devices, Inc. (AMD) is a Delaware corporation. While AMD identifies Santa Clara, CA as its corporate headquarters, AMD's principal place of business is located in Austin, Texas because that is where the nucleus of decision-making and operation occurs. AMD maintains and conducts significant operations in Austin, Texas, where it manufactures and sells processors, Field Programmable Gate Arrays ("FPGAs") (through its acquired Xilinx business), and related components worldwide.

21. Defendant Intel Corporation is a Delaware corporation with its principal place of business located in Santa Clara, California. Intel is "at home" in several states including Texas, where Intel maintains and conducts significant operations at its R&D campus in Austin, and, during much of the relevant period, owned Altera, a major FPGA manufacturer whose semiconductor components are widely documented in Russian weapons systems.

22. Defendant Mouser Electronics, Inc. is a Delaware corporation with its principal place of business in Mansfield, Texas. Mouser is a company that sells and distributes semiconductor components and facilitated sending TI, AMD, and Intel's semiconductor components to Iran and Russia on behalf of TI, AMD, and Intel.

23. Plaintiffs sue DOES 1-100 as unknown entities and individuals who may have participated in Defendants' distribution, export, and diversion chains. Plaintiffs will amend this Petition as needed once their identities become known.

24. Plaintiff Marta Shumylo is the mother of Plaintiff A.K., a minor, deceased. She brings this action in her individual capacity as mother and as heir of A.K. for all claims asserted

herein, including wrongful death under Tex. Civ. Prac. & Rem. Code § 71.002 and survival under § 71.021. No administration of A.K.'s estate is pending, and none is necessary.

25.     Plaintiff Nataliia Nikitska is the mother of Plaintiff D.N., a minor, deceased. She brings this action in her individual capacity as mother and as heir of D.N. for all claims asserted herein, including wrongful death under Tex. Civ. Prac. & Rem. Code § 71.002 and survival under § 71.021. No administration of D.N.'s estate is pending, and none is necessary.

26.     Plaintiff Valentina Tsvitok is the grandmother of Plaintiff T.T., a minor, deceased. She brings this action in her individual capacity as a grandmother and as heir of T.T. for all claims asserted herein, including wrongful death under Tex. Civ. Prac. & Rem. Code § 71.002 and survival under § 71.021. No administration of T.T.'s estate is pending, and none is necessary.

## V.     JURISDICTION AND VENUE

27.     This Court has subject-matter jurisdiction over this case pursuant to Tex. Gov't Code Ann. § 24.007(b).

28.     Jurisdiction is proper because the tortious conduct giving rise to Plaintiffs' claims occurred, in substantial part, within Texas. Defendants' Texas-based decisions regarding compliance, distributor approvals, inventory releases, shipment authorizations, and diversion-prevention failures were substantial factors in causing the injuries suffered abroad. Texas is the operational locus of the wrongful conduct, and the harms in Ukraine were the foreseeable consequences of Defendants' domestic acts.

### A.     General Jurisdiction

29.     This Court has personal jurisdiction over Texas Instruments because it is incorporated in Texas, its principal place of business is in Dallas County, and it conducts business in Texas, including Dallas County. Defendant's domestic conduct in Texas—including policy decisions, compliance oversight, distributor approvals, and shipment authorizations—was a

substantial factor in the unlawful diversion of semiconductor components abroad, creating a direct jurisdictional nexus.

30.     Although AMD lists Santa Clara as its headquarters, AMD's "nerve center"—the location where its high-level officers direct, control, and coordinate the company's activities—is in Austin, Texas. Thus, AMD's principal place of business under *Hertz Corp. v. Friend*, 559 U.S. 77 (2010), is Austin.

31.     This Court has personal jurisdiction over AMD because it continuously and systematically conducts business in Texas, including its nerve center s in Austin. AMD's Texas operations include oversight and development of processors and FPGAs whose diversion is at issue in this case. While this Court should find that AMD's principal place of business is Austin, Texas, AMD at the very least is "at home" in Texas such that AMD is subject to general personal jurisdiction in Texas. AMD has a continuous and systematic presence in the state where high-level decisions and operations are directed and conducted, which include the following:

   a.  AMD has 6 offices in Texas including 4 offices in Austin, 1 office in Addison, and 1 office in Spring. AMD has more offices in Texas than in any other individual state in the United States.

   b.  AMD has been continuously in Austin, Texas since 2008.

32.     In 2008, AMD launched its 870,000 square foot, 58-acre "Lone Star" campus in Austin. In a press release announcing the new campus, AMD's then-CEO explained that the Austin campus was launched to be "closer to our employee base."[4]

---

[4] AMD Press Release: AMD Opens New Austin Campus (June 16, 2008), https://ir.amd.com/news-events/press-releases/detail/414/amd-opens-new-austin-campus.

a. Today, AMD has approximately 3,000 employees in Austin, Texas. The employee headcount in Austin, Texas is more than twice the employee headcount at any other location in the United States.

33. AMD's executive team is primarily located in Austin, Texas. Of the six highest ranking officers at AMD, four are located in Austin, Texas including Dr. Lisa Su (Chair and CEO); Phil Guido (Executive Vice President and Chief Commercial Officer); Forrest Norrod (Executive Vice President and General Manager of Data Center Solutions Business Group); and Mark Papermaster (Executive Vice President and Chief Technology Officer). Of the 18 senior vice presidents at AMD, at least 5 are located in Austin, Texas including Mark Fuselier (Senior Vice President, Technology and Product Engineering); Robert Gama (Senior Vice President, Chief Human Resources Officer); Jack Huynh (Senior Vice President and GM, Computing and Graphics Group); Keivan Keshvari (Senior Vice President, Global Operations & Quality); and Jane Roney (Senior Vice President, Business Operations).

34. AMD maintains and conducts significant operations in Austin, Texas, where it manufactures and sells processors, FPGAs (through its acquired Xilinx business), and related components worldwide. AMD's Texas-based decision-making, export-compliance oversight, and distributor coordination were integral steps that enabled the diversion of AMD semiconductor components abroad and were a substantial factor in causing Plaintiffs' injuries. AMD's domestic conduct and Texas-based operational decisions were not incidental; they were central to the supply-chain, oversight, and compliance failures that foreseeably resulted in harm abroad.

35. Alternatively, even if the Court declines to find Texas as AMD's principal place of business, AMD's continuous, systematic, and substantial operations in Texas render it 'at home' here for general jurisdiction purposes

36.     AMD has also availed itself of the judicial system in Texas by seeking affirmative relief in state and federal courts in Texas.

37.     This Court has personal jurisdiction over Intel because it continuously and systematically conducts business in Texas, including through its Austin R&D center, which is Intel's operational headquarters such that Intel is "at home" in Texas.

38.     Intel's Austin campus functions as an operational headquarters for major divisions of the company, including R&D oversight, chip design, and FPGA development. In fact, Intel states on its website that it "is proud to call Texas home" and touts its Texas home-state presence with $15.8 million in charitable donations to Texas schools and nonprofits over the past five years and with its Texas employees contributing more than 48,000 volunteer hours in Texas since 2017. Intel's continuous and systematic presence in the state where high-level decisions and operations are directed and conducted.

39.     Intel has been continuously in Texas for more than two decades.

40.     Intel identifies its Austin campus as "an important research and development center for Intel technology."

41.     Intel has more than 1,400 employees at the Austin campus.

42.     While Intel has locations all over the world, Intel only has executive officers and directors located in a few states including Texas. Intel's Executive Vice President and General Manager of the Data Center Group, Kevork Kechichian, is located in Austin, Texas.

43.     Intel maintains and conducts significant operations at its R&D campus in Austin, Texas, and, during much of the relevant period, owned Altera, a major FPGA manufacturer whose highly programmable semiconductor components are widely documented in Russian weapons systems. Intel's Texas-based operations—including device design, supply-chain oversight,

distributor approvals, and compliance decision-making—materially contributed to the diversion of Intel components overseas and were a substantial domestic cause of the harm suffered by Plaintiffs. Intel's U.S.-based operational decisions, including those made in Texas, were substantial steps in the chain of conduct that predictably enabled diversion, making Texas a proper forum for adjudication.

44.     This Court has personal jurisdiction over Mouser because its principal place of business is located in Texas, Mouser has a continuous and systematic presence in Texas, and Mouser's Texas headquarters was involved in distributing microchips from Texas into Iran and Russia, where the Russian military has used the Texas-sourced components to injure and kill Ukrainian civilians. Mouser's Texas-based distribution decisions and logistics operations were a substantial domestic component of the misconduct that foreseeably contributed to Plaintiffs' injuries abroad. The foreign injuries were the foreseeable and natural consequences of Mouser's Texas-based decisions.

### B.    Specific Jurisdiction

45.     In addition to general jurisdiction, this Court has specific jurisdiction over all Defendants because Plaintiffs' claims arise directly from defendants' specific, purposeful actions with Texas. Defendants Texas Instruments, AMD, and Intel failed to prevent diversion of their semiconductor components through their purposeful conduct with Mouser in Texas.

46.     The Defendants Texas Instruments, AMD, and Intel purposefully availed themselves of Texas' benefits by conspiring with Defendant Mouser, based in Texas, to get around, evade, and/or violate export laws designed to prevent diversion of U.S. semiconductor components to Iran and the Russian military.

47.    Thus, Plaintiffs' claims arise out of or relate to Defendants' contacts with Texas, satisfying the nexus requirement articulated in *Ford Motor Co. v. Montana Eighth Jud. Dist. Ct.*, 592 U.S. 351, 362 (2021).

48.    Plaintiffs' claims arise solely from domestic acts undertaken in Texas—not from any foreign conduct by foreign actors.

49.    The wrongful conduct complained of is Defendants' Texas-based failure to implement adequate export-controls, distributor screening, and diversion-prevention systems—conduct that directly caused the injuries abroad.

50.    Although AMD has shipped semiconductor components to Iran and Russia through multiple distributors, at all relevant times, AMD purposefully conspired with Texas-based Mouser to facilitate sending semiconductor components from Texas into Iran and Russia, where the Russian military has used the Texas-sourced components to injure and kill Ukrainian civilians.

51.    Although Intel has shipped semiconductor components to Iran and Russia through multiple distributors, at all relevant times Intel failed to prevent diversion by purposefully conspiring with Texas-based Mouser to facilitate sending these components from Texas into Iran and Russia, where the Russian military has used the Texas-sourced components to injure and kill Ukrainian civilians. Although Intel has shipped semiconductor components to Russia through multiple distributors, at all relevant times Intel purposefully conspire with Texas-based Mouser to facilitate sending these components from Texas into Russia, where the Russian military has used the Texas-sourced components to injure and kill Ukrainian civilians.

52.    Although Texas Instruments has shipped semiconductor components to Iran and Russia through multiple distributors, at all relevant times Texas Instruments purposefully conspired with Texas-based Mouser to facilitate sending these components from Texas into Iran

and Russia, where the Russian military has used the Texas-sourced components to injure and kill Ukrainian civilians.

### C.   Venue

53.   Venue is proper in Dallas County, Texas, because Defendant Texas Instrument's principal place of business is in Dallas County. Tex. Civ. Prac. & Rem. Code § 15.002(a)(3). Because venue is proper as to Texas Instruments, venue as to all Defendants is proper under § 15.005.

## VI.   UKRAINE IS NOT A SAFE OR ADEQUATE ALTERNATIVE FORUM

54.   Ukraine remains an active war zone subjected to continuous missile and drone attacks targeting residential buildings, commercial structures, critical infrastructure, and government facilities.

55.   Ukrainian courts and administrative buildings have been threatened or damaged by Russian attacks. Court proceedings are frequently disrupted by air-raid alerts, blackouts and infrastructure damage.

56.   Requiring Plaintiffs, witnesses, attorneys, or court staff to litigate this case in Ukraine would expose them to serious and ongoing risks of injury or death and would severely impair the fair and efficient administration of justice.

57.   Ukrainian courts lack compulsory jurisdiction over Texas-based Defendants and cannot compel production of Defendants' Texas-held documents and witnesses, whereas Texas courts can.

58.   The Ukrainian justice system is a target of multiple corruption probes, raising an inference that the judiciary cannot be counted on to provide a fair and just resolution of these claims, including the following facts:

a. A 2025 European Commission report stated that recent "developments cast doubts on Ukraine's commitment to its anti-corruption agenda" and that "[t]he number of internal corruption reports received by the National Agency on Corruption Prevention (NACP) has increased considerably."[5]

b. The Global Press Journal reported in June 2025 that "Ukrainian lawmakers have struggled to reform a corrupt judicial system," and there is "now a backlog of more than 13,000 complaints against the country's system of roughly 4,400 judges."[6]

c. The Kyiv Independent reported in March 2025 that "[t]he courts have a long record of corruption allegations and politically motivated prosecutions."[7]

d. The Kyiv International Institute of Sociology reported in September 2025 that "[o]nly 12% of Ukrainians trust the courts."[8]

---

[5] European Commission, *Ukraine 2025 Report*, at 1 (2025), https://enlargement.ec.europa.eu/document/download/17115494-8122-4d10-8a06-2cf275eecde7_en?filename=ukraine-report-2025.pdf.

[6] Global Press Journal, *Special Report: Anti-Corruption Efforts Risk Paralyzing Ukraine's Court System* (June 13, 2025), https://globalpressjournal.com/eastern_europe/ukraine/anti-corruption-efforts-risk-paralyzing-ukraines-court-system/.

[7] Kyiv Independent, *Ukraine's tainted judges get a helping hand from law enforcement to stay in office* (Mar. 30, 2025), https://kyivindependent.com/ukraines-tainted-judges-get-a-lending-hand-from-law-enforcement-to-stay-in-office/.

[8] Kyiv International Institute of Sociology, *Dynamics of Trust in Social Institutions in 2021-2024* (Sept. 1, 2025), https://www.kiis.com.ua/?lang=eng&cat=reports&id=1467&page=1.

e.  The Economist reported in November 2025 that "A HUGE CORRUPTION scandal is turning into Ukraine's biggest crisis since Russian tanks bore down on Kyiv in early 2022."[9]

59.  Plaintiffs' claims focus on Defendants' conduct, decisions, compliance systems, and omissions in Texas and the United States. The relevant evidence—corporate records, emails, compliance files, and key witnesses—is largely located in, or accessible from, Texas and other U.S. locations.

60.  Ukraine is not an adequate or available forum due to active warfare, destruction of judicial infrastructure, and the inability to ensure litigant safety.

61.  For these reasons, Ukraine is not a safe, adequate, or practical alternative forum, and Texas is the appropriate forum to adjudicate this dispute.

## VII.   DETAILED FACTUAL BACKGROUND

62.  All conditions precedent to the filing of Plaintiffs' claims have been met, waived, excused, or are otherwise inapplicable.

### A.   Defendants Owe a Common-Law Duty of Care Under Texas Law to Ukrainians Including Plaintiffs

63.  Texas recognizes the existence of a common-law duty of care based on the laws and policies of the United States, the laws and policies of Texas, the laws and policies of other states, and respected authoritative restatements and commentaries.

64.  Defendants' common-law duty of care to the Ukrainian people is based on many sources of state and federal policy and law, including but not limited to the United States'

---

[9] The Economist, *A huge corruption scandal threatens Ukraine's government* (Nov. 17, 2025), https://www.economist.com/europe/2025/11/17/a-huge-corruption-scandal-threatens-ukraines-government.

longstanding policy and commitment to protect Ukraine, federal laws and regulations on exports and sanctions preventing United States companies including Defendants from selling semiconductor components and technology to Iran and Russia, and Texas policy condemning the unjustified Russian invasion of Ukraine and intentional violence against Ukrainian civilians.

65. In addition, Defendants owe a common-law duty of care to the Ukrainian people, including Plaintiffs, to not empower Russia's intentional attacks against the Ukrainian civilians, which have no military purpose, with Defendants' microchips and technology.[10]

66. That is, Defendants have a common-law duty to not facilitate mass atrocities, and to not create a foreseeable risk of civil injury and death by supplying materials to regimes known for attacking civilians, such as Russia.

67. Moreover, Defendants, as manufacturers and suppliers of dangerous instrumentalities, knew or should have known that diversion of their semiconductor components to Russia posed a foreseeable harm that the components would be used to arm the Russian military to attack civilians in violation of international law. Thus, Defendants had a common-law duty under Texas law to not entrust their dangerous instrumentalities to a known violent actor.

68. Russia's purpose in acquiring Defendants' technology was and remains open and notorious—to use the technology to deploy against civilians, namely in Ukraine. Defendants knew or had reason to know that their components were being integrated into weapons and that Russia was targeting civilians. Thus, Defendants had a duty of reasonable care to foreseeable victims, including Plaintiffs, to ensure their products did not fall into the wrong hands funneling them to the Russian military.

---

[10] United Nations, *Russian army committing murder in Ukraine: Independent rights commission* (Oct. 27, 2025), https://news.un.org/en/story/2025/10/1166189

### i. *Longstanding United States Policy Requires Protection of Ukraine*

69.    Defendants owe a common-law duty of care to Plaintiffs based on the United States' longstanding foreign policy to protect the Ukrainian people and to ensure that US-weapons are not used against the Ukrainian people.

70.    Ukraine forfeited its nuclear weapons in exchange for protection from the United States. After declaring its independence from the then-Soviet Union, Ukraine became an independent country in 1991. Just one year later, in May 1992, the then-President of Ukraine (Leonid Kravchuk) wrote to the President of the United States that "[i]n connection with the ratification by Ukraine of the 1991 Treaty between the United States and the USSR on the Reduction of Strategic Offensive Arms, I have the honor to advise you that Ukraine, in implementing this Treaty, shall assume the following obligations," including that "Ukraine shall have a non-nuclear status" and that "Ukraine shall guarantee the elimination of all nuclear weapons, including strategic offensive arms, located in its territory in accordance with the relevant agreements."

71.    In 1993, the United States and Ukraine entered into another agreement providing further details regarding Ukraine's "elimination of strategic nuclear arms, and the prevention of proliferation of weapons of mass destruction" by Ukraine.

72.    In 1994, the United States, Ukraine, and Russia signed the Trilateral Statement.[11] As relevant here, the Trilateral Statement provided that Ukraine reiterated its "commitment that Ukraine accede to the Nuclear Non-Proliferation Treaty as a non-nuclear weapon state in the shortest possible time" and that the United States provided "security assurances to Ukraine,"

---

[11] *Trilateral Statement on January 14, 1994*, U.S.–Russia–Ukraine, Jan. 14, 1994, in *National Security Archive*, https://nsarchive.gwu.edu/document/30922-document-10-january-14-trilateral-statement-january-14-1994.

including that "none" of the United States "weapons will ever be used except in self-defense or otherwise in accordance with the Charter of the United Nations." This statement affirmed these three nations' agreement to respect the independence and sovereignty of Ukraine's borders and recognize that border changes may be made only by peaceful and consensual means.

73.    Later in 1994, the United States, Ukraine, the Russian Federation, and the United Kingdom signed the Budapest Memorandum. As relevant here, the Budapest Memorandum provided that the United States reaffirmed its "obligation to refrain from the threat or use of force against the territorial integrity or political independence of Ukraine, and that none of their weapons will ever be used against Ukraine except in self-defense or otherwise in accordance with the Charter of the United Nations." After this treaty was signed, Ukraine promptly gave up its nuclear weapons in exchange for the United States' and Russia's agreements that Ukraine's borders would not be impaired by armed conflict. The United States' commitment to Ukraine's security and freedom from armed conflict by Russia has been a cornerstone of United States' foreign policy for the Russian and Ukrainian region since 1994.

74.    Since nearly the start of Ukraine as an independent nation, the United States' foreign policy toward Ukraine has been to protect the Ukrainian people and to ensure that US-weapons will never be used against the Ukrainian people except in self-defense.

75.    Despite changing administrations and political party control over the past three decades, the United States' foreign policy of protecting the Ukrainian people and ensuring that US-weapons are not used against the Ukrainian people except in self-defense has been recognized and enforced by every President since these treaties were signed.

76.    Since 1995, every United States President has signed an Executive Order pursuant to Congressional statutory authority that has barred companies in the United States from selling

semiconductor components and other technology to Iran and Iranian companies, for the purpose of promoting U.S. foreign policy interests, including providing security to Ukraine and its citizens and residents in conformance with the 1994 Trilateral Statement and the nuclear non-proliferation treaties the three Nations entered into thereafter.[12]

77.    Thirteen Executive Orders promulgated by three different presidents between 2014 and 2023 demonstrates how that commitment has continued and how the United States remains committed to the protection of Ukraine and its people as vital to U.S. national security.

78.    After Russia invaded Ukraine in 2014, President Barack Obama issued Executive Orders 13660, 13661, 13662, and 13685, declaring a national emergency to address "an unusual and extraordinary threat to the national security and foreign policy of the United States."[13] The orders collectively emphasize that Russia's actions—undermining Ukraine's democratic institutions; threatening its peace, security, stability, sovereignty, and territorial integrity; and misappropriating its state assets—constituted a direct assault on international law and regional stability. The measures were explicitly intended not only to deter further Russian aggression but also to protect Ukraine's sovereignty, democratic governance, and territorial integrity. Together, the four Obama Executive Orders established what became a comprehensive framework targeting

---

[12] Exec. Order No. 12959, Prohibiting Certain Transactions With Respect to Iran, 60 Fed. Reg. 24,757 (May 9, 1995), reprinted in 3 Pub. Papers 1917 (May 6, 1995), https://www.presidency.ucsb.edu/documents/executive-order-12959-prohibiting-certain-transactions-with-respect-iran

[13] Exec. Order No. 13660, *Blocking Property of Certain Persons Contributing to the Situation in Ukraine*, 79 Fed. Reg. 14,903 (Mar.  10, 2014), https://ofac.treasury.gov/media/5946/download?inline; Exec. Order No. 13661, Blocking Property of Additional Persons Contributing to the Situation in Ukraine, 79 Fed. Reg. 15,535 (Mar. 19, 2014), https://ofac.treasury.gov/media/5956/download?inline; Exec. Order No. 13662, *Blocking Property of Additional Persons Contributing to the Situation in Ukraine*, 79 Fed. Reg. 16,169 (Mar. 24, 2014), https://ofac.treasury.gov/media/5961/download?inline; Exec. Order No. 13664, *Blocking Property of Additional Persons Contributing to the Situation in Ukraine*, 79 Fed. Reg. 17,049 (Mar. 31, 2014), https://ofac.treasury.gov/media/5966/download?inline.

a broad range of actions linked to Russia's aggression and occupation.[14] The Executive Orders allowed the sanctioning of individuals and entities responsible for or complicit in actions undermining democracy, peace, or territorial integrity in Ukraine.[15]

79.     President Donald Trump continued this policy through Executive Orders 13849 (2018) and 13883 (2019), which were issued to reinforce and expand the sanctions framework originally created by President Obama.[16] The Trump-era sanctions orders extended and operationalized the U.S. government's strategy of economic and diplomatic pressure to defend Ukraine—cutting off Russian state military and private actors from U.S. and international markets.

80.     President Joseph R. Biden continued the policy with Executive Orders 14024, 14039, 14065, 14066, 14068, 14071, and 14114 reaffirming and expanding the legal framework.[17]

---

[14] *Id.*

[15] *Id.*

[16] Exec. Order No. 13848, *Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election*, 83 Fed. Reg. 46,743 (Sept. 20, 2018), https://ofac.treasury.gov/media/8671/download?inline; Exec. Order No. 13883, Administration of Proliferation Sanctions and Amendment of Executive Order 12851, 84 Fed. Reg. 38,113 (Aug. 1, 2019); https://ofac.treasury.gov/media/26281/download?inline

[17] Exec. Order No. 14024, *Blocking Property With Respect to Specified Harmful Foreign Activities of the Government of the Russian Federation*, 86 Fed. Reg. 20,249 (Apr. 15, 2021), https://ofac.treasury.gov/media/57936/download?inline; Exec. Order No. 14039, *Blocking Property With Respect to Certain Russian Energy Export Pipelines*, 86 Fed. Reg. 47,205 (Aug. 20, 2021), https://ofac.treasury.gov/media/912496/download?inline; Exec. Order No. 14065, *Blocking Property of Certain Persons and Prohibiting Certain Transactions With Respect to Continued Russian Efforts To Undermine the Sovereignty and Territorial Integrity of Ukraine*, 87 Fed. Reg. 10,293 (Feb. 21, 2022); https://ofac.treasury.gov/media/918791/download?inline; Exec. Order No. 14066, *Prohibiting Certain Imports and New Investments With Respect to Continued Russian Federation Efforts To Undermine the Sovereignty and Territorial Integrity of Ukraine*, 87 Fed. Reg. 13,625 (Mar. 8, 2022), https://ofac.treasury.gov/media/919111/download?inline; Exec. Order No. 14068, *Prohibiting Certain Imports, Exports, and New Investment With Respect to Continued Russian Federation Aggression*, 87 Fed. Reg. 14,381 (Mar. 11, 2022), https://ofac.treasury.gov/media/919281/download?inline; Exec. Order No. 14071, *Prohibiting New Investment in and Certain Services to the Russian Federation in Response to Continued Russian Federation Aggression*, 87 Fed. Reg. 20,999 (Apr. 6, 2022),

Across these orders, Biden's actions represent a direct continuation and intensification of the U.S. policy established in 2014: to isolate Russia's war-making capacity, defend the principles of sovereignty and territorial integrity, and safeguard Ukraine and its democratic institutions from Russian coercion and violence.

81.    Biden Executive Order 14024 (April 15, 2021) declared a national emergency to address Russia's "harmful foreign activities," including violations of international law and undermining the security and territorial integrity of United States' allies and partners such as Ukraine. It authorized blocking sanctions, asset freezes, and visa bans on individuals and entities operating in Russia's defense, technology, and financial sectors or supporting Russian state actions that undermine democratic institutions or Ukraine's territorial integrity.

82.    From Obama (2014) to Trump (2018–2019) to Biden (2021–2023), these thirteen U.S. executive orders reflect an unbroken, escalating policy trajectory aimed at defending Ukraine from Russian military aggression and preventing US-weapons from being used against Ukraine. Across three administrations, the consistent goal has been clear: to protect Ukraine's sovereignty, democracy, and territorial integrity by isolating and constraining Russia's ability to finance, equip, or sustain its war and occupation.

---

https://ofac.treasury.gov/media/922081/download?inline; Exec. Order No. 14114, *Taking Additional Steps With Respect to the Russian Federation's Harmful Activities*, 88 Fed. Reg. 89,271 (Dec. 22, 2023), https://ofac.treasury.gov/media/922081/download?inline.

> ii.    *Federal Laws and Regulations on Exports and Sanctions Prevent US Companies From Selling Semiconductor Components and Technology to Iran*

83.    Defendants owe a common-law duty of care to Plaintiffs based on the United States' laws and regulations on exports and sanctions that prevent Defendants from selling semiconductor components and technology to Iran.

84.    Iran designed and built the Shahed weapons using Defendants' electronic components. As discussed below, Russia has used the Iran-produced Shahed weapons to attack, maim, and kill Ukrainian civilians, including the harm to Plaintiffs.

85.    Since January 19, 1984, the United States Secretary of State has designated Iran as repeatedly providing support for acts of international terrorism and has made the designation pursuant to three laws: § 1754(c) of the National Defense Authorization Act for Fiscal Year 2019, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act of 1961 (the U.S.-Iranian Export Laws). Taken together, the four main categories of sanctions resulting from designation under these authorities include: restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

86.    Since September 6, 1995, the export laws also have prohibited the sale of goods or technology both (i) to Iran or Iranian companies, either directly or indirectly; and (ii) to a person in a third country, with reason to know that the goods or services are intended directly or indirectly for Iran or Iranian companies. 31 C.F.R. § 560.204.[18]

---

[18] Iranian Transactions Regulations; Implementation of Executive Orders 12957 and 12959, 60 Fed. Reg. 47,061 (Sept. 11, 1995), https://www.govinfo.gov/content/pkg/FR-1995-09-11/pdf/95-22387.pdf.

87.     The regulations also prohibit non-U.S. persons from reexporting from a third country U.S.-origin goods, technology, or services intended for Iran if those items required a U.S. export license for Iran.[19] Even when a reexport is not barred by rules on Iran promulgated by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury, there are often other authorizations required for exports.[20] U.S. persons are also barred from any financing, facilitating, brokering, transporting, or approving related to goods, technology, or services for export, reexport, sale, or supply to Iran.[21]

88.     In addition to the U.S. Treasury Department's role in administering the trade embargo against Iran through OFAC, since 1996, the Commerce Department's Bureau of Industry and Security ("BIS") has developed comprehensive "Know Your Customer" Guidance and Red Flags for companies exporting items that include chips and FPGAs.

89.     The BIS also imposes "licensing requirements on exports and reexports to or from Iran" under the Export Administration Regulations ("EAR").[22] For example, licenses are required to export "general purpose integrated circuits" to Iran due to risks associated with national security, regional stability, missile technology, non-proliferation, and anti-terrorism.[23]

---

[19] 31 C.F.R. § 560.205(a)(1)-(2), (b)(1)-(2); § 560.420(a)-(d); § 560.301(a) effective Aug. 20, 1997.

[20] 31 C.F.R. § 560.205 Note; § 560.205(c); § 560.301(a) effective Aug. 20, 1997.

[21] 31 C.F.R. § 560.206(a)(1)-(2), (b); § 560.301(a) effective Aug. 20, 1997.

[22] 15 C.F.R. § 746.7.

[23] Supplement No. 1 to Part 774—The Commerce Control List, Category 3: Electronics, 3A001a, https://www.bis.gov/regulations/ear/interactive-commerce-control-list?isExpanded=&category=3&keyword=. Integrated circuits other than those classified under 3A001 are covered under classification 3A991, which cites anti-terrorism risks. Bureau of Indus. & Sec., U.S. Dep't of Commerce, Interactive Commerce Control List (current as of 2024), https://www.bis.gov/regulations/ear/interactive-commerce-control-list?isExpanded=&category=3&keyword=3a991; see also 15 C.F.R. § 746.7.

### iii. *Federal Laws and Regulations on Exports and Sanctions Prevent US Companies From Selling Semiconductor Components and Technology to Russia*

90.     Defendants owe a common-law duty of care to Plaintiffs based on the United States' laws and regulations on exports and sanctions that prevent Defendants from selling semiconductor components and technology to Russia.

91.     Similar to Iran, OFAC imposes comprehensive restrictions on exports of goods, services, and technology to Russia under 31 C.F.R. Part 587 and Part 589, particularly as implemented pursuant to Executive Order 14024 and earlier Ukraine-/Russia-related executive orders. Exports, reexports, sales, or supplies of technology from the United States—or by U.S. persons wherever located—to Russia or the Crimea region of Ukraine are broadly prohibited unless specifically licensed or otherwise authorized.[24] These prohibitions extend to indirect transfers, including services or financial facilitation related to such exports.[25]

92.     The restrictions apply to any "technological support" or transfer of "technologies" defined as specific information necessary for the development, production, or use of a product— such as blueprints, plans, specifications, or engineering designs.[26] This includes technology connected to Russia's defense, arms, and related materiel sectors, which cover the manufacture, testing, maintenance, and distribution of military equipment and dual-use goods such as microchips.[27]

93.     In addition, beginning in 2014 after Russia's invasion of Crimea, Ukraine, exporters were prohibited from shipping certain items—including advanced microprocessors—

---

[24] 31 C.F.R. §589.207.

[25] 31 C.F.R. §589.215.

[26] 31 C.F.R. §589.314.

[27] 31 C.F.R. §589.302–§589.309, effective May 8, 2014–Dec. 19, 2014.

without a license under the BIS Export Administration Regulations, specifically 15 CFR § 744.21, if they knew or had reason to know the item was intended for a "military end use" or "military end user" in Russia.[28]

94.    Manufacturers of such technology were required to conduct due diligence to avoid diversion of their technology to military end use in Russia.

95.    In April 2020, the BIS expanded the "military end user" and "military end use" restrictions under 15 CFR § 744.21 of the EAR, significantly tightening U.S. export controls on microelectronics and related technologies destined for Russia—and, by extension, to any country whose military end users or end uses fall under similar controls. The rule introduced new licensing requirements, a presumption of denial for military-linked uses, and stricter reporting obligations, while expanding the definition of "military end use" to include any item that "supports or contributes to the operation, installation, maintenance, repair, overhaul, refurbishing, development, or production" of a military item.[29]

96.    Specifically, the rule amended Supplement No. 2 to Part 744 of the EAR, expanding U.S. export controls by adding multiple electronics Export Control Classification Numbers ("ECCNs")—including 3A991, 3A992, 3A999, 3B991, 3B992, 3C992, and 3D991—covering semiconductors, integrated circuits, electronic components, lithography materials, and design/test equipment, including microchips produced by Defendants. Exports, reexports, or transfers of these

---

[28] 15 CFR § 744.21; Russian Sanctions: Addition of Persons to the Entity List and Restrictions on Certain Military End Uses in Russia, 79 Fed. Reg. 55,675 (Sept. 17, 2014), https://www.federalregister.gov/documents/2014/09/17/2014-22207/russian-sanctions-addition-of-persons-to-the-entity-list-and-restrictions-on-certain-military-end.

[29] Expansion of Export, Reexport, and Transfer (in-Country) Controls for Military End Use or Military End Users in the People's Republic of China, Russia, or Venezuela, 85 Fed. Reg. 23,459 (April 28, 2020), https://www.bis.doc.gov/index.php/documents/regulations-docs/federal-register-notices/federal-register-2020/2545-85-fr-23459/file; 15 CFR § 744.21, effective June 29, 2020-Dec. 22, 2020; 15 C.F.R. Pt. 744, Supp. 2, effective June 29, 2020-Oct. 4, 2021.

items to Russia subsequently required a license when intended for a "military end user" or "military end use," with all applications subject to a presumption of denial and controlled under the category of regional stability (RS). The rule also mandated that exporters file export information for all shipments to Russia, regardless of value, and list the relevant ECCN even when no license would otherwise be required. Together, these measures made nearly all dual-use microchips, design software, and semiconductor manufacturing equipment presumptively licensable—and generally denied—if there is any potential military application, while also strengthening enforcement against trans-shipment through intermediaries such as China or Iran that could supply Russian or Iranian military programs. [30]

97.    BIS ramped up controls on Russia in December 2020, when it announced the creation of the "Military End-User" List under the Export Administration Regulations, and designated 103 foreign entities (58 Chinese and 45 Russian companies) as known military end-users. The Military End-User List formalized the requirement that any export, reexport, or in-country transfer of specified controlled items to an entity on the list—including when that entity is a purchaser, intermediate consignee, ultimate consignee, or end user—must be licensed, with a presumption of denial under the EAR's military end-user and military end-use controls. Critically, the List highlighted the increased risk of diversion of U.S. technology—especially dual-use microelectronics, semiconductors, test and manufacturing equipment—into the military supply chains of China and Russia. Creation of the Military End-User list served to alert exporters such

---

[30] 15 CFR § 744.21, effective June 29, 2020-Dec. 22, 2020; 15 C.F.R. Pt. 744, Supp. 2, effective June 29, 2020-Oct. 4, 2021; Expansion of Export, Reexport, and Transfer (in-Country) Controls for Military End Use or Military End Users in the People's Republic of China, Russia, or Venezuela, 85 Fed. Reg. 23,459 (April 28, 2020), https://www.bis.doc.gov/index.php/documents/regulations-docs/federal-register-notices/federal-register-2020/2545-85-fr-23459/file.

as the Defendants to heightened due-diligence obligations, reinforce red-flag indicators tied to Russian and Chinese defense-industrial networks, and tighten the flow of U.S.-origin items that could be diverted to prohibited military end-uses.[31]

98.     In July 2021, BIS issued another final rule that sharply restricted exports of U.S.-origin microchips and electronic components to Russia, directly or indirectly. Specifically, BIS added 34 entities to the Entity List and one to the Military End-User List, expanding controls on exports, reexports, and in-country transfers of U.S.-origin items—especially microelectronics, semiconductors, and related technologies—to Russia, Iran, and China. The action was accompanied by a U.S. government business advisory emphasizing due diligence obligations for U.S. companies dealing with high-risk entities. Six Russian entities and individuals were added to the Entity List for procuring U.S.-origin electronic components in support of Russian military programs. There was a new addition to the military end user list, restricting exports of any item listed in Supplement No. 2 to Part 744, including microelectronics and components used in avionics, communications, or navigation systems. Following this rule, nearly all dual-use electronics, semiconductors, and associated technology shipments to the newly listed Russian firms are prohibited unless specifically licensed; BIS indicated it would apply a "presumption of denial" to such requests. The six new Russian entities' involvement in electronic-component procurement triggers broad license requirements covering integrated circuits and telecommunications hardware. All exports, reexports, or transfers—direct or indirect—now need BIS authorization, with expected denial of approval.[32]

---

[31] Bureau of Indus. & Sec., U.S. Dep't of Commerce, Commerce Department Will Publish First Military End User List Naming More Than 100 Chinese and Russian Companies (Dec. 21, 2020), https://www.bis.gov/press-release/commerce-department-will-publish-first-military-end-user-list-naming-more-100-chinese-russian-companies.

[32] Addition of Certain Entities to the Entity List; Revision of Existing Entry on the Entity List;

99. In November 2021, BIS announced via press release the addition of 27 foreign entities and individuals to the U.S. export-control Entity List for engaging in activities contrary to U.S. national security or foreign-policy interests—including military-industrial support in Russia. The action reiterated BIS's strong concern that U.S.-origin technologies, such as advanced microelectronics and semiconductors, were being diverted into military or proliferation end uses through complex global supply chains. By publicly naming these entities and setting out its presumption of denial (of an export license) policy, BIS signalled a stronger enforcement posture: exporters of dual-use microelectronics, semiconductor manufacturing or test equipment such as the Defendants were again informed of the imperative to exercise heightened due diligence when dealing with counterparties that may serve as conduits for diverted U.S. technology into sanctioned or militarized programs in Russia and elsewhere. The release again highlighted how U.S.-origin technology—particularly advanced electronics—remains vulnerable to diversion.[33]

100. In December 2021, BIS issued a Military End-User FAQs document focusing on diversion risks of U.S.-origin items to military end users. The FAQs explain the licensing requirements for any export, reexport, or in-country transfer of items subject to the Export Administration Regulations when destined to a listed "military end user" in China, Russia or Venezuela. The FAQs clarify that even items classified as EAR99 (which are items that typically do not require an export license) or with civilian applications may require a license if there is knowledge the item supports a military end use. They also point out that the new Military End-

---

Removal of Entity From the Unverified List; and Addition of Entity to the Military End-User (MEU) List, 86 Fed. Reg. 36,987 (July 12, 2021), https://www.govinfo.gov/content/pkg/FR-2021-07-12/pdf/2021-14656.pdf.

[33] Bureau of Indus. & Sec., U.S. Dep't of Commerce, Commerce Lists Entities Involved in Support of PRC Military Quantum Computing Applications and Pakistani Nuclear Activities (Nov. 24, 2021), https://www.bis.gov/press-release/commerce-lists-entities-involved-support-prc-military-quantum-computing-applications-pakistani-nuclear.

User rule aims to address the risk of diversion—for example, seemingly innocuous electronics, microchips or test equipment routed via intermediaries. The FAQ also set out red-flags for exporters: items destined for entities with ties to defense-industrial or military procurement, shipments routed through third-countries, omission of end-user details, unusually complex supply chains, and fast-moving payment or logistics patterns. They also oblige exporters to perform enhanced due diligence on end-users and intermediaries, ensure accurate end-use/end-user declarations, and monitor for signs of diversion into military programs.[34]

101.    After Russia's 2022 invasion of Ukraine on February 24, 2022, the BIS expanded the Export Administration Regulations to impose new export controls on advanced computing integrated circuits, computer commodities containing such integrated circuits, and certain semiconductor manufacturing items. 15 C.F.R. § 734.9. BIS also established end-use restrictions for supercomputers and expanded licensing requirements for foreign-produced items.[35]

102.    The United States, the European Union, the United Kingdom, Japan, and other allied states jointly developed the Common High Priority List (CHPL) to identify technologies most critical to Russian weapons programs. Working with allied governments, BIS identified 50 six-digit Harmonized System ("HS") codes representing components—many of them integrated circuits, radiofrequency modules, and dual-use microelectronics—commonly recovered from Russian missiles and drones used in Ukraine.[36]

---

[34] Bureau of Indus. & Sec., U.S. Dep't of Commerce, 2021 FAQs: Military End User (MEU) Rule (2021), https://www.bis.gov/media/documents/2021-meu-faqs.pdf.

[35] 15 CFR § 734.9; Implementation of Sanctions Against Russia Under the Export Administration Regulations (EAR), 87 Fed. Reg. 12,226 (Mar. 3, 2022), https://www.govinfo.gov/content/pkg/FR-2022-03-03/pdf/2022-04300.pdf.

[36] Bureau of Indus. & Sec., U.S. Dep't of Commerce, Common High Priority Items List (CHPL) (Feb. 23, 2024), https://www.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl.

103.    The Common High Priority List organizes items into multiple tiers by risk and technological significance. Tier 1 items, the highest-risk category, include advanced semiconductors and components for which Russia lacks domestic production capacity. Tier 2 includes additional electronics that Russia can only partially produce domestically and for which it relies heavily on Western suppliers. Tiers 3A, 3B, 4A, and 4B encompass additional electronics, components, and manufacturing/testing equipment used in Russian weapons programs.

104.    Items in the battlefield tiers, Tiers 1 and 2—including certain integrated circuits and FPGAs often classified under ECCNs such as 3A001, 3A991, 5A991, and related Export Administration Regulation classifications—have repeatedly been found in Russian missiles and drones on the battlefield in Ukraine.

105.    In June 2022, the Financial Crimes Enforcement Network of the U.S. Department of Treasury (FinCEN) and BIS issued a joint alert warning that certain integrated circuits and other commodities present "special concern" because of their potential diversion to, and end use by, Russia and Belarus to further their military and defense capabilities. The alert reminded producers and exporters that these items required licenses prior to export or reexport to Russia or Belarus and that their use by third countries to create final products subsequently exported to Russia or Belarus was also prohibited.[37]

106.    In February 2023, BIS announced additional export-control measures targeting Iranian unmanned aerial vehicle ("UAV") programs in light of Russia's use of Iranian drones in Ukraine. BIS cited the presence of U.S.-made parts in Iranian UAVs and imposed additional

---

[37] Fin. Crimes Enf't Network & Bureau of Indus. & Sec., FinCEN & BIS, Joint Alert FIN-2022-Alert003: FinCEN and the U.S. Dep't of Commerce's Bureau of Industry and Security Urge Increased Vigilance for Potential Russian and Belarusian Export Control Evasion Attempts (June 28, 2022), https://www.fincen.gov/system/files/2022-06/FinCEN%20and%20Bis%20Joint%20Alert%20FINAL.pdf.

licensing requirements, including for low-technology (EAR99) semiconductors destined for Iran, regardless of whether a U.S. person was directly involved in the transaction.[38]

107.    In May 2023, BIS issued guidance explaining that the Common High Priority List was based largely on HS codes of components recovered from Russian weapons such as Kalibr and Kh-101 cruise missiles and Orlan-10 UAVs. BIS and the U.S. Treasury assessed that Russia was using evasive methods to acquire these items, including circuitous routes through third countries.[39]

108.    In June 2023, citing the threat posed by Iran's procurement, development, and proliferation of UAVs, the Departments of Commerce, Justice, State, and Treasury jointly issued an advisory to industry warning of Iran's UAV-related activities and the need to avoid activities that might support Iran's UAV program. The advisory noted that recovered Iranian-origin UAVs used by Russian forces in Ukraine contained many components produced by U.S. suppliers and listed key commodities Iran sought, including FPGAs, radiofrequency transceivers, microcontrollers, and other integrated circuits. Many such components are manufactured by Defendants.[40]

109.    BIS has also imposed broad export control measures on U.S.-origin goods, software, and technology essential to Russia's military, energy, and industrial sectors. These

---

[38] Export Control Measures Under the Export Administration Regulations (EAR) To Address Iranian Unmanned Aerial Vehicles (UAVs) and Their Use by the Russian Federation Against Ukraine, 88 Fed. Reg. 12150 (Feb. 27, 2023), https://www.govinfo.gov/content/pkg/FR-2023-02-27/pdf/2023-03930.pdf.

[39] Fin. Crimes Enf't Network & Bureau of Indus. & Sec., FinCEN & BIS, Joint Alert FIN-2022-Alert003: FinCEN and the U.S. Dep't of Commerce's Bureau of Industry and Security Urge Increased Vigilance for Potential Russian and Belarusian Export Control Evasion Attempts (June 28, 2022).

[40] Guidance to Industry on Iran's UAV-Related Activities, U.S. Dep't of Justice, Nat'l Sec. Div. (June 9, 2023), https://www.justice.gov/archives/nsd/press-release/file/1586866/dl?inline.

measures are explicitly intended to protect Ukraine's sovereignty and territorial integrity and to prevent Russia and Belarus from using advanced technology to threaten regional or global security.[41] The regulations impose a comprehensive license requirement for the export, reexport, or in-country transfer of any item subject to the Export Administration Regulations and listed on the Commerce Control List to or within Russia or Belarus, including dual-use microelectronics, semiconductors, sensors, and other controlled technology.[42]

110. The Foreign Direct Product Rule extends U.S. export jurisdiction to certain foreign-produced items that are direct products of U.S.-origin technology or software—especially semiconductor devices and integrated circuits manufactured abroad using U.S. equipment, designs, or software tools.[43]

111. In addition, BIS established industry-sector controls that require licenses for a range of machinery, materials, and components that could support Russia's defense, aerospace, or energy sectors. These include microchips, doped silicon, semiconductor-grade chemicals, and drilling or production machinery.[44] Export controls apply not only to shipments leaving the United States but also to in-country transfers within Russia and Belarus, preventing redistribution of U.S.-origin technology once inside those jurisdictions.[45]

112. These government actions and publications did not create private causes of action but instead provided Defendants with repeated, highly specific notice that their microelectronics

---

[41] 15 C.F.R. § 746.8(a), effective Feb. 27, 2023.

[42] 15 C.F.R. § 746.8(a)(1), effective Feb. 27, 2023.

[43] 15 C.F.R. § 746.8(a)(2)–(3), effective Feb. 27, 2023.

[44] Supplements 2, 4, and 5 to 15 C.F.R. Part 746 (88 Fed. Reg. 12,182, effective Feb. 27, 2023; amended 89 Fed. Reg. 51,665, effective June 18, 2024).

[45] 15 C.F.R. § 746.8(a), effective Feb. 27, 2023.

were at high risk of diversion to Russian and Iranian weapons programs and that enhanced due diligence and compliance efforts were required.

### *iv.* *Texas Policy Recognizes a Duty of Care to the Ukrainian People*

113. Defendants owe a common-law duty of care to Plaintiffs based on Texas's policy condemning the violence and unlawful attacks against the Ukrainian people, which were made possible with Defendants' microchips and technology.

114. Texan officials at both the state and local level have unequivocally condemned the violence and unlawful attacks committed against the Ukrainian people, which have been made possible with Defendants' microchips and technology.

115. In March 2022, shortly after Russia invaded Ukraine, Governor Abbott issued a press release stating that "Texans and all those around the world have been shocked and appalled by the unprovoked and unjustified invasion of Ukraine," and he urged "every Texan to stand in solidarity with the people of Ukraine, and honor and remember the lives of those who have been lost."

116. The City of Dallas unequivocally condemned the violence against Ukraine. In March 2022, Dallas issued a resolution providing that "the City of Dallas condemns Russia's illegal invasion of Ukraine and stands with the Ukrainian people." The resolution further provided that "the City of Dallas supports the coalition of nations imposing sanctions on Russia and encourages its international business, civic, and philanthropic communities to support the Ukrainian people in all possible ways."

117. In February 2024, Dallas Mayor Eric Johnson signed a Friendship Agreement between Dallas and Kharkiv, Ukraine. Mayor Johnson stated that "Dallas continues to stand with the people of Ukraine against this unlawful aggression by the Russian Federation."

118.    Other cities across Texas have similarly expressed a policy of support for the Ukrainian people and condemnation of the violence perpetrated against Ukraine.

### v.    Defendants' Own Statements Recognize Their Duty of Care to Ukraine

119.    Defendants' own statements recognize their common-law duty of care to the Ukrainian people to adhere to export laws and regulations, and Defendant's common-law duty of care to not allow their semiconductor components to be placed into streams of commerce where the components will be used to build military weapons targeting the Ukrainian people.

120.    Texas Instruments issued a statement providing that "shipments of TI chips into Russia are illicit and unauthorized" and that it "strongly opposes the use of our chips in Russian military equipment and the illicit diversion of our products to Russia."

121.    Intel issued a statement providing that it "condemns the invasion of Ukraine by Russia and we have suspended all shipments to customers in both Russia and Belarus."

122.    AMD reportedly stated that it was suspending sales and distribution of its products into Russia and Belarus because of the sanctions placed on Russia by the United States and others.

123.    In reviewing corporate policies from companies throughout the United States in response to Russia's attack on Ukraine, the overwhelming corporate response has been to condemn the violent attacks and cease operations that would support further acts of violence against the Ukrainian people. Yale's School of Management has been tracking the response from companies throughout the nation, and more than 1,000 companies have "publicly announced they are voluntarily curtailing operations in Russia to some degree beyond the bare minimum legally required by international sanctions."

124.    In short, Defendants have a common-law duty of care to comply with export laws and to ensure that their microchips and technology are not used to enable unlawful attacks against the Ukrainian civilians, including Plaintiffs.

ORIGINAL PETITION                                                                               Page 37

**B.      Defendants' Duty to the Ukrainian People Required Defendants To Establish Adequate Compliance Protocols To Ensure Their Semiconductors Were Not Used To Facilitate Unlawful Military Attacks on Civilians**

125.    To sum up, by the year 2022, a comprehensive framework of treaties, U.S. laws, and foreign policy measures categorically prohibited the export or diversion of microprocessors and related technologies to Iran, Russia, China, or any intermediary acting on their behalf. These restrictions were rooted in decades of Executive Orders, statutory mandates, and reinforced by enhanced export controls under the Export Administration Regulations following Russia's invasion of Ukraine. Collectively, these measures were designed to prevent U.S. semiconductor technology from enabling military modernization, weapons development, or other activities contrary to national security and international commitments, including the protection of Ukraine under the 1994 Trilateral Statement and subsequent non-proliferation agreements.

126.    At all relevant times, Defendants knew or had reason to know that foreign companies, intermediaries, and state actors were actively seeking to acquire their microchips for use in weapons systems in violation of export laws and sanctions regimes.

127.    Defendants are sophisticated, large semiconductor manufacturers with dedicated legal and compliance teams, extensive global distribution networks, and specialized knowledge of export-control obligations and diversion risks.

128.    Those risks are not theoretical. As large, sophisticated entities, Defendants must have been aware generally that the Department of Justice brings criminal charges against intermediaries who illegally divert exports to prohibited countries. For example, in 2015, the United States Department of Justice obtained grand jury indictments of four companies and five individuals for facilitating the unlawful export of high-tech microelectronics to Iran, and the media disseminated articles about this indictment to the public at large.

129.    Defendants also must have been aware that manufacturers are subject to actions brought by BIS for violation of the export regulations. For example, Defendant AMD settled with BIS for violations arising out of sales to Ukraine and China in 2005 and 2006.[46]

130.    Defendant Intel's wholly owned subsidiary also settled a BIS action for unauthorized exports without the proper license in 2014, involving violations going on for several years, including sales to end users in China, Hong Kong, and Russia.[47]

131.    Accordingly, Defendants Texas Instruments, AMD, Intel, and Mouser had a knowing responsibility to take extra care when they sold their products on the international market by making reasonable inquiry of the purchasers' intended uses of the products, so their products did not end up in the hands of the Russian military or in Iranian hands, where Iran and Iranian companies could use them for terroristic military activities throughout the world, including against Ukrainian civilians.

132.    Under Texas law therefore, Defendants owed a duty to exercise reasonable care in designing, implementing, and supervising their export-control and sanctions-compliance programs, including:

> a.    Screening customers, distributors, and intermediaries for ties to Russian or Iranian military procurement;

---

[46] Bureau of Industry & Security, *Order Relating to Advanced Micro Devices, In the Matter of Advanced Micro Devices, Austin, TX 78741* (Aug. 11, 2008), U.S. Dep't of Commerce, https://www.bis.gov/media/documents/export-violation/e2060.pdf.

[47] Intel Subsidiary Agrees to $750,000 Penalty for Unauthorized Encryption Exports, BIS, Oct. 8, 2014, https://www.bis.doc.gov/index.php/about-bis/newsroom/press-releases/107-about-bis/newsroom/press-releases/press-release-2014/763-intel-subsidiary-agrees-to-750-000-penalty-for-unauthorized-encryption-exports#:~:text=WASHINGTON%20%E2%80%93%20The%20U.S.%20Department%20of%20Commerce%27s,sold%20encryption%20software%20products%20to%20foreign%20government.

b.  Investigating red flags indicative of diversion, such as routing through high-risk jurisdictions, unusual order volumes, or refusal to provide end-user information;

c.  Enforcing contractual restrictions and terminating relationships with distributors implicated in diversion;

d.  Responding to repeated government advisories and public reports by strengthening compliance; and

e.  Taking reasonable steps to prevent foreseeable misuse of their microchips in weapons systems targeting civilians.

133.    Despite pervasive notice and clear red flags, Defendants failed to implement adequate measures to prevent diversion of their products to Russian and Iranian weapons programs and continued to sell or permit sale of their products into high-risk distribution channels without sufficient oversight.

134.    Defendants' failures breached their duties of care owed under Texas law to individuals foreseeably harmed by the misuse of their products, including Plaintiffs.

**C.    Defendants' Breached Their Duty of Care Through the Sale of Semiconductor Components to Arms Dealers Who Supplied Russia With Critical Weapons Components to Use Against Ukrainian Civilians**

135.    Since its full-scale invasion of Ukraine in 2022, Russia has carried out extensive missile and drone strikes against Ukrainian cities and civilians. These strikes have relied on advanced guidance, navigation, and control systems powered by Western-manufactured semiconductor components, specifically semiconductor components that the Defendants manufacture and sell.

136.    What's more, a sampling of Russians customs data shows that from March 1 to November 30, 2022, $50 million of Texas Instruments-manufactured microchips were imported

into Russia. A Ukrainian military expert, Leonid Dmitriev, noted that many of those microchips have military applications.[48]

137.    Russia's invasion of Ukraine has relied on overwhelming Ukrainian forces through coordinated strikes combining missiles, artillery, and unmanned aerial systems. A critical component of this strategy has been the deployment of Shahed-131 and Shahed-136 drones, which are loitering munitions supplied by Iran that have fundamentally altered the nature of the conflict. These drones operate without pilots, are inexpensive compared to cruise missiles, and can be launched in swarms to saturate Ukrainian air defenses. By exploiting this capability, Russia has created a persistent threat that forces Ukraine to expend valuable air-defense resources on low-cost drones, leaving gaps that allow high-value missile strikes to succeed. In effect, every major missile attack is enabled by prior or simultaneous drone attacks that weaken defenses and exhaust interceptors.

138.    Without Shahed drones, Russia's ability to strike deep into Ukrainian cities would be dramatically reduced, and the war would look very different. The Shahed program has become a cornerstone of Russia's campaign of terror against civilian infrastructure, energy grids, and population centers—demonstrating how low-cost unmanned systems can alter strategic balance in modern warfare.

139.    Forensic inspections of debris from all of Russia's weapons systems—including Kh-101 and Kalibr cruise missiles, Iskander ballistic missiles, Kinzhal hypersonic missiles, Orlan-10 drones, and Iranian-made Shahed-131 and Shahed-136 drones used by Russia—have repeatedly

---

[48] Michael Weiss, *Western Components Found in Russian Weapons*, The Insider (Aug. 21, 2023), https://theins.ru/en/politics/264419.

identified microchips manufactured by Defendants Texas Instruments, AMD/Xilinx, and Intel/Altera.[49]

### i.    *Russia's Weapons, Armored Vehicles, and Fighter Jets Depend on Western Semiconductors*

140.    Defendants' microchips enable the Russian military to remotely pilot the drones and missiles to targeted locations where Ukrainian citizens, including Plaintiffs, are vulnerable and defenseless from a military attack. Without the Defendants' microchips, the Russian military would not be able to use the drones and missiles to attack the Plaintiffs.

141.    Using the Defendants' technology in the missiles and drones, the Russian military has attacked the Plaintiffs, who are Ukrainian civilians who have been killed, maimed, or injured by the military weapons outfitted with Defendants' critical microchip components.

142.    Public reporting and official assessments confirm that Russia's ability to maintain and expand its missile and drone arsenal depends on access to foreign microchips, many of which are manufactured by Defendants.

143.    The Kh-101 is Russia's premier long-range, air-launched cruise missile, used for precision strikes deep inside Ukrainian territory. Equipped with a 400 kg high-explosive penetrating warhead, it cruises at subsonic speeds of up to Mach 0.9 (around 1,100 km/h) and boasts an operational range of approximately 4,500 km. Launched from strategic bombers such as

---

[49] Olesya Shmagun, Petr Bugaev & Alexey Basmanov, *Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets*, Novaya Gazeta (Mar. 3, 2025), https://www.occrp.org/en/news/western-tech-fuels-russias-missiles; S. Comm. on Homeland Sec. & Governmental Affairs, *The U.S. Technology Fueling Russia's War in Ukraine: Examining BIS's Enforcement of Semiconductor Export Controls* (Dec. 18, 2024), https://www.hsgac.senate.gov/wp-content/uploads/The-U.S.-Technology-Fueling-Russias-War-in-Ukraine-Examing-BISs-Enforcement-of-Semiconductor-Export-Controls.pdf; Natasha Turak, *U.S. Components Found in Russian and Iranian Military Tech, Report Says*, CNBC (Apr. 17, 2023), https://www.cnbc.com/2023/04/17/us-components-found-in-russian-iranian-military-tech.html.

the Tu-95MS and Tu-160, the Kh-101 employs advanced terrain-following navigation and low-altitude flight profiles to minimize radar detection, making interception challenging. Its guidance system integrates inertial navigation, GLONASS satellite correction, and terrain contour matching, which are, upon information and belief, powered by Western-sourced components like AMD and Texas Instruments microcontrollers and Intel (Altera) FPGAs, which are critical for executing real-time flight control and signal processing.[50]



[51]

---

[50] Conflict Armament Research, *Russian Missile Components Collection*, ArcGIS StoryMap, https://storymaps.arcgis.com/collections/dd699cbf262947559a18e1a356f527b5?item=8 (last visited Dec. 9, 2025).

[51] Martin Fornusek, Ukraine Launches Database of Foreign Components Found in Russian Weapons, *Kyiv Indep.* (Dec. 19, 2023), https://www.kyivindependent.com/ukraine-launches-database-of-foreign-components-found-in-russian-weapons/.

144.    The "kamikaze drone," which refers to either the Shahed-131 loitering munition or its newer, larger, longer range relative, the Shahed-136, has been widely deployed by Russia and has become a cornerstone of Moscow's long-range strike strategy. Originally designed in Iran, these drones are inexpensive, expendable platforms optimized for saturation attacks. The Shahed-131 carries a warhead of roughly 10 to 15 kilograms and cruises at about 180 km/h, with an operational range near 700 to 900 km.[52] The Shahed-136 carries a larger warhead of about 30 to 50 kilograms, maintains similar speeds, and can reach ranges exceeding 2,000 km.[53] Their low-altitude flight profile and small radar signature make them difficult to detect, while mass launches overwhelm air defenses.[54] Guidance relies on GLONASS and inertial navigation systems.[55] Upon information and belief, these components are integrated with control algorithms executed by Western-sourced electronics, including AMD and Texas Instruments microcontrollers and Intel/Altera FPGAs, critical for stabilizing flight, processing navigation data, and maintaining course accuracy over extended distances.[56]

145.    The Iskander missile family includes the Iskander-M, the most widely deployed and one of the most formidable ballistic missiles in Russia's arsenal. It is a high-precision, short-

---

[52] Joe Emmett, Trevor Ball & N.R. Jenzen-Jones, Shahed-131 & -136 UAVs: a visual guide, Open Source Munitions Portal (2024), https://osmp.ngo/collection/shahed-131-136-uavs-a-visual-guide/.

[53] Russia's 'Kamikaze' Drones Explained, BBC News (Dec. 29, 2023), https://www.bbc.co.uk/news/world-62225830.

[54] *Id.*

[55] Ashish Dangwal, *Russia Has 'Upgraded' Iranian Shahed-136 Kamikaze Drones To Boost Its Lethality & Accuracy*, *The EurAsian Times* (Oct. 19, 2022), https://www.eurasiantimes.com/hitting-bulls-eye-russia-has-upgraded-iranian-shahed-136-kamikaze/

[56] Natasha Bertrand, *CNN Exclusive: A Single Iranian Attack Drone Found to Contain Parts From More Than a Dozen U.S. Companies*, CNN (Jan. 4, 2023), https://edition.cnn.com/2023/01/04/politics/iranian-drone-parts-13-us-companies-ukraine-russia.

range quasi-ballistic missile with a range of up to 500 km. Traveling at speeds of up to Mach 7 (approximately 8,600 km/h), it is a hypersonic missile that can carry either conventional or nuclear-capable warheads. Its lethality is amplified by a maneuverable reentry vehicle, allowing the warhead to alter its trajectory mid-flight to evade missile defense systems. The missile's modular design supports various payloads, including cluster munitions that disperse submunitions over a broad area, often causing indiscriminate damage and significant civilian casualties.[57] Defendants Texas Instruments and Intel have components found on the Iskander-M.[58]

146. Defendants' semiconductors are also integral to Russia's fighter jets. Two of Russia's most advanced combat aircraft are the SU-34 and SU-35 fighter jets, which are repeatedly used in attacks against Ukrainian civilians.[59]

147. Defendants' semiconductors in Russia's fighter jets play a vital role in the aircraft's advanced functionality, enabling precise targeting, communications, and navigation systems. Defendants' microelectronics in these fighter jets includes integrated circuits (ICs), capacitors and transistors, field-programmable gate arrays (FPGAs), which are crucial for reconfigurable computing tasks, and specialized microcontrollers and digital signal processors.

---

[57] Daly, Jess, United24 Media, *The Most Lethal Missiles Russia Uses Against Ukraine's Civilians, United24 Media* (Nov. 21, 2023), https://united24media.com/war-in-ukraine/the-most-lethal-missiles-russia-uses-against-ukraines-civilians-7794.

[58] David Gauthier-Villars, Steve Stecklow, Maurice Tamman, Stephen Grey & Andrew Macaskill, *How Russia Uses Western Chips to Make Missiles to Kill Ukrainians, Reuters* (Aug. 17, 2023), https://www.reuters.com/investigates/special-report/ukraine-crisis-russia-missiles-chips/.

[59] International Partnership for Human Rights, *Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets* (July 2025), https://iphronline.org/wp-content/uploads/2025/07/jets-report-2025.pdf.

148.    Defendants' semiconductors in Russia's fighter jets manage the aircraft's power regulation, signal processing, reconfigurable computing, and operational systems such as communications, targeting, and guidance.

149.    Defendants' semiconductors are also integral to Russia's armored vehicles, including Russia's tanks.

### ii.    *Defendants Negligently Sold Semiconductors Found in Russian Weapons Deployed in Attacks on Ukraine*

150.    Upon information and belief, Intel, AMD, and Texas Instruments negligently sold semiconductor components in violation of longstanding U.S. sanctions against Iran, which have been in place for over two decades. The presence of these companies' components in Shahed-131 drones, Shahed-136 drones, Kh-101 missiles, and Iskander M missiles deployed by Russia in Ukraine demonstrates that these components entered prohibited channels. There is no plausible scenario in which these major manufacturers were unaware of the substantial risk that their products would be diverted for use in unsanctioned military applications. In fact, they had been repeatedly notified that their components were found in weapons deployed in Ukraine. The discovery of these chips in such weapons is direct evidence that unlawful sales or transfers occurred, in violation of U.S. export control laws and Iranian sanctions.

151.    An August 23, 2023 report by the Stanford University-based International Working Group on Russian Sanctions examined 2023 Russian import of critical components for its weapons used to attack Ukrainians. The report found that "[t]he top producers for the first five months of 2023 were Intel, Analog Devices, Samsung, Texas Instruments, and Xilinx (AMD), with components from these manufacturers found in Russian UAVs and other military equipment."[60]

---

[60] Olena Bilousova, Nataliia Shapoval & Vladyslav Vlasiuk, *Working Group Paper #13: Strengthening Sanctions on Foreign Components in Russian Military Drones*, Int'l Working Grp.

The report included the following data, showing that Defendants Intel/Altera, AMD/Xilinx, and Texas Instruments were major producers of critical components for the Russian military in its Ukraine attack weapons in the first five months of 2023 alone:



152.    Public reports show that companies like Intel say publicly that they paused direct shipments to Russia early in the war. But they knew or should have known that intermediaries were long being used to divert their components to the Russian military, and the Defendants did little to prevent their products from being reexported to Russia through third countries. In fact, Texas Instruments made 36 shipments directly to Russia, with six additional shipments by one of its authorized distributors, in late February and early March of 2022.[61]

---

on Russian Sanctions (Aug. 23, 2023), https://sanctions.kse.ua/wp-content/uploads/2023/09/sanctions_workingbgroup_drones_final4.pdf.

[61] David Gauthier-Villars, Steve Stecklow, Maurice Tamman, Stephen Grey & Andrew Macaskill, *How Russia Uses Western Chips to Make Missiles to Kill Ukrainians*, *Reuters* (Aug. 17, 2023), https://www.reuters.com/investigates/special-report/ukraine-crisis-russia-missiles-chips/.

153.    Upon information and belief, Texas Instruments directly or indirectly sold and supplied their semiconductor components to state actors and/or companies located in Russia, China, Hong Kong, and Iran, among others, who used the components to manufacture and supply military drones, missiles, and other weapons to Russia for the purpose of waging war against Ukraine and against its people, killing and injuring Ukraine's citizens and residents.[62] For example, Russian companies used the Texas Instruments components to manufacture, arm, and sell, at a minimum, the Kh-101 missile to Russia, which Russia uses in the war against Ukraine and its citizens. And Iranian companies used the Texas Instruments components to manufacture, arm, and sell the Shahed drone to Russia, which Russia also uses in the war against Ukraine and its citizens.

154.    Upon information and belief, AMD sold and supplied Xilinx semiconductor components directly or indirectly to state actors and/or companies located in Russia, China, and Iran, among others, who used the components to manufacture and supply military drones, missiles, and other weapons to Russia for the purpose of waging war against Ukraine and against its people, killing and injuring Ukraine's citizens and residents. Iranian companies used the AMD components to manufacture, arm, and sell, at a minimum, the Shahed 131 and Shahed 136 drones to Russia, which Russia uses in the war against Ukraine and its citizens.

155.    Upon information and belief, Intel sold and supplied Intel and Altera semiconductor components directly or indirectly to state actors and/or companies located in Russia, China, and Iran, among others, who used the components to manufacture and supply military drones, missiles,

---

[62] Mart Nigola & Michael Weiss, *US-Made Dual-Use Microchips Continue to Be Imported to Russia for Missiles Production Despite Export Control Sanctions; Customs Data Shows (Incl. Cos. Comments)*, *Business & Human Rights Resource Centre* (Aug. 21, 2023), https://www.business-humanrights.org/en/latest-news/us-made-dual-use-microchips-continue-to-be-imported-to-russia-for-missiles-production-despite-export-control-sanctions-customs-data-shows-incl-cos-comments/.

and other weapons to Russia for the purpose of waging war against Ukraine and against its people, killing and injuring Ukraine's citizens and residents. Upon information and belief, the Intel and Altera components were used to manufacture, arm, and sell weapons to Russia for use in the war against Ukraine and its citizens.

156.    Upon information and belief, Intel, AMD, and Texas Instruments, relied, in part, on Mouser to sell and supply Intel/Altera, AMD/Xilinx, and Texas Instruments components, including microprocessors, directly or indirectly to state actors and/or companies located in Russia, China, and Iran, among others, who used the components to manufacture and supply military drones, missiles, and other weapons to Russia for the purpose of waging war against Ukraine and against its people, killing and injuring Ukraine's citizens and residents. Upon information and belief, the semiconductor components were used to manufacture, arm and sell weapons to Russia for use in the war against Ukraine and its citizens.

157.    The Royal United Services Institute (RUSI) report Silicon Lifeline: Western Electronics at the Heart of Russia's War Machine (August 2022) examined multiple Russian weapons and documented numerous TI, Xilinx/AMD, and Intel/Altera components in critical functions such as signals processing, guidance, and navigation.[63]

158.    Upon information and belief, the Royal United Services Institute determined that 450 unique semiconductor components manufactured by companies in the United States, Europe, and East Asia were found in Russian weapons deployed against Ukraine. Of these components, 318 were produced by U.S. companies. Approximately 18% of the 450 components are classified

---

[63] Royal United Services Institute, *Silicon Lifeline: Western Electronics at the Heart of Russia's War Machine – Interactive Summary*, https://www.rusi.org/explore-our-research/publications/special-resources/silicon-lifeline-western-electronics-heart-russias-war-machine/interactive-summary (last visited Dec. 9, 2025).

as "dual use," meaning they are subject to the U.S. export control regime because of their potential application in military systems. Accordingly, export of these items to Russia was restricted even prior to Russia's 2022 invasion of Ukraine and became subject to heightened restrictions imposed by BIS thereafter.

159.    Dual-use items are assigned an ECCN, which requires a U.S. government license for export to Russia—a requirement that has been in place since before Russia's 2014 invasion of Crimea.

160.    For components not classified as dual use, prior to the 2022 invasion, Defendants were nevertheless obligated to ensure that such items were not being exported for military end use. After the 2022 invasion, export of these items to Russia was strictly prohibited.

161.    Conflict Armament Research (CAR) and Ukrainian defense forensic teams have similarly documented Defendants' components in weapons recovered across Ukraine, including in systems used in attacks that harmed Plaintiffs.[64]

162.    These findings were widely reported by international media, including Reuters, PBS, and other outlets, and were publicly accessible to Defendants and their compliance departments.

163.    Russian procurement of Western-made microchips to fight the Ukraine war is so extensive that the Russian military maintains a wish list. On September 5, 2022, Politico published Russia's reported military wish list of foreign microprocessors.[65] On the Priority 1 list:

---

[64] Conflict Armament Research, Documenting Russia's Advanced Weapon Systems in Ukraine, ArcGIS StoryMap (May 2022), https://storymaps.arcgis.com/stories/19ca0782f2354c87b25972da7356f0e8.

[65] Politico, *The Chips Are Down: Putin Scrambles for High-Tech Parts as His Arsenal Goes Up in Smoke* (Sept. 5, 2022), https://www.politico.eu/article/the-chips-are-down-russia-hunts-western-parts-to-run-its-war-machines/.

a. EP1C20F400I7N microchip by Altera (Intel)

b. 10M04DCF256I7G microchip by Altera (Intel)

c. EP2AGX65DF25I5G microchip by Intel

d. TMS320C6678ACYPA microchip by Texas Instruments.

164. On September 10, 2024, in a U.S. Senate Permanent Subcommittee on Investigations hearing on "The US Companies' Technology Fueling the Russian War Machine," representatives of AMD, Intel, Analog Devices, and Texas Instruments acknowledged that their products were found in Russian weapons.[66] Senator Blumenthal during that hearing focused on AMD, Intel, and TI, and stated, "We've found records showing that companies were aware of potential diversion of their chips into Russia, but only detected and blocked those sales after the federal government gave them the data that they could have easily gotten themselves. Our findings reveal a distinct disinterest in evaluating and improving corporate compliance practices, and particularly in monitoring those distributors, the middlemen, the ones who may actually make the sales to companies that sell to Russia."

165. And at a February 2024 hearing before the same committee, Conflict Armament Research's Deputy Director of Operations testified that "analyses of downed Russian weapons have showed an increasing percentage of U.S.-manufactured semiconductors produced after Russia's invasion of Ukraine, indicating that Russia has been able to acquire newly manufactured semiconductors despite increased export controls."[67]

---

[66] S. Comm. on Homeland Sec. & Governmental Affairs, Permanent Subcommittee on Investigations, *The U.S. Technology Fueling Russia's War in Ukraine: Examining BIS's Enforcement of Semiconductor Export Controls* (Dec. 18, 2024), https://www.hsgac.senate.gov/wp-content/uploads/The-U.S.-Technology-Fueling-Russias-War-in-Ukraine-Examing-BISs-Enforcement-of-Semiconductor-Export-Controls.pdf.

[67] *Id.*

166.    On December 18, 2024, the U.S. Senate Committee on Homeland Security & Governmental Affairs, Permanent Subcommittee on Investigations released its report titled "The U.S. Technology Fueling Russia's War in Ukraine," revealing how U.S.-made semiconductors to continue entering Russia and China, sustaining their military capabilities despite sanctions and export controls.[68] The report focused on Defendants AMD, Intel, and Texas Instruments, whose microchips, integrated circuits, and other electronic components have repeatedly been found in Russian weapons.

167.    Upon information and belief, the following is a table of the weapons used by Russia throughout its war in Ukraine, and examples of the Defendants' components that are used to arm the weapons.

| **SHAHED-136 DRONES** |  |
|---|---|
| **Texas Instruments: At least 17 components, including the following:**<br><br>Digital signal processor. TMS320F2835PGFAG4A-06ACQPWG4. Supports drone video camera, flight controller, and satellite receiver board.<br><br>ECCN: 3A991.a.2 | |

---

[68] *Id.*

HS Code 8542.31. Tier1 CHPL: Items of the highest concern due to their critical role in the production of advanced Russian precision-guided weapons systems, Russia's lack of domestic production, and limited global manufacturers.[69]

Analog infrared video camera. The drone is equipped with an NVIDIA Jetson Orin high-speed mini-computer, optimized for running AI algorithms and processing video. This same module is also used by Russia in its V2U attack drone. The upgraded Shahed-136 additionally features an infrared camera similar to one previously showcased by Russian sources. The module processes data from the drone's onboard camera and compares it to preloaded models to perform terminal guidance or automatically select a target. This setup also enables the drone to be used for reconnaissance missions.[70]

[71]

RS-232 line driver/receiver MB3238Q 2CTG4 AF4F

HS Code 8542.39 Tier 1 CHPL

Flight controller G110 satellite receiver board

RS-485/RS-422 Transceiver HV230Q 1BM AOXDG4

Satellite receiver NASIR anti-jamming unit

HS Code 8542.39 Tier 1 CHPL

**AMD: At least 7 components, including the following:**

Spartan 6, XC6SLX45 CSC484DIV2217 0670311A 21 TAIWAN

---

[69] Bureau of Industry & Security, *Common High-Priority Items List (CHPL)*, U.S. Dep't of Commerce, https://media.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl (last visited Dec. 9, 2025).

[70] Shahed-136 Drone Components, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/page-shahed-136/6326 (last visited Dec. 9, 2025); *see also* Aeronaut Media, Inner Workings of Upgraded Shahed-136, AERONAUT MEDIA, https://aeronaut.media/news-en/uavs-drones-news-en/en-inner-workings-of-upgraded-shahed-136/.

[71] Shahed-136 Drone Components, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/page-shahed-136/6326 (last visited Dec. 9, 2025).

Produced 17th week of 2022

Analog infrared video camera. The drone is equipped with an NVIDIA Jetson Orin high-speed mini-computer, optimized for running AI algorithms and processing video. This same module is also used by Russia in its V2U attack drone. The upgraded Shahed-136 additionally features an infrared camera similar to one previously showcased by Russian sources. The module processes data from the drone's onboard camera and compares it to preloaded models to perform terminal guidance or automatically select a target. This setup also enables the drone to be used for reconnaissance missions.[72]



ECCN: 3A991.d

HS Code 8542.31.0060 - Tier 1 on CHPL: Items of the highest concern due to their critical role in the production of advanced Russian precision-guided weapons systems, Russia's lack of domestic production, and limited global manufacturers.[73]

---

PLD XCKU060 FFVA1156AAY20 TAIWAN[74]
Satellite receiver NASIR anti jamming unit
ECCN: 3A991D
HS Code: 8542.31.0060. Tier 1 CHPL

---

**Intel: At least two components, including the following:**

Altera Cyclone V 5CEFA7F23I7N FBBGAU2231A[75]

---

[72] *Id.;* Svitlana Anisimova, Inner Workings of Upgraded Shahed-136, Aeronaut Media (June 27, 2025), https://aeronaut.media/news-en/uavs-drones-news-en/en-inner-workings-of-upgraded-shahed-136/.

[73] Bureau of Industry & Security, *Common High-Priority Items List (CHPL)*, U.S. Dep't of Commerce, https://media.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl (last visited Dec. 9, 2025).

[74] Shahed-136 Drone Components, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/page-shahed-136/6326 (last visited Dec. 9, 2025).

[75] Shahed-136 Drone Components**,** Programmable valve matrix Altera Cyclone V 5CEFA7F23I7N FBBGAU2231A, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/4067 (last visited Dec. 9, 2025).

Part of antenna and navigation equipment[76]

Produced in 31-36 week of 2022[77]

ECCN: 3A991.D

HS Code 8542.31.0060 - Tier 1 on CHPL: Items of the highest concern
due to their critical role in the production of advanced Russian precision-guided weapons
systems, Russia's lack of domestic production, and limited global manufacturers.[78]

---

[76] *Id.*

[77] Intel Corp., *Cyclone II/III/IV/V Device Handbook*, https://cdrdv2-public.intel.com/726797/Cyclone%20II_III_IV_V.pdf (last visited Dec. 9, 2025).

[78] Bureau of Industry & Security, *Common High-Priority Items List (CHPL)*, U.S. Dep't of Commerce, https://media.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl (last visited Dec. 9, 2025).

| **KH-101 MISSILE** |  |
| --- | --- |



KH-101 missile

Range: 2,500 - 2,800km
Warhead weight: 450kg
Rocket length: 7.45m

Source: BBC Research, CSIS Missile Defence Project    B B C

**Intel**

Processor i386 INTEL i386 EX JA80386EX25 L240MA32E TB,
Memory chip JS28F128 J3F75 M3220175,
Microprocessor INTEL/ALTERA chips 35M240BD01 P30692.1 1346,
Memory chip JS28F128 M4140088,
Intel i386EX - 368 series processor

**Texas Instruments**

16-bit Registered Transceiver with 3-state outputs
SN74LVCH16543A 31A8E2K LVCH16543A[79]

HS Code 8543.29 Tier 1 CHPL

Function in weapon: The Baget-62-04 electronic computer
of the Otblesk-U optical-electronic guidance system. Base
board for MS and MCR assemblies (2 pcs.) [80]



**AMD: At least 40 components, including the following:**
**Spartan-6 XC6SLX16 FTG256DIV2229 D6713192A 3I TAIWAN[81]**

Production date 29th week of 2022

HS Code 8542.31.0060 Tier 1 CHPL

Function in weapon: The Baget-62-04 electronic computer of the



---

[79] Kh-101 Missile Components, 16-bit Registered Transceiver with 3-state outputs
SN74LVCH16543A 31A8E2K LVCH16543A, War Sanctions Portal, https://war-
sanctions.gur.gov.ua/en/page-kh-101/5732 (last visited Dec. 9, 2025).

[80] *Id.*

[81] Kh-101 Missile Components, CPLD SPARTAN-6 XC6SLX16 FTG256DIV2229 D6713192A
3I, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/5728 (last visited
Dec. 9, 2025).

Otblesk-U optical-electronic guidance system. Board ТЕЦА 687254.247 V.04 for MKR assembly.[82]

**ISKANDER M MISSILES**



**Intel: At least five components, including the following:**

(FPGA) Cyclone V 5CEFA7F23I7N F BBCAU2325A TAIWAN S326MK77 314FAMOB[83]
Production date, weeks 25-30 of 2023
Navigation equipment Kometa R8 of the 9M723-1 Iskander-M missile
HS Code 8542.31.0060 Tier 1 CHPL



---

[82] *Id.*

[83]  Navigation Equipment Kometa R8 of the 9M723-1 Iskander-M missile, Field-programmable gate array (FPGA) Cyclone V 5CEFA7F23I7N F BBCAU2325A TAIWAN S326MK77 314FAMOB, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/5078 (last visited Dec. 9, 2025); Intel Corporation, *Intel® FPGA Product Marking Information: Cyclone® II, III, IV, V* (Rev. 1.0),

 https://cdrdv2-public.intel.com/726797/Cyclone%20II_III_IV_V.pdf.

FPGA ALTERA MAX EPM7160STI100-10N WCDC241831A S833AV46 3A1QABCON[84]

Production date, July 2018

Unit 9B918 Unit board 9B918

HS Code 8542.31.0055 Tier 1 CHPL



Serial configuration device ALTERA EPCQ64A 2052

Production date, December (52nd week) 2020

Information processing unit for navigation equipment "Kometa-MR4-01"

ECCN: 3A991B1B1

HS Code 8542.32.0071 Tier 1

FPGA 5CEFA7F23I7N F BBCAU2319A TAIWAN S317MK07 314FA310B[85]

Production date, May 2023

Information processing unit for navigation equipment "Kometa-MR4-01"

ECCN: 3A991D

HS Code 8542.31.0060 Tier 1

 

---

[84] Ballistic missile 9M723 "Iskander-M," FPGA ALTERA MAX EPM7160STI100-10N WCDC241831A S833AV46 3A1QABCON, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/4468 (last visited Dec. 9, 2025).

[85] Ballistic missile 9M723 "Iskander-M," FPGA 5CEFA7F23I7N F BBCAU2319A TAIWAN S317MK07 314FA310B, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/4442 (last visited Dec. 9, 2025).

**Texas Instruments: At least three components, including the following:**

RS-232 driver 1CAN65K65C23243[86]

Unit 9B918

Board 467444.006 (form factor: PC/104)



Operational amplifier PGA206UA 19AEV6T[87]

Unit 9B918

Board 468157.013 (**form factor: PC/104)**

**ECCN: EAR99**

HS Code 8542.33.0001 TIER 1

**AMD: At least three components, including the following:**

SPARTAN XC2S50 TQG144AMS2229[88] D6754794A 5I

Production date, July 2022

Platformless inertial navigation system 9B918

Board 687263.023 (form factor: PC/104)

ECCN: EAR99

HS Code 8542.31 TIER 1 CHPL



---

[86] Ballistic missile 9M723 "Iskander-M," RS-232 driver 1CAN65K 65C23243, War Sanctions Portal,  https://war-sanctions.gur.gov.ua/en/components/4461 (last visited Dec. 9, 2025).

[87] Ballistic missile 9M723 "Iskander-M," Operational amplifier PGA206UA 19AEV6T, War Sanctions Portal,  https://war-sanctions.gur.gov.ua/en/components/4453 (last visited Dec. 9, 2025).

[88] Ballistic missile 9M723 "Iskander-M," FPGA XILINX SPARTAN XC2S50 TQG144AMS2229 D6754794A 5I, War Sanctions Portal,  https://war-sanctions.gur.gov.ua/en/components/4463 (last visited Dec. 9, 2025); Xilinx, Inc., *Spartan-II FPGA Family Data Sheet (Modules 1–4)*, DS001 (v2.9) (Mar. 12, 2021), https://www.mouser.com/datasheet/2/903/ds001-1595278.pdf.

Spartan-II XC2S50 TQG144AMS2041[89]
Production date, October 2020
Unit 9B918
Board 468157.013 (form factor: PC/104)
ECCN: EAR99
HS Code: 8542.31.0060 TIER 1 CHPL



---

**SHAHED-131 DRONES**



**AMD**

Kintex-7 XC7K160T FFG676ABX2029 DD6179075A[90]
Production Date 2020, 29th week
Transmission unit (GNSS transceiver module) The board is a navigation platform. [91]



---

[89] Ballistic missile 9M723 "Iskander-M," FPGA XILINX SPARTAN XC2S50 TQG144AMS2041 A6109476A 5.I, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/4452 (last visited Dec. 9, 2025); Xilinx, Inc., *Spartan-II FPGA Family Data Sheet (Modules 1–4)*, DS001 (v2.9) (Mar. 12, 2021), https://www.mouser.com/datasheet/2/903/ds001-1595278.pdf.

[90] UAV Shahed 131, Programmable gate matrix KINTEX-7 XC7K160T FFG676ABX2029 DD6179075A, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/55 (last visited Dec. 9, 2025).

[91] *Id.*

ECCN 3A991D: "Field programmable logic devices having a maximum number of single-ended digital input/outputs between 200 and 700"[92] This model has 400 I/O[93]
HCCN 8542.31.0060 – Tier 1 CHPL[94]

**Texas Instruments**

DSP TMS320 F28335PGFA CA-86AKPNW[95]
Function in weapon: power distribution unit[96]
HS Code 8542.31 Tier 1 CHPL
ECCN 3A991.a.2



### D.    Defendants Knew of Their Diversion Failures Despite Having Extensive Notice of Risks and Compliance Duties

168.    The diversion of Defendants' semiconductors to facilitate Russia's military attacks on Ukraine civilians has been well known by Defendants in Texas and the international community for years. The table below shows an excerpt of the publicly available information regarding

---

[92] Bureau of Industry & Security, *Interactive Commerce Control List*, U.S. Dep't of Commerce, https://www.bis.gov/regulations/ear/interactive-commerce-control-list (last visited Dec. 9, 2025).

[93] Advanced Micro Devices, Inc., *Kintex-7 FPGAs*, *AMD Adaptive SoCs and FPGAs*, https://www.amd.com/en/products/adaptive-socs-and-fpgas/fpga/kintex-7.html (last visited Dec. 9, 2025).

[94] UAV Shahed 131, Programmable gate matrix KINTEX-7 XC7K160T FFG676ABX2029 DD6179075A, War Sanctions Portal, https://war-sanctions.gur.gov.ua/en/components/55 (last visited Dec. 9, 2025).

[95] UAV Shahed 131, A real-time microcontroller with a connection manager DSP TMS320 F28335PGFA CA-86AKPNW, https://war-sanctions.gur.gov.ua/en/components/90 (last visited Dec. 9, 2025).

[96] *Id.*

concerns that Defendants' technology could be, or reporting that it actual was, used to facilitate atrocities against the U.S. and its allies. A full version of this table is attached as Exhibit A:

| Date | Source | Title | URL |
|---|---|---|---|
| 6/7/1989 | U.S. Congress | Anti-Terrorism and Arms Export Amendments Act of 1989 | https://www.congress.gov/101/statute/STATUTE-103/STATUTE-103-Pg1892.pdf |
| 10/23/1992 | U.S. Congress | National Defense Authorization Act of 1993, included Iran–Iraq Arms Non-Proliferation Act of 1992 | https://www.govinfo.gov/content/pkg/COMPS-10665/pdf/COMPS-10665.pdf |
| 11/20/1992 | Washington Post | Technology from West Floods Iran: Equipment Intended for Civilian Projects Has Military Uses | https://www.washingtonpost.com/archive/politics/1992/11/10/technology-from-west-floods-iran/67f64d4c-7374-406e-81c3-ec248c4d3037/ |
| 1994 | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Items (amended in 2004 and 2005) | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf |
| 5/6/1995 | Executive Order | Prohibiting Certain Transactions with Respect to Iran | https://www.govinfo.gov/content/pkg/FR-1995-05-09/html/95-11694.htm |
| 9/6/1995 | 31 C.F.R. § 560.204 | Iranian Transactions Regulations: Implementation of Executive Order 13059 | https://www.govinfo.gov/content/pkg/FR-1999-04-26/html/99-10179.htm |
| 10/27/1995 | Washington Post | 7 Charged with Exporting to Iran | https://www.washingtonpost.com/archive/politics/1995/10/27/7-charged-with-exporting-to-iran/ec9c57d3-43d2-4248-84af-1e47abf1b304/ |
| 3/25/1996 | 15 CFR Part 732 | BIS's "Know Your Customer" Guidance and Red Flags | https://www.ecfr.gov/current/title-15/subtitle-B/chapter-VII/subchapter-C/part-732/appendix-Supplement%20No.%203%20to%20Part%20732 |
| 7/12/1996 | Wassenaar Arrangement | The Wassenaar Arrangement on Export Controls for Conventional Arms and Dual-Use Goods and Technologies | https://www.wassenaar.org/about-us/ |
| 8/5/1996 | U.S. Congress | Iran and Libya Sanctions Act of 1996 (ISA) | https://www.govinfo.gov/app/details/PLAW-104publ172 |

| Date | Source | Title | URL |
|---|---|---|---|
| 8/2/1997 | Executive Order | Executive Order 13059 of August 19, 1997 Prohibiting Certain Transactions with Respect to Iran | https://www.govinfo.gov/content/pkg/FR-1995-09-11/pdf/95-22387.pdf |
| 1998 | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Goods and Technologies for the Sensitive List (amended in 2000 and 2004 | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf |
| 4/28/1998 | United States General Accounting Office Testimony Before the Joint Economic Committee | China - U.S. and European Union Arms Sales Since the 1989 Embargoes | https://www.gao.gov/assets/t-nsiad-98-171.pdf |
| 2000 | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Goods and Technologies for the Very Sensitive List (amended in 2004 | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf |
| 3/14/2000 | U.S. Congress | Iran Nonproliferation Act | https://www.govinfo.gov/content/pkg/PLAW-106publ178/html/PLAW-106publ178.htm |
| 1/14/2003 | 15 C.F.R. Parts 744 and 774 | Revision of Export Controls for General Purpose Microprocessors | https://www.federalregister.gov/documents/2003/01/14/03-714/revision-of-export-controls-for-general-purpose-microprocessors#page-1797 |
| 12/2003 | Wassenaar Arrangement | Compendium of Best Practice Documents | https://www.wassenaar.org/app/uploads/2023/12/Public-Docs-Vol-III-Comp.-of-Best-Practice-Documents-Dec.-2023.pdf |
| 2/20/2004 | 15 CFR Parts 764 and 766 | Export Administration Regulations: Penalty Guidance in the Settlement of Administrative Enforcement Cases | https://www.federalregister.gov/documents/2004/02/20/04-3639/export-administration-regulations-penalty-guidance-in-the-settlement-of-administrative-enforcement |
| 11/20/2006 | 15 CFR Parts 730, 738, 740, 742, 746, 750, 752, and 774 | Imposition of Foreign Policy Controls on Surreptitious Communications Intercepting Devices | https://www.govinfo.gov/content/pkg/FR-2006-11-20/pdf/06-9262.pdf |

| Date | Source | Title | URL |
|---|---|---|---|
| 2007 | Wassenaar Arrangement | Statement of Understanding on Implementation of End-Use Controls for Dual-Use Items | https://www.wassenaar.org/app/uploads/2019/consolidated/10Statement-of-Understanding-on-Implementation-of-End-Use-Controls-for-Dual-Use-Items.pdf |
| 6/19/2007 | 15 CFR Parts 742, 743, 744, 748, 750 and 758 | Revisions and Clarification of Export and Reexport Controls for the People's Republic of China (PRC); New Authorization Validated End-User; Revision of Import Certificate and PRC End-User Statement Requirements | https://www.federalregister.gov/documents/2007/06/19/E7-11588/revisions-and-clarification-of-export-and-reexport-controls-for-the-peoples-republic-of-china-prc |
| 7/2008 | U.S. Dept. of Commerce (BIS) | Don't Let This Happen to You! | https://www.bis.doc.gov/index.php/documents/enforcement/152-don-t-let-this-happen-to-you/file |
| 8/11/2008 | U.S. Dept. of Commerce (BIS) | Order Relating to Advanced Micro Devices | https://www.bis.gov/media/documents/export-violation/e2060.pdf |
| 10/28/2008 | U.S. DOJ | Fact Sheet: Major U.S. Export Enforcement Prosecutions During the Past Two Years (2006-2008) | https://www.justice.gov/archive/opa/pr/2008/October/08-nsd-959.html |
| 4/6/2009 | U.S. DOJ | Munitions Dealer Arrested and Charged in Conspiracy to Export Military Aircraft Parts to Iran | https://www.justice.gov/archives/opa/pr/munitions-dealer-arrested-and-charged-conspiracy-export-military-aircraft-parts-iran |
| 2/4/2010 | U.S. DOJ | Taiwan Exporter Arrested on Charges of Exporting Missile Components from the United States to Iran | https://www.justice.gov/archives/opa/pr/taiwan-exporter-arrested-charges-exporting-missile-components-united-states-iran |
| 5/17/2010 | U.S. DOJ | Two Chinese Nationals Convicted of Illegally Exporting Electronics Components Used in Military Radar & Electronic Warfare | https://www.justice.gov/archives/opa/pr/two-chinese-nationals-convicted-illegally-exporting-electronics-components-used-military |
| 10/25/2011 | U.S. DOJ | Five Individuals Indicted in a Fraud Conspiracy Involving Exports to Iran of U.S. Components Later Found in Bombs in Iraq | https://www.justice.gov/archives/opa/pr/five-individuals-indicted-fraud-conspiracy-involving-exports-iran-us-components-later-found |
| 2/29/2012 | U.S. DOJ | Australian Man and His Firm Indicted in Plot to Export Restricted Military and Other U.S. Technology to Iran | https://www.justice.gov/archives/opa/pr/australian-man-and-his-firm-indicted-plot-export-restricted-military-and-other-us-technology |

| Date | Source | Title | URL |
|---|---|---|---|
| 8/10/2012 | U.S. Congress | Iran Threat Reduction and Syria Human Rights Act of 2012 | https://www.govinfo.gov/app/details/PLAW-112publ158 |
| 10/24/2012 | U.S. DOJ | Taiwanese National Sentenced to Prison for Illegally Exporting Military Sensitive Items from the United States to Iran | https://www.justice.gov/archive/usao/txw/news/2012/Yip%20sentencing%20SA.pdf |
| 3/20/2014 | Executive Order | Blocking Property of Additional Persons Contributing to the Situation in Ukraine | https://www.govinfo.gov/content/pkg/DCPD-201400179/pdf/DCPD-201400179.pdf |
| 5/8/2014 | 31 CFR Part 589 | Ukraine-Related Sanctions Regulations | https://www.govinfo.gov/content/pkg/FR-2014-05-08/pdf/2014-10576.pdf |
| 7/31/2014 | The Council of the European Union | Council Regulation (EU) No 833/2014 of 31 July 2014 concerning restrictive measures in view of Russia's actions destabilising the situation in Ukraine | https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32014R0833&qid=176523237058 7 |
| 8/4/2014 | 15 CFR Parts 734, 738, 740, 743, 772, and 774 | Wassenaar Arrangement 2013 Plenary Agreements Implementation: Commerce Control List, Definitions, and Reports; and Extension of Fly-by-Wire Technology and Software Controls | https://www.federalregister.gov/documents/2014/08/04/2014-17975/wassenaar-arrangement-2013-plenary-agreements-implementation-commerce-control-list-definitions-and |
| 10/8/2014 | U.S. Dept. of Commerce (BIS) | Intel Subsidiary Agrees to $750,000 Penalty for Unauthorized Encryption Exports | https://www.bis.doc.gov/index.php/about-bis/newsroom/press-releases/107-about-bis/newsroom/press-releases/press-release-2014/763-intel-subsidiary-agrees-to-750-000-penalty-for-unauthorized-encryption-exports#:~:text=WASHINGTON%20%E2%80%93%20The%20U.S.%20Department%20of%20Commerce%27s,sold%20encryption%20software%20products%20to%20foreign%20government |
| 4/17/2015 | Iran Watch | Four Companies and Five Individuals Indicted for Illegally Exporting Technology to Iran | https://www.iranwatch.org/library/governments/united-states/executive-branch/department-justice/four- |

| **Date** | **Source** | **Title** | **URL** |
|---|---|---|---|
| | | | companies-five-individuals-indicted-illegally-exporting-technology-iran |
| 1/2007 | Executive Office of the President | Ensuring Long Term US Leadership in Semiconductors | https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/PCAST/pcast_ensuring_long-term_us_leadership_in_semiconductors.pdf |
| 2/17/2017 | U.S. DOJ | Summary of Major U.S. Export Enforcement, Economic Espionage, and Sanctions-Related Criminal Cases (January 2014 to the present: updated February 17, 2017) | https://www.justice.gov/nsd/media/880951/dl?inline |
| 3/22/2017 | DOJ Press Release | ZTE Corporation pleads guilty to violating U.S. sanctions/export controls (shipments to Iran) | https://www.justice.gov/archives/opa/pr/zte-corporation-pleads-guilty-violating-us-sanctions-sending-us-origin-items-iran |
| 1/19/2018 | U.S. DOJ | Summary of Major U.S. Export Enforcement, Economic Espionage, and Sanctions-Related Criminal Cases (January 2015 to the present: updated January 19, 2018) | https://www.justice.gov/nsd/page/file/940591/dl?inline= |
| 8/13/2018 | U.S. Congress | Export Control Reform Act (ECRA) | https://www.govinfo.gov/app/details/PLAW-115publ232 |
| 8/22/2018 | U.S. DOJ | Canadian Sentenced to 3+ Years in Prison for Conspiracy to Export Restricted Goods and Technology to Iran | https://www.justice.gov/archives/opa/pr/canadian-sentenced-3-years-prison-conspiracy-export-restricted-goods-and-technology-iran |
| 7/12/2019 | World ECR (Dow Jones) | Engineer to be Sentenced for Unlicensed Chip Exports | https://www.worldecr.com/news/electrical-engineer-to-be-sentenced-for-unlicensed-chip-exports/ |
| 8/14/2019 | Export.gov | Russia - U.S. Export Controls Includes the U.S. government export controls that companies need to abide by when exporting to this country. | https://legacy.export.gov/article?id=Russia-U-S-Export-Controls |

| Date | Source | Title | URL |
|---|---|---|---|
| 2/2020 | Institute for Science and International Security | Illicit Trade Networks - Connecting the Dots - Characterizing and Drawing Lessons from Tactics and Methods of Illicit Procurement to Improve Counterproliferation | https://isis-online.org/uploads/isis-reports/documents/Illicit_Trade_Networks_Vol1_Connecting_the_Dots_February_2020_FINAL.pdf |
| 4/28/2020 | 15 CFR Parts 732, 734, 738, 742, 744, 758, and 774 | Expansion of Export, Reexport, and Transfer (in-Country) Controls for Military End Use or Military End Users in the People's Republic of China, Russia, or Venezuela | https://www.govinfo.gov/content/pkg/FR-2020-04-28/pdf/2020-07241.pdf |
| 12/3/2020 | 15 CFR Parts 744 and 756 | Restrictions on certain 'military end use' or 'military end user' in the People's Republic of China, Russia, or Venezuela | https://www.govinfo.gov/content/pkg/FR-2020-12-23/pdf/2020-28052.pdf |
| 12/18/2020 | DoD-hosted PDF of indictment | International trio indicted in Austin for illegal exports to Russia (radiation-hardened ICs) | https://media.defense.gov/2020/Dec/28/2002557399/-1/-1/1/201218_INTERNATIONAL%20TRIO%20INDICTED%20IN%20AUSTIN%20F._.PDF |
| 12/21/2020 | U.S. Dept. of Commerce (BIS) | Creation of Military End-User (MEU) List; 103 entities designated | https://www.bis.gov/press-release/commerce-department-will-publish-first-military-end-user-list-naming-more-100-chinese-russian-companies |
| 7/12/2021 | 15 CFR Part 744 | Addition of Certain Entities to the Entity List; Revision of Existing Entry on the Entity List; Removal of Entity From the Unverified List; and Addition of Entity to the Military End-User (MEU) List | https://www.govinfo.gov/content/pkg/FR-2021-07-12/pdf/2021-14656.pdf |
| 9/23/2021 | Chatham House Report | Advanced military technology in Russia | https://www.chathamhouse.org/2021/09/advanced-military-technology-russia/03-putins-super-weapons |
| 11/2021 | Report | Weapons of the War in Ukraine: AMD/Xilinx Spartan microchip in Russian UAV; Intel/Altera components in Granat-2 UAV | https://www.conflictarm.com/wp-content/uploads/2021/11/Weapons-of-the-war-in-Ukraine-low.pdf |

| Date | Source | Title | URL |
|---|---|---|---|
| 11/24/2021 | U.S. Dept. of Commerce (BIS) | Commerce Lists Entities Involved in the Support of PRC Military Quantum Computing Applications, Pakistani Nuclear and Missile Proliferation, and Russia's Military | https://www.bis.gov/press-release/commerce-lists-entities-involved-support-prc-military-quantum-computing-applications-pakistani-nuclear |
| 12/2021 | U.S. Dept. of Commerce (BIS) | FAQs for Military End Use | https://www.bis.gov/media/documents/2021-meu-faqs.pdf |
| 2/25/2022 | New York Times | Why Is Putin at War Again? Because He Keeps Winning. | https://www.nytimes.com/2022/02/25/opinion/putin-war-russia-military.html |
| 3/3/2022 | 15 CFR Parts 734, 738, 740, 742, 744, 746, and 772 | Implementation of Sanctions Against Russia Under the Export Administration Regulations (EAR) | https://www.govinfo.gov/content/pkg/FR-2022-03-03/pdf/2022-04300.pdf |
| 5/2022 | Conflict Armament Research | Documenting Russia's advanced weapon systems in Ukraine | https://storymaps.arcgis.com/stories/19ca0782f2354c87b25972da7356f0e8 |
| 5/2/2022 | 31 CFR Part 589 | Ukraine-/Russia-Related Sanctions Regulations | https://www.govinfo.gov/content/pkg/FR-2022-05-02/pdf/2022-09371.pdf |
| 6/28/2022 | Joint Alert FIN-2022-Alert003 | FinCEN and the U.S. Department of Commerce's Bureau of Industry and Security Urge Increased Vigilance for Potential Russian and Belarusian Export Control Evasion Attempts | https://www.fincen.gov/sites/default/files/2022-06/FinCEN%20and%20Bis%20Joint%20Alert%20FINAL.pdf |
| 8/8/2022 | Royal United Services Institute (RUSI) | Interactive Summary of Silicon Lifeline | https://www.rusi.org/explore-our-research/publications/special-resources/silicon-lifeline-western-electronics-heart-russias-war-machine/interactive-summary |
| 8/8/2022 | Royal United Services Institute (RUSI) | Silicon Lifeline: Western Electronics at the Heart of Russia's War Machine | https://static.rusi.org/RUSI-Silicon-Lifeline-final-updated-web_1.pdf |
| 8/8/2022 | Reuters | As Russian missiles struck Ukraine, Western tech still flowed | reuters.com/investigates/special-report/ukraine-crisis-russia-missiles-chips/ |
| 8/8/2022 | Al Jazeera | Russian weapons in Ukraine 'powered' by Western parts: Report | aljazeera.com/news/2022/8/8/russian-weapons-in-ukraine-powered-by-western-parts-rusi |

| Date | Source | Title | URL |
|---|---|---|---|
| 8/8/2022 | The Hill | Hundreds of Western components found in Russian weapons in Ukraine: think tank | https://thehill.com/policy/international/3593133-hundreds-of-western-components-found-in-russian-weapons-in-ukraine-think-tank/ |
| 9/2022 | Conflict Armament Research | Component commonalities in advanced Russian weapon systems | https://storymaps.arcgis.com/stories/239f756e2e6b49a5bec78f5c5248bf3d |
| 9/5/2022 | Politico | The chips are down: Putin scrambles for high-tech parts as his arsenal goes up in smoke | https://www.politico.eu/article/the-chips-are-down-russia-hunts-western-parts-to-run-its-war-machines/ |
| 9/29/2022 | Wall Street Journal | Why Russia Lacks 'Smart' Weapons | https://www.wsj.com/articles/why-russia-lacks-smart-weapons-11664461225?gaa_at=eafs&gaa_n=AWEtsqehgKNtlXEidLZ3e9ZelWmuvBCtDOTUAEoT9xZW2CNBsESsjh5wLR3FIiqWFIs%3D&gaa_ts=6934f208&gaa_sig=SVVj2rfXJJq_LI5g3aZbwMfE17NHIr1zmt7QR8TTig5MU779yfTfTse6BbgnFCTunQ309dwtgdyUu5NYHvjoJg%3D%3D |
| 10/4/2022 | American Enterprise Institute; Scribner | Chip War | https://www.aei.org/research-products/book/chip-war/?gclid=Cj0KCQjw3a2iBhCFARIsAD4jQB2V6EzuLcfnXAZkrBEKewNDlhDpkz6xKZKIRnsHbchiliFdRyd3QaEaAlv1EALw_wcB |
| 10/19/2022 | U.S. DOJ | Justice Department Announces Charges and Arrests in Two Cases Involving Export Violation Schemes to Aid Russian Military | https://www.justice.gov/archives/opa/pr/justice-department-announces-charges-and-arrests-two-cases-involving-export-violation-schemes |
| 10/31/2022 | David Albright, Sarah Burkhard, and Spencer Faragasso | Iranian Drones in Ukraine Contain Western Brand Components | https://isis-online.org/uploads/isis-reports/documents/Iranian_Drones_Contain_Western_Brand_Components_FINAL_2022.pdf |
| 11/2/2022 | Yermak-McFaul Group, Kyiv School of Economics | IT & Supporting Technologies: Recommendations for Sanctions against the Russian Federation | https://sanctions.kse.ua/wp-content/uploads/2022/11/SanctionsWorkingGroup-IT.pdf |

| Date | Source | Title | URL |
|---|---|---|---|
| 12/13/2022 | Reuters | A Supply Chain that keeps Tech Flowing to Russia | https://www.reuters.com/investigates/special-report/ukraine-crisis-russia-tech-middlemen/ |
| 12/13/2022 | U.S. DoJ | Russian Military and Intelligence Agencies Procurement Network Indicted in Brooklyn Federal Court | https://www.justice.gov/archives/opa/pr/russian-military-and-intelligence-agencies-procurement-network-indicted-brooklyn-federal |
| 1/6/2023 | National Defense Magazine | How Russia is Using US Electronics to Attack Ukraine | https://www.nationaldefensemagazine.org/articles/2023/1/26/how-russia-is-using-us-electronics-to-attack-ukraine |
| 1/25/2023 | The Insider | U.S. Parts Routed Via Shell Networks | https://theins.ru/en/politics/258850 |
| 2/24/2023 | Federal Register Rule & BIS Press Release | Commerce Imposes Additional Export Restrictions in Response to Russia's Brutal War on Ukraine | https://www.bis.doc.gov/index.php/documents/about-bis/newsroom/press-releases/3227-2023-02-24-bis-press-release-additional-russia-invasion-response-actions/file |
| 2/28/2023 | International Partnership for Human Rights and the Independent Anti-Corruption Commission | Enabling war crimes? Western-made components in Russia's war against Ukraine | https://www.iphronline.org/wp-content/uploads/2023/02/Enabling-War-Crimes-report-final.pdf |
| 2/28/2023 | Business & Human Rights Centre | Report: Enabling war crimes? Western-made components in Russia's war against Ukraine | https://www.business-humanrights.org/en/latest-news/report-enabling-war-crimes-western-made-components-in-russias-war-against-ukraine/ |
| 3/2023 | U.S. Institute of Peace | Explainer: American Parts in Iranian Drones | https://iranprimer.usip.org/blog/2023/mar/01/explainer-american-parts-iranian-drones |
| 3/2/2023 | Interagency Compliance Note | Department of Commerce, Department of the Treasury, and Department of Justice Tri-Seal Compliance Note: Cracking Down on Third-Party Intermediaries Used to Evade Russia-Related Sanctions and Export Controls | https://www.justice.gov/media/1277536/dl?inline |

| Date | Source | Title | URL |
|---|---|---|---|
| 3/3/2023 | Network for Strategic Analysis | Russia's 'Low-Tech' War on Ukraine Discredited Its Military Modernization Narrative | https://ras-nsa.ca/russias-low-tech-war-on-ukraine/ |
| 3/13/2023 | RAND | Russia's Asymmetric Response to 21st Century Strategic Competition | https://www.rand.org/pubs/research_reports/RRA1233-5.html |
| 3/13/2023 | Business & Human Rights Centre | Western-made components found in weapons used in Russia's suspected Ukraine war crimes, new investigation reveals | https://www.business-humanrights.org/en/latest-news/western-made-components-found-in-weapons-used-in-russias-suspected-ukraine-war-crimes-new-investigation-reveals-incl-cos-responses-non-responses/ |
| 3/14/2023 | Securities and Exhange Commission | Proxy Statement - March 14, 2023 | https://investor.ti.com/static-files/e2b44d33-36f6-48d7-b041-27e0ee2f57c8 |
| 4/2023 | Conflict Armament Research | Identifying post-invasion components in Russian weapons | https://storymaps.arcgis.com/stories/00594bef40bc4148b16dc7267172d033 |
| 5/14/2023 | PBS | American company accused of violating sanctions for doing business with Russian arms industry; incl. co. comments | https://www.pbs.org/newshour/show/american-company-accused-of-violating-sanctions-doing-business-with-russian-arms-industry |
| 5/16/2023 | U.S. DOJ | Justice Department Announces Five Cases as Part of Recently Launched Disruptive Technology Strike Force | https://www.justice.gov/archives/opa/pr/justice-department-announces-five-cases-part-recently-launched-disruptive-technology-strike |
| 5/19/2023 | Guidance | Guidance to prevent evasion of prioritized HS codes to Russia | https://www.bis.doc.gov/index.php/documents/enforcement/3278-bis-guidance-to-prevent-evasion-of-prioritized-harmonized-system-codes-to-russia-final/file/ |
| 6/9/2023 | Interagency Advisory | Advisory on Iran's UAV-related activities; recovered UAVs in Ukraine use US components | https://2021-2025.state.gov/guidance-to-industry-on-irans-uav-related-activities/ |
| 6/17/2023 | Le Monde | Hundreds of Western Electronic Components Found in Russian Weapons | https://www.lemonde.fr/en/economy/article/2023/06/17/war-in-ukraine-hundreds-of-western-electronic-components-found-in-russian-weapons_6032830_19.html |

| Date | Source | Title | URL |
|---|---|---|---|
| 7/3/2023 | Yermak-McFaul Group, Kyiv School of Economics | Strengthening Sanctions to Stop Western Technology from Helping Russia's Military Industrial Complex | https://sanctions.kse.ua/wp-content/uploads/2023/09/sanctions_working_group_-_russian_import_of_critical_components-7-9-2023_final.pdf |
| 7/4/2023 | Svidomi | Foreign components in drones | https://svidomi.in.ua/en/page/russian-weapons-have-over-a-thousand-foreign-components-yermak-mcfaul-group |
| 7/21/2023 | PBS | U.S.-made chips recovered in missile | https://watch.opb.org/video/arming-russia-1689966431/ |
| 8/1/2023 | Conflict Armament Research | Documenting the domestic Russian variant of the Shahed UAV | https://storymaps.arcgis.com/stories/d3be20c31acd4112b0aecece5b2a283c |
| 8/21/2023 | The Insider | Short circuit. How Europe turns a blind eye to Russia smuggling dual-use microchips | https://theins.ru/en/politics/264419 |
| 8/23/2023 | Yermak-McFaul Group, Kyiv School of Economics | Strengthening Sanctions on Foreign Components in Russian Military Drones | https://sanctions.kse.ua/wp-content/uploads/2023/09/sanctions_workingbgroup_drones_final4.pdf |
| 8/31/2023 | U.S. DOJ | Russian-German National Arrested for Illegally Exporting to Russia Sensitive U.S.-Sourced Microelectronics with Military Applications in Violation of U.S. Export Controls | https://www.justice.gov/archives/opa/pr/russian-german-national-arrested-illegally-exporting-russia-sensitive-us-sourced |
| 9/7/2023 | Business & Human Rights Centre | Russia: Intermediary countries & cos. help import US-made advanced electronic components used in weapon production exposing loopholes in Western sanctions regime | https://www.business-humanrights.org/my/latest-news/russia-intermediary-countries-cos-help-import-us-made-advanced-electronic-components-used-in-weapon-production-exposing-loopholes-in-western-sanctions-regime/ |
| 9/7/2023 | Foreign Policy Magazine | The Dangerous Loophole in Western Sanctions on Russia | https://foreignpolicy.com/2023/09/07/western-sanctions-russia-ukraine-war/ |
| 10/3/2023 | PBS | Machine tools found in weapons factories | https://www.pbs.org/newshour/show/machinery-from-new-york-based-company-used-to-build-russian-weapons-used-in-war-on-ukraine |

ORIGINAL PETITION                                                                 Page 72

| Date | Source | Title | URL |
|---|---|---|---|
| 10/18/2023 | Interagency Advisory | Iran Ballistic Missile Procurement Advisory | https://www.justice.gov/d9/2023-10/2023_iran_ballistic_missile_procurement_advisory_10-17_final.pdf |
| 11/1/2023 | U.S. DOJ | Four Arrested and Multiple Russian Nationals Charged in Connection with Two Schemes to Evade Sanctions and Send U.S. Technology Used in Weapons Systems to Russia | https://www.justice.gov/archives/opa/pr/four-arrested-and-multiple-russian-nationals-charged-connection-two-schemes-evade-sanctions |
| 11/14/2023 | Institute for Science and International Security (ISIS) | Electronics in the Shahed-136 Kamikaze Drone | https://isis-online.org/uploads/isis-reports/documents/Electronics_in_the_Shahed-136_Kamikaze_Drone_November_14_2023_FINAL.pdf |
| 11/17/2023 | Tom's Hardware | U.S. Opens Criminal Investigation into Applied Materials Shipments to China Chipmaker | https://www.tomshardware.com/tech-industry/semiconductors/us-opens-criminal-investigation-into-applied-materials-shipments-to-china-chipmaker |
| 12/6/2023 | U.S. DOJ | Belgian National Charged with Crimes Related to Scheme to Illegally Procure Critical U.S. Technology for End Users in China and Russia | https://www.justice.gov/archives/opa/pr/belgian-national-charged-crimes-related-scheme-illegally-procure-critical-us-technology-end |
| 12/19/2023 | U.S. DOJ | Iranian National Charged with Unlawfully Procuring Microelectronics Used in Unmanned Aerial Vehicles on Behalf of the Iranian Government | https://www.justice.gov/archives/opa/pr/iranian-national-charged-unlawfully-procuring-microelectronics-used-unmanned-aerial-vehicles |
| 12/19/2023 | Kyiv Independent | Most of 2,500 foreign components Ukraine found in Russian weapons come from US (GRAPHS) | https://kyivindependent.com/ukraine-launches-database-of-foreign-components-found-in-russian-weapons/ |
| 12/31/2023 | Intel | 2023 10-K | https://www.sec.gov/Archives/edgar/data/50863/000005086325000009/intc-20241228.htm |
| 1/11/2024 | International Working Group on Russian Sanctions | Challenges of Export Controls Enforcement | https://fsi9-prod.s3.us-west-1.amazonaws.com/s3fs-public/2024-01/export_controls_-final_-_1-11-24.pdf |

| Date | Source | Title | URL |
|---|---|---|---|
| 1/25/2024 | Bloomberg | Most of Russia's War Chips are Made by US and European Countries | https://www.bloomberg.com/news/articles/2024-01-25/russia-s-war-machine-powered-by-chips-from-intel-amd-infineon-stm?embedded-checkout=true |
| 1/28/2024 | Yale School of Management | Over 1,000 Companies Have Curtailed Operations in Russia—But Some Remain | https://som.yale.edu/story/2022/over-1000-companies-have-curtailed-operations-russia-some-remain?company=texas+instruments&country= |
| 1/30/2024 | U.S. DOJ | Chinese Nationals Charged With Illegally Exporting U.S-Origin Electronic Components to Iran and Iranian Military Affiliates | https://www.justice.gov/usao-dc/pr/chinese-nationals-charged-illegally-exporting-us-origin-electronic-components-iran-and |
| 1/31/2024 | U.S. DOJ | Chinese Nationals Charged with Illegally Exporting U.S.-Origin Electronic Components to Iran and Iranian Military Affiliates | https://www.justice.gov/archives/opa/pr/chinese-nationals-charged-illegally-exporting-us-origin-electronic-components-iran |
| 2/12/2024 | U.S. DOJ | Canadian National Pleads Guilty to Conspiracy to Launder Money from Scheme to Send UAV and Missile Components to Russia in Violation of U.S. Sanctions | https://www.justice.gov/archives/opa/pr/canadian-national-pleads-guilty-conspiracy-launder-money-scheme-send-uav-and-missile |
| 2/12/2024 | Fletcher Russia & Eurasia Program, Tufts University | Scholar Chris Miller explains the challenges (and pitfalls) of Moscow's fight to import the Western microchips it needs for Russia's invasion force and economy | https://sites.tufts.edu/fletcherrussia/scholar-chris-miller-explains-the-challenges-and-pitfalls-of-moscows-fight-to-import-the-western-microchips-it-needs-for-russias-invasion-force-and-economy/ |
| 2/16/2024 | Departments of Justice and Commerce, Federal Bureau of Investigation, and Homeland Security | Fact Sheet: Disruptive Technology Strike Force Efforts in First Year to Prevent Sensitive Technology from Being Acquired by Authoritarian Regimes and Hostile Nation-States | https://www.justice.gov/archives/opa/pr/fact-sheet-disruptive-technology-strike-force-efforts-first-year-prevent-sensitive |
| 2/22/2024 | Library of Congress | Emerging Military Technologies: Background and Issues for Congress | https://sgp.fas.org/crs/natsec/R46458.pdf |

| Date | Source | Title | URL |
|------|--------|-------|-----|
| 2/23/2024 | U.S. Dept. of Commerce (BIS) | Common High Priority Items List (CHPL) | https://www.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl |
| 2/24/2024 | U.S. Senate Permanent Subcommittee on Investigations ("PSI") | Hearing: The U.S. Technology Fueling Russia's War in Ukraine: How and Why | https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-u-s-technology-fueling-russias-war-in-ukraine-how-and-why/ |
| 3/4/2024 | Texas Instruments | Letter to the SEC: Texas Instruments Incorporated Shareholder proposal submitted by Friends Fiduciary Corporation | https://www.sec.gov/files/corpfin/no-action/14a-8/ffcti030424-14a8.pdf |
| 3/20/2024 | Texas Instruments | Friends Fiduciary Corporation, along with co-filers Mercy Investment Services, Portico Benefit Services, and Presbyterian Church USA, seeks your support for the Proposal titled "Stockholder proposal to report on due diligence efforts to identify risks associated with product misuse," at the stockholder meeting on April 25, 2024. | https://investor.ti.com/static-files/98ae9ef5-0971-4d4b-a783-256cecc0917f |
| 3/28/2024 | U.S. Dept. of Commerce (BIS) | Red flag letters (2023) and 2024 letters sharing commercial datasets on third-country sellers | https://www.bis.doc.gov/index.php/documents/about-bis/newsroom/3488-bis-update-2024-axelrod-final/file |
| 4/30/2024 | U.S. DOJ | New York Man Pleads Guilty to Conspiracy to Unlawfully Export Dual-Use Electronics Used in Russian Military Drones | https://www.justice.gov/archives/opa/pr/new-york-man-pleads-guilty-conspiracy-unlawfully-export-dual-use-electronics-used-russian |
| 5/8/2024 | Business & Human Rights Centre | Texas Instruments Response | https://www.business-humanrights.org/en/latest-news/texas-instruments-response-4/ |
| 5/10/2024 | Business & Human Rights Centre | Intel Response | https://www.business-humanrights.org/en/latest-news/intel-response-3/ |

| Date | Source | Title | URL |
|---|---|---|---|
| 5/28/2024 | Business & Human Rights Centre | Products of over 250 Western companies repeatedly found in Russian weapons on Ukraine's battlefield expose issues in export controls enforcement, according to new report; incl. cos. responses & non-responses | https://www.business-humanrights.org/en/latest-news/Products-of-over-Western-companies-repeatedly-found-in-Russian-weapons-on-Ukraines-battlefield-expose-issues-in-export-controls-enforcement-according-to-new-report-incl-cos-responses-non-responses/ |
| 7/2024 | Committee for Freedom in Hong Kong Foundation | Beneath the Harbour: Hong Kong's Leading Role in Sanctions Evasion | https://thecfhk.org/research/beneath-the-harbor/ |
| 7/8/2024 | International Partnership for Human Rights | Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets Report | https://iphronline.org/wp-content/uploads/2025/07/jets-report-2025.pdf |
| 7/8/2024 | International Partnership for Human Rights | Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets Release | https://iphronline.org/articles/parts-of-the-problem-tracing-western-tech-in-russias-jets/ |
| 7/9/2024 | U.S. DOJ | New York Man and Canadian National Plead Guilty to Multimillion-Dollar Export Control Scheme | https://www.justice.gov/archives/opa/pr/new-york-man-and-canadian-national-plead-guilty-multi-million-dollar-export-control-scheme |
| 8/2024 | Conflict Armament Research | New Kh-101 missile used to strike Kyiv children's hospital | https://storymaps.arcgis.com/stories/edb4ed8bf3604c4ca47707ed1fe3a56c |
| 8/9/2024 | U.S. DOJ | Russian-German National Extradited for Illegally Exporting to Russia Sensitive U.S.-Sourced Microelectronics with Military Applications in Violation of U.S. Export Controls | https://www.justice.gov/archives/opa/pr/russian-german-national-extradited-illegally-exporting-russia-sensitive-us-sourced |
| 8/12/2024 | Institute for Science and International Security | Case Study on smuggling sensitive U.S.-origin items | https://isis-online.org/isis-reports/case-study-on-smuggling-sensitive-u.s.-origin-items |
| 8/23/2024 | U.S. Dept. of Commerce (BIS) | Commerce Tightens Export Controls, Targets Illicit Procurement Networks for Supplying Russian War Machine | https://www.bis.gov/media/documents/doc-tightens-controls-targets-illicit-procurement-networks-supplying-russian-war-machine.pdf |

ORIGINAL PETITION                                                                 Page 76

| Date | Source | Title | URL |
|---|---|---|---|
| 9/10/2024 | U.S. Senate PSI | Majority Staff Report - The US Technology Fueling Russia's War with Ukraine | https://www.hsgac.senate.gov/wp-content/uploads/09.10.2024-Majority-Staff-Report-The-U.S.-Technology-Fueling-Russias-War-in-Ukraine.pdf |
| 9/10/2024 | U.S. Senate PSI | Hearing: The US Companies' Technology Fueling The Russian War Machine | https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-us-companies-technology-fueling-the-russian-war-machine/ |
| 9/10/2024 | Business & Human Rights Centre | Overview of PSI findings | https://www.business-humanrights.org/en/latest-news/report-the-us-technology-fueling-russias-war-in-ukraine-examining-semiconductor-manufacturers-compliance-with-export-controls/ |
| 9/16/2024 | U.S. DOJ | Justice Department Announces Five Cases Tied to Disruptive Technology Strike Force | https://www.justice.gov/archives/opa/pr/justice-department-announces-five-cases-tied-disruptive-technology-strike-force |
| 9/16/2024 | Naval-Technology | Foreign components in Russian systems | https://www.naval-technology.com/news/us-investigates-domestic-components-in-russian-weapons-2/ |
| 9/17/2024 | ICE/HSI News Release | Russian citizen Denis Postovoy arrested in Florida for illicit procurement network exporting U.S. microelectronics to Russia | https://www.ice.gov/news/releases/russian-citizen-arrested-after-hsi-investigation-illegal-exportation-us-sourced |
| 10/2024 | CAN Corporation Analysis | Crafting the Russian War Economy | https://www.cna.org/analyses/2024/10/crafting-the-russian-war-economy |
| 10/2/2024 | Bloomberg | Russian Weapons, American chips: How a weapon packed with US technology killed a 6-year-old girl in Ukraine | https://www.bloomberg.com/features/2024-russian-missiles-us-tech-ukraine/ |
| 10/3/2024 | Bloomberg | Russian Weapons Full of US Tech Are Killing Ukrainians | https://www.bloomberg.com/news/newsletters/2024-10-03/russian-weapons-full-of-us-tech-are-killing-ukrainians-big-take |

| Date | Source | Title | URL |
|---|---|---|---|
| 11/2024 | US-China Economic and Security Review Commission | 2024 Annual Report to Congress: Technology and Consumer Product Opportunities and Risks Chapter 3: U.S.-China Competition in Emerging Technologies | https://www.uscc.gov/sites/default/files/2024-11/Chapter_3--U.S.-China_Competition_in_Emerging_Technologies.pdf |
| 11/4/24 | U.S. DOJ | Virginia Company and Two Senior Executives Charged with Illegally Exporting Millions of Dollars of U.S. Technology to Russia | https://www.justice.gov/archives/opa/pr/virginia-company-and-two-senior-executives-charged-illegally-exporting-millions-dollars-us |
| 12/3/24 | U.S. DOJ | Dual U.S. and Iranian Citizen Arrested for Unlawfully Exporting U.S. Technology to Iran | https://www.justice.gov/archives/opa/pr/dual-us-and-iranian-citizen-arrested-unlawfully-exporting-us-technology-iran |
| 12/5/2024 | Washington Post | Far from the front lines, a spy war rages over Russian weapons | https://www.washingtonpost.com/national-security/2024/12/05/russian-sanctions-weapons-ukraine-war/ |
| 12/9/2024 | Pravda | Russians exploit loophole to purchase US microchips despite sanctions - Bloomberg | https://www.pravda.com.ua/eng/news/2024/12/09/7488404/ |
| 12/16/2024 | U.S. DOJ | Founder of Iranian Company Arrested for Providing Material Support to the Islamic Revolutionary Guard Corps (IRGC), and for Scheme to Procure Sensitive U.S. Technology for Use in IRGC Military Drones, One of Which Killed Three U.S. Servicemembers | https://www.justice.gov/archives/opa/pr/founder-iranian-company-arrested-providing-material-support-islamic-revolutionary-guard |
| 12/18/2024 | U.S. Senate PSI | Majority Staff Report - The U.S. Technology Fueling Russia's War in Ukraine | https://www.hsgac.senate.gov/wp-content/uploads/The-U.S.-Technology-Fueling-Russias-War-in-Ukraine-Examing-BISs-Enforcement-of-Semiconductor-Export-Controls.pdf |
| 12/18/2024 | U.S. Senate PSI | Letter to Secretary Raimondo, Department of Commerce | https://www.hsgac.senate.gov/wp-content/uploads/2024-12-18-Blumenthal-Letter-to-Secretary-Raimondo.pdf |

| Date | Source | Title | URL |
|------|--------|-------|-----|
| 12/18/2024 | Associated Press | US Effort to Curb China's and Russia's Access to Advanced Computer Chips 'Inadequate,' Report Finds | https://www.usnews.com/news/business/articles/2024-12-18/us-effort-to-curb-chinas-and-russias-access-to-advanced-computer-chips-inadequate-report-finds |
| 1/8/2025 | U.S. DOJ | Canadian National Sentenced to 40 Months for Multimillion-Dollar Export Control Scheme | https://www.justice.gov/archives/opa/pr/canadian-national-sentenced-40-months-multimillion-dollar-export-control-scheme |
| 1/28/2025 | Organized Crime and Corruption Reporting Project | Belarus's Integral Bypasses Sanctions, Fuels Russian War Effort | https://www.occrp.org/en/news/belaruss-integral-bypasses-sanctions-fuels-russian-war-effort |
| 1/30/2025 | Radio Free Europe | China Supplying Critical Minerals for Russia's Weapons | https://www.rferl.org/a/china-critical-minerals-russia-weapons-ukraine-2024/33295674.html |
| 2/19/2025 | Global Defense Corp. | Russian Military Suppliers Exploit loophole in US microchip embargo | https://www.globaldefensecorp.com/2025/02/19/russian-military-suppliers-exploit-loophole-in-us-microchip-embargo/ |
| 3/3/2025 | OCCRP Analysis | Western Tech Fuels Russia's Missiles | https://www.occrp.org/en/news/western-tech-fuels-russias-missiles |
| 3/3/2025 | Novaya Gazeta Europe | Made in USA - At least 722 Ukrainian civilians were killed by weapons containing components from Western countries. During the three years of war, there wasn't a single day when such components weren't supplied to Russia (in Ukrainian) | https://novayagazeta.eu/articles/2025/03/03/made-in-usa |
| 3/10/2025 | The Kyiv Independent | We Tried to Buy American Chips as a Russian Defense Manufacturer — And It Worked | https://kyivindependent.com/investigation-we-tried-to-buy-american-chips-as-a-russian-defense-manufacturer-heres-why-its-possible/ |
| 4/30/2025 | The Kyiv Independent | Who are Russia's allies, and can Kremlin's war machine survive without them? | https://www.yahoo.com/news/russias-war-machine-survive-without-201744605.html |
| 6/27/2025 | Conference | Fair Play: How to Make Sanctions Work | https://mainstream.ua/en/conference-%E2%80%98fair-play-how-to-make-sanctions-work%E2%80%99 |

ORIGINAL PETITION                                                                 Page 79

| Date | Source | Title | URL |
|---|---|---|---|
| 7/2025 | Conflict Armament Research | Evidencing commercial components in missiles and UAVs | https://storymaps.arcgis.com/stories/288b05993eb041c289fb3749b4e1d4cf |
| 7/2025 | International Partnership for Human Rights, The Independent Anti-Corruption Commission (NAKO), and Hunterbrook | Parts of the Problem: Tracing Western Tech in Russia's Jets | https://iphronline.org/wp-content/uploads/2025/07/jets-report-2025.pdf |
| 7/2/2025 | Reuters | AOS settles with US over unauthorized shipments to China's Huawei in 2019 | https://www.reuters.com/world/china/aos-settles-with-us-over-unauthorized-huawei-shipments-2025-07-02/ |
| 7/4/2025 | Newsweek | US Electronic Components Still Turning Up in Russian Fighter Jets: Report | https://www.newsweek.com/russian-fighter-jets-weapons-us-companies-electronic-components-2094612 |
| 7/8/2025 | Kyiv Independent | Ukraine sanctions 5 Chinese firms for supplying components used in Russian drones | https://kyivindependent.com/ukraine-sanctions-5-chinese-firms-for-supplying-components-used-in-russian-drones-06-2025/ |
| 7/8/2025 | Hunterbrook | How Western Tech Powers Russia's War Against Ukrainian Civilians | https://hntrbrk.com/jet-report/ |
| 7/21/2025 | Chatham House, the Royal Institute of International Affairs | Russia's struggle to modernize its military industry | https://www.chathamhouse.org/2025/07/russias-struggle-modernize-its-military-industry/impact-sanctions-and-war-and-how-opk |
| 7/24/2025 | Cronkite News | US-made electronics still found in Russian warplanes linked to alleged war crimes in Ukraine, despite 3 years of sanctions and export controls | https://cronkitenews.azpbs.org/2025/07/24/american-technology-found-russian-war-aircraft/ |
| 7/24/2025 | Institute of Legislative Ideas | American-made electronics are still being found in Russian military aircraft | https://confiscation.com.ua/en/news/American_made_electronics_are_still_being_found_in_russian_military_aircraft/ |
| 9/19/2025 | Library of Congress | U.S. Export Controls and China: Advanced Semiconductors | https://www.congress.gov/crs-product/R48642 |

| Date | Source | Title | URL |
|---|---|---|---|
| 9/25/2025 | International Institute for Strategic Studies | Tracking the Components of Missiles and UAVs Used by Russia in Ukraine: What Lessons for Control Regimes? | https://www.iiss.org/research-paper/2025/09/tracking-the-components-of-missiles-and-uavs-used-by-russia-in-ukraine-what-lessons-for-control-regimes/ |
| 11/14/2025 | US-China Economic and Security Review Commission | China's Facilitation of Sanctions and Export Control Evasion | https://www.uscc.gov/research/chinas-facilitation-sanctions-and-export-control-evasion#_Toc213758816 |

169. Even before the 2022 full-scale invasion, the BIS and other agencies issued guidance warning exporters that seemingly innocuous electronics—integrated circuits, microchips, and test equipment—were being routed through intermediaries to Russian defense and intelligence entities.

170. BIS and interagency FAQs identified red flags for exporters, including: (a) items destined for entities with ties to defense or military procurement; (b) shipments routed through third countries; (c) omission of end-user information; (d) unusually complex supply chains; and (e) rapid or unusual payment and logistics patterns. Exporters were urged to perform enhanced due diligence on intermediaries, ensure accurate end-use/end-user declarations, and monitor for signs of diversion into military programs.

171. The U.S. government has repeatedly informed the Defendants about both the *risk* that their products were being diverted and the fact that their products were *actually being diverted*. As far back as January 2017, the President's Council of Advisors on Science and Technology ("PCAST") Ensuring Long-Term U.S. Leadership in Semiconductors Working Group noted that semiconductors are foundational to national security. The Working Group's report highlights the security stakes and calls for stronger corporate stewardship in safeguarding semiconductor supply

chains.[97] Of note, Defendant AMD's Chair and CEO Lisa Su is (or has been) a member of PCAST,[98] and Defendant Intel's former President and CEO Paul Otellini was a member of the working group that produced the January 2017 report.[99]

172.    A March 1, 2023 report from the U.S. Institute of Peace titled Explainer: American Parts in Iranian Drones explained that U.S.-made components—including microchips, processors, and GPS modules—comprised the bulk of parts in Iranian Shahed-131, Shahed-136, and Mohajer-6 drones, many of which were used by Russia in Ukraine. The report noted that approximately 77–82% of the electronic components in recovered Iranian drones were U.S.-made and included logic and memory chips from American manufacturers such as Texas Instruments.

173.    In July 2023, PBS aired Arming Russia, a Special Correspondent report by Simon Ostrovsky with Pulitzer Center support, concluding that many Russian cruise missiles could not find their targets without key components supplied by American semiconductor companies.

174.    An August 2023 report by the International Working Group on Russian Sanctions and the Kyiv School of Economics titled Foreign Components in Russian Military Drones investigated 174 foreign-made parts found in Russian Shahed, Lancet, and Orlan drones. The report found that nearly 70% of these parts were sourced from U.S. companies and that Xilinx

---

[97] President's Council of Advisors on Science & Technology, *Ensuring Long-Term U.S. Leadership in Semiconductors*, White House (Jan. 2017), https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/PCAST/pcast_ensuring_long-term_us_leadership_in_semiconductors.pdf.

[98] President's Council of Advisors on Science & Technology, *Members*, White House, https://bidenwhitehouse.archives.gov/pcast/members/ (last visited Dec. 9, 2025).

[99] President's Council of Advisors on Science & Technology, *Ensuring Long-Term U.S. Leadership in Semiconductors*, White House (Jan. 2017), https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/PCAST/pcast_ensuring_long-term_us_leadership_in_semiconductors.pdf.

(owned by AMD) was among the top five producers of critical drone components, underscoring Russia's dependence on U.S. high-performance programmable chips.

175.    A November 14, 2023 report by the Institute for Science and International Security titled Electronics in the Shahed-136 Kamikaze Drone analyzed Western-made electronic components in Iranian-designed Shahed-136 drones produced in Russia's Alabuga Special Economic Zone. The report identified FPGAs and related microcontrollers as essential to electronic warfare functions and anti-jamming capabilities, highlighting the central role of Western FPGAs—including those manufactured by Defendants—in enabling these drones to maintain guidance under hostile conditions.

176.    Upon information and belief, in 2022 and 2023, Russian websites such as www.getchips.ru and www.altchips.ru sold Texas Instruments semiconductor components to Russian companies in direct violation of U.S. sanctions laws.[100] Texas Instruments had actual notice that the Russian websites were selling Texas Instruments components in violation of U.S. sanctions laws. Texas Instruments knew or should have known that its online store was vulnerable to such a misuse and that Russian and Chinese distributors would work to undermine U.S. sanctions law designed to protect national security.

177.    A December 2024 Bloomberg story reported about Texas Instruments "a major Russian distributor handled more than 4,000 orders for hundreds of thousands of TI products worth about $6 million this year (2024) through August. Nearly $4 million of those orders were ultimately for Russian military companies, while the remainder were likely for civilian use,

---

[100] Astute Group, *Russia's Chip Supply Chain: A Digital Backdoor to American Tech*, *Astute Group* (Dec. 18, 2024), https://www.astutegroup.com/news/defence/russias-chip-supply-chain-a-digital-backdoor-to-american-tech/.

according to the supply records. The items were routed through Hong Kong or other countries before arriving in Russia." Bloomberg further reported that "TI appears to allow companies to buy chips from its website without disclosing the end user for those products — in contrast with most other chipmakers that require such end user detail to avoid selling to suppliers who pass goods on to places like Russia, Iran or North Korea."[101]

178.    In March 2023, the Board of Directors of Texas Instruments, via Chief Executive Officer Rich Templeton, recommended that shareholders vote against a proposal to report internally on misuse of the company's products, noting that "complete traceability and prevention of product misuse is unachievable."[102]

179.    In March 2024, Texas Instruments shareholders supported a proposal asking the company to commission a third-party report on misuse of TI microprocessors in Russia's attacks on Ukraine. Texas Instruments acknowledged in its 2022 Annual Report that in early 2022 it had been filing notifications with Russian authorities to enable import and distribution of its products in Russia, and that in February 2022 it decided to stop selling products in Russia. Reuters later identified approximately 1,300 additional shipments of TI components to Russia by third-party sellers after sanctions, further demonstrating ongoing diversion risks.

180.    In its 2023 Form 10-K, Intel disclosed that financial and export-control sanctions against Russia and Belarus had caused Intel and other companies to limit or suspend operations in those regions, confirming Intel's awareness of export restrictions on Russia and Belarus.

---

[101] Alberto Nardelli, Ian King & Andy Lin, *Russia's Military Found a Surprisingly Simple Way to Buy US Chips*, Bloomberg (Dec. 9, 2024), https://www.bloomberg.com/news/features/2024-12-09/russia-s-military-buying-us-chips-from-texas-instruments-despite-sanctions.

[102] Texas Instruments Incorporated Proxy statement (Form DEF 14A), March 14, 2023. U.S. Securities and Exchange Commission. https://investor.ti.com/static-files/e2b44d33-36f6-48d7-b041-27e0ee2f57c8;  https://www.pbs.org/newshour/show/parts-made-by-u-s-companies-used-to-build-russian-cruise-missiles

181. These reports, investigations, and corporate disclosures provided additional notice to Defendants that their products were repeatedly appearing in Russian and Iranian weapons used in Ukraine and that their existing compliance controls were insufficient.

182. Defendants knew or should have known of the applicable Executive Orders, Treaties, foreign policy, and U.S. export control laws and restrictions. They all have compliance departments for this purpose. These laws were not obscure—they were publicly promulgated by the U.S. government through official regulations, including the Export Administration Regulations, and widely reported in national and international media outlets. As sophisticated participants in the global semiconductor industry, Defendants possessed specialized knowledge of export compliance obligations and had a duty to ensure adherence to these laws. Numerous media reports, government advisories, and industry alerts highlighted the February 24, 2022 restrictions and subsequent measures, leaving no reasonable basis for ignorance. Defendants' own compliance programs and risk disclosures further underscore that they were aware, or should have been aware, of these prohibitions and their implications.

183. At all times relevant to this complaint, Defendants Texas Instruments, AMD, Intel, and Mouser knew or had reason to know that foreign companies and state actors purchasing their semiconductor components directly or indirectly would use these components to build and supply nations such as Russia with military drones, weapons and other equipment that Russia and the other nations would use to wage war against Ukraine and its allies, to kill and injure Ukraine's and other U.S.-aligned nations' citizens and residents. Any prudent company selling components capable of being weaponized would have conducted meaningful due diligence on buyers; instead, Defendants neglected to take reasonable steps to verify or research the end users of their products.

## VIII.  DEFENDANTS ARMED RUSSIA WITH PRECISION WEAPON COMPONENTS FOR SPECIFIC ATTACKS HARMING PLAINTIFFS

### A.  Plaintiffs' Injuries

184.    Upon information and belief, Defendants products were found in weapons used in specific attacks that injured or killed Plaintiffs on April 4, 2025 in Kryvyi Rih. Russian Iskander-M ballistic missiles, known to contain Western electronic components including TI, AMD, and Intel chips, struck residential zones, killing and injuring Plaintiffs and their family members.[103] The rockets struck a residential area.[104] As a result of the strike, at least 19 people were killed, 74 people were injured, and around 44 buildings were damaged.[105]

185.    This strike hit a playground in a residential neighborhood and killed Plaintiff A.K., the daughter of Plaintiff Marta Shumylo; Plaintiff D.N., the son of Plaintiff Nataliia Nikitska; and Plaintiff T.T., the grandson of Plaintiff Valentina Tsvitok. The playground was not close to any military installations, and the nearest businesses were a café and a beauty salon.

---

[103] Anna Kosarinova, *Missile attack on Kryvyi Rih: Russian troops hit residential area. 20 dead, including 9 children, over 70 injured* (Apr. 5, 2025), https://suspilne.media/dnipro/987519-raketna-ataka-na-krivij-rig-vijska-rf-vdarili-balistikou-po-zitlovomu-rajonu-e-zertvi/; United24Media, *SBU Names Russian Officers Behind Deadly Kryvyi Rih Attack on Civilians and Children* (Nov. 24, 2025), https://united24media.com/latest-news/sbu-names-russian-officers-behind-deadly-kryvyi-rih-attack-on-civilians-and-children-13726

[104] https://www.cnn.com/2025/04/04/americas/ukraine-strike-zelensky-russia-latam-intl

[105]Telegram post of Oleksandr Vilkul, Head of the Military Administration of Kryvyi Rih, 5 April 2025, https://t.me/vilkul/10230.



*(The playground where Plaintiffs' family members were killed in the attack)*

186.   This strike inflicted severe psychological harm on the survivors, caused profound loss to the affected families, and resulted in significant material damage to property owners.

187.   Plaintiff Marta Shumylo's 15-year-old daughter, A.K., was killed when a missile struck a playground in a residential neighborhood. A.K. was with her boyfriend, D.N., and two other friends. A.K., D.N., and their two other friends were all killed in the missile attack. A.K.'s father, who was working as a paramedic that night, found his daughter first. Plaintiff Marta Shumylo has been seeing a psychologist to help her cope with the horrific loss of her daughter.

188.   Plaintiff Nataliia Nikitska's 15-year-old son, D.N., was killed in the missile attack while walking through a playground with his girlfriend A.K. Just before the explosion, Danylo called his mother. D.N. had just been helping his mother carry a bag home and he had called her to tell her where the bag was. Nataliia heard an air raid warning and then heard the explosion. She called her son but he did not pick up. Then she and her husband ran to the explosion site, where

they saw many bodies. When they did not see D.N. body after a while, they began to hope their son had survived. And that's when they found their son: D.N.'s body was found holding hands with his girlfriend A.K. D.N. had holes in his chest and A.K. had significant leg trauma.

189.    Plaintiff Valentina Tsvitok's 3-year-old grandson, T.T., was killed in the missile and drone attack at the playground. Valentina had picked up her grandson for a playdate at the playground. When the missile alert sounded, Valentina did not even have time to pull her phone out before the missile struck the playground. She was three feet from her grandson when the blast occurred. After the blast, Valentina looked at her grandson and did not immediately see any visible injuries, but when she pulled open her grandson's coat, she saw that shrapnel had pierced a hole through his lungs. Valentina also suffered a huge shrapnel cut across her neck and bled profusely on the way to the hospital. Valentina was treated in the hospital for a week. For several weeks after the attack, she had trouble hearing. She still has a large scar across her neck, along with other scars across her chest. Valentina's daughter, who is T.T.'s mother, has suffered severe mental trauma from the loss of her son – she is not sleeping and Valentina worries that her daughter is suicidal from the loss of her son.

190.    Plaintiffs suffered wrongful death of relatives, serious bodily injury, disfigurement, emotional distress, property loss, and economic damages.

191.    Defendants' domestic negligence—failure to maintain reasonable export-control and compliance systems in light of overwhelming notice—was a producing and proximate cause of these harms. Without Defendants' components, or with adequate compliance and diversion controls, Russia's ability to deploy these weapons against Plaintiff civilians would have been substantially restricted.

192.    To date, Russia's attacks on Ukraine have resulted in catastrophic human losses. According to the United Nations Human Rights Monitoring Mission, at least 14,383 Ukrainian civilians have been killed, including 738 children, and 37,541 injured since February 2022. The war has also displaced approximately one-fourth of Ukraine's population, forcing millions from their homes. The destruction of infrastructure has been catastrophic: more than 236,000 residential buildings, thousands of schools, and critical energy systems have been damaged or destroyed. The World Bank estimates the cost of reconstruction at over $524 billion, reflecting the scale of economic devastation caused by Russia's aggression.

193.    Plaintiffs have suffered damages from the loss of their loved ones and from suffering from their injuries, in amounts that exceed the sum of $1,000,000, according to proof at trial.

## B.    Plaintiffs' Claims Are Timely

194.    Plaintiffs' claims did not accrue until September 10, 2024 at the earliest because this is when there was both evidence that Defendants' semiconductors were in the weapons used in attacks against Ukraine and the U.S. Senate Permanent Subcommittee on Investigations published its finding that Defendants' semiconductors were in the weapons because Defendants' compliance with export laws was "abjectly lacking."

195.    Before September 10, 2024, Plaintiffs could not have discovered enough facts for them to seek judicial relief for Defendants' acts and omissions causing Plaintiffs' injuries from the attacks enabled with Defendants' semiconductors.

196.    Plaintiffs could not have discovered sufficient facts about Defendants' acts and omissions causing Plaintiffs' injuries before September 10, 2024 because Defendants actively concealed relevant facts. The 2024 Senate Subcommittee report found that Defendants

manufacturers were slow to respond to tracing requests, and Defendant companies' efforts to track the path of their semiconductors into Russia have been slow, unhelpful, or nonexistent.

197.    Because Plaintiffs lacked sufficient facts to seek judicial relief before September 10, 2024 at the earliest, Plaintiffs' claims did not accrue until September 10, 2024 and therefore are timely filed within the relevant statute of limitations for each claim.

198.    Regardless of when Plaintiffs' claims accrued, the statute of limitations should be tolled based on the ongoing war in Ukraine.

199.    When the issue has arisen, which is relatively infrequently, states throughout the United States have recognized that a statute of limitations should be tolled when an active state of war prevents the plaintiff from filing sooner.

200.    Because jurisdiction would exist over several Defendants in California, this Court should apply California's war-based tolling provision, which states that "[w]hen a person is, by reason of the existence of a state of war, under a disability to commence an action, the time of the continuance of such disability is not part of the period limited for the commencement of the action whether such cause of action shall have accrued prior to or during the period of such disability." Cal. Civ. Proc. Code § 354.

201.    Texas has long recognized that a state of war supports suspending the statute of limitations on any civil action until one year after the close of war.

202.    Ukraine is presently a war-torn country and has been at war ever since February 2022.

203.    Since the war began, Ukraine has constantly been subject to air-raids and attacks from missiles and drones.

204. By reason of the existence of a state of war, Plaintiffs have been unable to file this action sooner and thus the statute of limitations should be tolled for the entire duration of the war.

205. Plaintiffs have exercised due diligence in pursuing their claims but the state of war in Ukraine has prevented them from filing their claims sooner.

206. It is in the interest of justice to toll Texas's statute of limitations on Plaintiffs' claims based on the state of war in Ukraine.

207. None of the reasons that support a statute of limitations on personal injury claims apply where, as here, Plaintiffs are living in an active war zone.

208. Alternatively, regardless of when Plaintiffs' claims accrued under Texas law, the Court should apply the statute of limitations from Ukraine, which provides a general statute of limitations of three years for civil claims (Article 257) and no statute of limitations for civil claims for damage "caused by mutilation, other health damage or death," except in certain circumstances not applicable here (Article 268). Ukraine has also tolled its generally applicable three-year statute of limitations from the start of the war until September 4, 2025.[106]

## IX.    CAUSES OF ACTION

### Count One – Negligence (Manufacturers)

*Against Defendants AMD, Intel and Texas Instruments*

209. Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

210. At all times, Defendants owed a duty to Plaintiffs under Texas law to exercise reasonable care in the design, implementation, marketing, and sale of semiconductor components,

---

[106] CMS, *Ukraine Restores Statutes of Limitation Suspended During Martial Law*, *CMS Law-Now eAlert* (May 14, 2025), https://www.cms-lawnow.com/en/ealerts/2025/09/ukraine-restores-statutes-of-limitation-suspended-during-martial-law.

as well as the enforcement of compliance and export-control systems governing the distribution and sale of semiconductor components with known dual-use and weapons applications.

211.    Defendants breached this duty by, among other things:

a.  Failing to conduct adequate due diligence on high-risk customers and distributors;

b.  Failing to respond reasonably to repeated government advisories and public reports documenting diversion of their products;

c.  Continuing to permit sales into known high-risk transshipment hubs without strengthening controls;

d.  Failing to terminate or restrict relationships with intermediaries implicated in diversion;

e.  Failing to take reasonable steps to prevent foreseeable misuse of their products in weapons systems used against civilians; and

f.  Selling and supplying their semiconductor components, directly or indirectly, to China, Russia and/or Iran for the purpose of arming and supplying the military drones to Russia to wage war against Ukraine and its citizens and residents.

212.    Defendants' breaches were a producing and proximate cause of Plaintiffs' injuries and damages.

213.    The harm to Plaintiffs from Defendants' breaches was foreseeable because Defendants have been on notice for years that their semiconductor components were being illegally diverted, directly or indirectly by third parties, to supply the Russian military with the Defendants' technology it needed to remotely and with precision attack Ukrainian civilians, including

Plaintiffs. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

214.    Plaintiffs' claims are timely filed.

### Count Two – Negligence (Mouser)

*Against Defendant Mouser*

215.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

216.    At all times, Defendant owed a duty to Plaintiffs under Texas law to exercise reasonable care in the marketing and sale of semiconductor components and the enforcement of compliance and export-control systems governing the distribution and sale of semiconductor components with known dual-use and weapons applications.

217.    Defendant breached this duty by, among other things:

    a.    Failing to conduct adequate due diligence on high-risk customers and other distributors;

    b.    Failing to respond reasonably to repeated government advisories and public reports documenting diversion of their products;

    c.    Continuing to permit sales into known high-risk transshipment hubs without strengthening controls;

    d.    Failing to terminate or restrict relationships with intermediaries implicated in diversion;

    e.    Failing to take reasonable steps to prevent foreseeable misuse of their products in weapons systems used against civilians; and

f.  Selling and supplying their semiconductor components, directly or indirectly, to China, Russia and/or Iran for the purpose of arming and supplying the military drones to Russia to wage war against Ukraine and its citizens and residents.

218.  Defendant's breaches were a producing and proximate cause of Plaintiffs' injuries and damages.

219.  The harm to Plaintiffs from Defendant's breaches was foreseeable because Defendant Mouser has been on notice for years that its semiconductor components were being illegally diverted, directly or indirectly by third parties, to supply the Russian military with the Defendants' technology needed to remotely and with precision attack Ukrainian civilians, including Plaintiffs. Defendant's conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

220.  Plaintiffs' claims are timely filed.

## Count Three – Negligence Per Se (All Defendants)

221.  Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

222.  Defendants violated U.S. export-control and sanctions regulations and Executive Orders designed to prevent the diversion of sensitive microelectronics to hostile actors. Those regulations are intended to protect, among others, civilians—including foreign civilians—from the consequences of illegal diversion of U.S.-origin technology into foreign weapons programs.

223.  Defendants' violations of such regulations and Executive Orders constitute negligence per se and were a proximate cause of Plaintiffs' injuries. Defendants' conduct was

intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

### Count Four – Gross Negligence (All Defendants)

224.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

225.    Defendants had actual, subjective awareness of an extreme degree of risk, considering the probability and magnitude of the potential harm to Ukrainian civilians that would result if the semiconductor components they manufactured and/or sold continued to be diverted into Russian and Iranian weapons systems.

226.    Notwithstanding that awareness, Defendants proceeded with conscious indifference to the rights, safety, and welfare of Plaintiffs and others by knowingly failing to implement effective compliance measures or to act on repeated warnings that their semiconductor components were being diverted to the Russian military to deploy against Ukrainian civilians.

227.    Defendants' gross negligence entitles Plaintiffs to exemplary damages under Texas law. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

228.    Plaintiffs' claims are timely filed.

### Count Five – Conspiracy to Evade and/or Violate Export Restrictions to Iran and Russia (All Defendants)

229.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

230.    Defendants Intel, AMD, and Texas Instruments each conspired with Texas-based Mouser to evade and/or violate U.S. export laws restricting the sale of U.S. semiconductor

components, directly or indirectly, to the Russian military where such products have been used to foreseeably kill, maim, and injure the plaintiffs.

231. Defendants Intel, AMD, and Texas Instruments, as part of their respective conspiracies with Mouser, each sold military-use components to Mouser in Texas. Upon information and belief, Mouser, with knowledge by Defendants, then routed Defendants' components from Texas either directly or indirectly through intermediaries to the Russian military for military purposes in its war against Ukraine and its civilians.

232. In routing their products to the Russian military, Intel, AMD, and Texas Instruments, together in conspiracy with Mouser, violated U.S. export laws designed to prevent the Russian military from obtaining such technology.

233. Defendants were aware that their conspiracy to violate export restrictions on U.S. semiconductor components would foreseeably harm Ukrainian civilians, including Plaintiffs, because Defendants had years of extensive notice about diversion of their components to Iran and the Russian military yet took no actions to stop the flow of their products from Texas to the wrong hands in Iran and/or Russia.

234. Defendants' conspiracy to violate export restrictions on U.S. semiconductor components harmed Plaintiffs because it enabled the Russian military to use Defendants' technology to arm missiles and drones that it used to attack Ukrainian civilians, including Plaintiffs. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

**Count Six – Assisting and Encouraging**
**Tortious Conduct (All Defendants)**

235.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

236.    Defendants Intel, AMD, and Texas Instruments, each acted and/or conspired with Texas-based Mouser to evade and/or violate U.S. export laws restricting the sale of military-use components to Mouser in Texas. Upon information and belief, Mouser, with knowledge by Defendants, then routed Defendants' components from Texas either directly or indirectly through intermediaries to the Russian military for military purposes in its war against Ukraine and its civilians. These military components were then used by the Russia military with the intent to foreseeably kill, maim, and injure the Plaintiffs.

237.    Defendants knew or should have known that the Russian military's conduct constituted a tort and they were providing substantial assistance or encouragement in the commission of that tort. As a result, Defendants are jointly and severally liable for the resulting harm to Plaintiffs.

238.    Defendants knowingly provided these critical military components to entities that Defendant knew, or, in the exercise of reasonable care, should have known, were engaged in unlawful and dangerous military activities, including the construction, assembly, and deployment of missile systems used in violations of international law and in armed attacks against civilian populations. Defendants' assistance was a substantial factor in enabling those entities to carry out such wrongful acts.

239.    Defendants knew their actions would foreseeably harm Ukrainian civilians, including Plaintiffs, because Defendants had years of extensive notice about diversion of their

components to Iran and the Russian military yet took no actions to stop the flow of their products from Texas to the wrong hands in Iran and/or Russia.

240. Defendants were aware that the end-users to whom it supplied their components lacked lawful authorization to receive controlled items and were operating in regions subject to export restrictions, embargoes, and active hostilities. Despite this knowledge, Defendants continued to supply component parts essential to the operation, assembly, and deployment of the missile systems, thereby knowingly assisting, encouraging, and facilitating the unlawful conduct.

241. Defendants' conduct satisfies all elements of aiding and abetting because:

    a. the underlying wrongful acts were committed by the Russian military;

    b. Defendants had actual knowledge—or consciously avoided confirming—that their component parts would be used in the commission of such acts; and

    c. Defendants provided substantial assistance without which the unlawful missile deployment and resulting injuries would not have occurred. Plaintiffs' injuries were the foreseeable result of Defendants' assistance, which enabled the Russian military to use Defendants' technology to arm missiles and drones that it then used to attack Ukrainian civilians, including Plaintiffs.

242. As a direct result of Defendants' Assisting and Encouraging Tortious Conduct, Plaintiffs suffered severe personal injuries, economic losses, pain and suffering, mental anguish, property damage, and other compensable harms. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

**Count Seven – Fraudulent Concealment by Nondisclosure (All Defendants)**

243.   Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

244.   Defendants Intel, AMD, Texas Instruments and Mouser are liable for fraudulent concealment (also known as fraud by nondisclosure) under Texas law. Defendants committed fraud by nondisclosure by concealing or failing to disclose material facts despite a duty to disclose, with the intent to induce reliance, and their concealment resulted in injury to the Plaintiffs.

245.   Defendants possessed exclusive and superior knowledge regarding the true export destinations, routing, end-users, and intended military application of the missile-critical components they designed, manufactured, marketed, and distributed. Defendants knew that the components were being diverted to a Russia, a prohibited foreign military actor, and that such components were reasonably likely to be used in illegal missile systems capable of causing civilian harm, including that which occurred to the Plaintiffs. Nonetheless, Defendants deliberately concealed these material facts and affirmatively structured their business dealings so that the Russia's identity as the real buyer of the components would remain hidden from regulators, intermediaries, and parties who reasonably relied on Defendants to comply with export-control laws.

246.   Defendants had a duty to disclose these material facts because:

   a.   Defendants made partial representations regarding the legality, routing, and end-use of the components that were misleading without full disclosure;

   b.   Defendants knew that regulators, downstream entities, and others in the supply chain—including the parties whose reliance protected civilian populations—were unaware of the true facts and were relying on Defendants to disclose them;

c. Defendants voluntarily undertook to provide export-control information but failed to reveal the whole truth; and

d. Defendants actively concealed and suppressed information that they were legally and morally obligated to communicate.

247. Defendants concealed these facts with the intent to induce reliance, including the reliance of regulatory authorities, freight forwarders, distributors, end-users, and other entities that would have halted or prevented the prohibited transaction had truthful information been disclosed. Defendants also intended and expected that civilian populations, including Plaintiffs, would be placed at greater risk due to their concealment, as the illegal missile acquisition would foreseeably result in wrongful deployment of the weapon system.

248. The concealed facts were material, and Defendants' omissions were a producing and proximate cause of Plaintiffs' injuries. But for Defendants' concealment of the true export destination, prohibited end-user, and unlawful purpose of the missile components, Russia would not have obtained the components necessary to assemble, deploy, and detonate the missile system that caused Plaintiffs' damages. Plaintiffs' injuries were the foreseeable and natural consequence of Defendants' fraudulent concealment.

249. As a direct result of Defendants' fraudulent omissions, Plaintiffs suffered severe personal injuries, economic losses, pain and suffering, mental anguish, property damage, and other compensable harms. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

### Count Eight – Joint Enterprise (All Defendants)

250. Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

251.    Upon information and belief Defendants Intel, AMD, and Texas Instruments, each entered into an agreement, express or implied, with Texas-based Defendant Mouser to collaborate in the illegal export of missile-critical component parts to Russia. This agreement included coordination to conceal the true export destination and end-user, falsify or omit destination-control statements, channel shipments through intermediaries, and suppress information necessary for regulators and lawful purchasers to detect the diversion.

252.    Defendants shared a common purpose, namely the successful completion of the illegal export transaction and the unlawful delivery of missile-critical components to the Russian military. Their joint objective was not merely the sale of goods, but the intentional circumvention of export-control laws to supply a weapons system in violation of U.S. and international legal restrictions. This shared objective was the essence of the enterprise and was known, endorsed, and pursued by all Defendants Intel, AMD, and Texas Instruments acting in concert with Defendant Mouser.

253.    Defendants Intel, AMD, and Texas Instruments also shared a community of pecuniary interest with Defendant Mouser in the illegal enterprise. Their financial benefits were directly tied to the successful completion of the prohibited export: prices, margins, and revenues were structured around the sale to the prohibited buyer, and each Defendant stood to profit from the transaction with Mouser only if the concealment succeeded and the components reached their illegal destination. Their shared financial stake extended beyond a simple manufacturer–distributor relationship and existed specifically with respect to the unlawful export transaction at issue.

254.    Defendants possessed an equal right of control over the operations of the enterprise. The planning and execution of the illegal export required—and received—mutual decision-making

authority regarding shipment routing, intermediary selection, documentation practices, timing, allocation of responsibilities, and methods used to disguise the prohibited end-user. Each Defendant had veto power and decision-making influence over the success of the illegal enterprise, and Defendants Intel, AMD, and Texas Instruments could accomplish the prohibited export without the Defendant Mouser's participation and shared control.

255.    In furtherance of this joint enterprise, Defendants committed overt acts, including creating or approving false export documentation, coordinating covert logistics, concealing material information from regulators and supply-chain participants, and repeatedly supplying missile-critical components despite red flags indicating illegal diversion. These acts were taken jointly, intentionally, and with full knowledge of their unlawful purpose.

256.    The missile systems that injured Plaintiffs were assembled and deployed using components unlawfully exported through this joint enterprise. Plaintiffs' injuries were the foreseeable, natural, and proximate result of Defendants' coordinated illegal activity. Accordingly, Defendants are jointly and severally liable for all damages arising from the joint enterprise, including compensatory damages and exemplary damages due to their willful and malicious conduct.

257.    As a direct result of Defendants' Joint Enterprise, Plaintiffs suffered severe personal injuries, economic losses, pain and suffering, mental anguish, property damage, and other compensable harms. Defendants' conduct was intentional, malicious, and in conscious disregard of the safety of civilian populations, entitling Plaintiffs to exemplary damages under Texas Civil Practice & Remedies Code § 41.003.

### Count Nine– Wrongful Death (All Defendants)

258.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

259.    Plaintiff Marta Shumylo is the mother of Plaintiff A.K., a minor. She is a beneficiary entitled to bring this action under the Texas Wrongful Death statute.

260.    Plaintiff Marta Shumylo had a close and loving relationship with A.K., who died prematurely because of Defendants' acts and omissions.

261.    Plaintiff Nataliia Nikitska is the mother of Plaintiff D.N., a minor. She is a beneficiary entitled to bring this action under the Texas Wrongful Death statute.

262.    Plaintiff Nataliia Nikitska had a close and loving relationship with D.N., who died prematurely because of Defendants' acts and omissions.

263.    Plaintiff Valentina Tsvitok is the grandmother of Plaintiff T.T., a minor. She is a beneficiary entitled to bring this action under the Texas Wrongful Death statute.

264.    Plaintiff Valentina Tsvitok had a close and loving relationship with T.T., who died prematurely because of Defendants' acts and omissions.

265.    As a direct and proximate result of Defendants' negligent and grossly negligent conduct, Plaintiffs' family members were killed in the attacks described above.

266.    Plaintiffs seek all past and future damages available under the Texas Wrongful Death statutes, including loss of companionship and society, mental anguish, and pecuniary losses.

267.    Because Defendants' acts and omissions resulted from gross negligence, Plaintiffs are entitled to recover exemplary damages in an amount to be proven at trial.

268.    Plaintiffs' claims are timely filed.

**Count Ten– Survival Action (All Defendants)**

269.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

270.    Plaintiff Marta Shumylo is the mother of Plaintiff A.K., a minor. Plaintiff is a beneficiary entitled to bring this action under the Texas Survival statutes.

271.    Plaintiff Nataliia Nikitska is the mother of Plaintiff D.N., a minor. Plaintiff is a beneficiary entitled to bring this action under the Texas Survival statutes.

272.    Plaintiff Valentina Tsvitok is the grandmother of Plaintiff T.T., a minor. Plaintiff is a beneficiary entitled to bring this action under the Texas Survival statutes.

273.    Because of the wrongful conduct described above, the decedents suffered immense physical pain and suffering, mental anguish, property damage, and medical and expenses before death. Decedent's Estate also incurred funeral expenses and losses.

274.    Plaintiffs seek all damages available under the Texas Survival statutes, including damages from physical pain and suffering, mental anguish, property damage sustained by the decedent before death, and related medical expenses and funeral expenses.

275.    Because Defendants' acts and omissions resulted from gross negligence, Plaintiffs are entitled to recover exemplary damages in an amount to be proven at trial.

276.    Plaintiffs' claims are timely filed.

## X.    DAMAGES

277.    Plaintiffs reallege and incorporate by reference each of the preceding paragraphs as if fully set forth herein.

278.    As described more fully in the preceding paragraphs of this Petition, Defendants Texas Instruments, AMD, Intel and Mouser's wrongful conduct was the proximate cause of Plaintiffs' damages, injuries and special losses, including but not limited to:

Wrongful death;

Physical pain and suffering;

Mental anguish;

Physical impairment and disfigurement;

Loss of consortium;

Loss of earning capacity;

Property damage and economic loss;

Lost income;

Medical expenses, and

Funeral and burial expenses, all in an amount within the jurisdictional limits of the Court.

279.    Plaintiffs also seek exemplary damages based on Defendants' gross negligence.

280.    In particular, the sale of semiconductor components by Defendants Texas Instruments, AMD, Intel, and Mouser in violation of United States law allowed drones, missiles, and other weapons operated by Russia to attack Plaintiffs, causing injury and death.

281.    Defendants Texas Instruments, AMD, Intel, and Mouser acted with gross negligence which resulted in harm to Plaintiffs. In particular, Defendants Texas Instruments, AMD, Intel, and Mouser knew or should have known that their sale and distribution of semiconductor components in violations of U.S. law could facilitate Russian weapon deployment and/or result in life-endangering harm to Plaintiffs. As a result, punitive damages should be assessed against Defendants Texas Instruments, AMD, Intel, and Mouser for their conduct.

## XI.    DEMAND FOR JURY TRIAL

282.    Plaintiffs demand a jury trial under Texas Rule of Civil Procedure 216.

## XII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that Defendants Texas Instruments, AMD, Intel, and Mouser be cited to appear and answer and that upon a final hearing of this matter, that the Court enter judgment in favor of Plaintiffs and against Defendants Texas Instruments, AMD Intel, and Mouser and award to Plaintiffs:

a) Actual damages, in an amount to be determined at trial;

b) Punitive damages;

c) Prejudgment and post-judgment interest at the maximum rate allowed by law;

d) Costs of court; and

e) Any other relief to which Plaintiffs may be justly entitled at law or in equity.

Dated: December 10, 2025                    Respectfully submitted,


  /s Mikal C. Watts


Mikal C. Watts (Texas State Bar No. 20981820)
mikal@wattsllp.com
**WATTS LAW FIRM LLP**
811 Barton Springs Road, Suite 725
Austin, TX 78704
Telephone: (512) 479-0500

Robert A. Julian (*Pro Hac Vice Pending*)
rjulian@bakerlaw.com
Dustin M. Dow (*Pro Hac Vice Pending*)
ddow@bakerlaw.com
Lauren Attard (*Pro Hac Vice Pending*)
lattard@bakerlaw.com
Renee Knudsen (*Pro Hac Vice Pending*)
rknudsen@bakerlaw.com
Karina Loya (Texas State Bar No. 24104687)
kloya@bakerlaw.com
**BAKER & HOSTETLER LLP**
2850 North Harwood Street
Suite 1100
Dallas, TX 75201
Telephone: (214) 210-1200

Charla Aldous (Texas State Bar No. 20545235)
CAldous@aldouslaw.com
**ALDOUS LAW**
4311 Oak Lawn Avenue, Suite 150
Dallas, TX 75219
Telephone: (214) 307-6307

James Shaw (Texas State Bar No. 00784955)
jshaw@carabinshaw.com
**CARABIN & SHAW P.C.**
875 E Ashby Pl Ste 1100
San Antonio, TX 78212-4109
Telephone: (210) 222-2288

***Attorneys for Plaintiffs***

| Date | Author | Source | Title | URL | Excerpt |
|------|--------|--------|-------|-----|---------|
| 6/7/1989 | U.S Congress | U.S. Congress | Anti-Terrorism and Arms Export Amendments Act of 1989 | https://www.congress.gov/101/statute/STATUTE-103/STATUTE-103-Pg1892.pdf | prohibits "Exporting or otherwise providing . . . any munitions item to a country described in subsection (d)" |
| 10/23/1992 | U.S. Congress | U.S. Congress | National Defense Authorization Act of 1993, included Iran–Iraq Arms Non-Proliferation Act of 1992 | https://www.govinfo.gov/content/pkg/COMPS-10665/pdf/COMPS-10665.pdf | "It shall be the policy of the United States to oppose, and urgently to seek the agreement of other nations also to oppose, any transfer to Iran or Iraq of any goods or technology, including dual-use goods or technology, wherever that transfer could materially contribute to either country's acquiring chemical, biological, nuclear, or destabilizing numbers and types of advanced conventional weapons." |
| 11/20/1992 | Steve Coll | Washington Post | Technology from West Floods Iran: Equipment Intended for Civilian Projects Has Military Uses | https://www.washingtonpost.com/archive/politics/1992/11/10/technology-from-west-floods-iran/67f64d4c-7374-406e-81c3-ec248c4d3037/ | "While Iran has ordered the equipment for civilian projects, such as new airports and telephone networks, Western analysts and U.S. officials say the technology easily can be converted to military use in time of war." |
| 1994 | Wassenaar Arrangement Secretariat | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Items (amended in 2004 and 2005) | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf | "For selection purposes the dual-use items should also be evaluated against the following criteria:" |
| 5/6/1995 | Executive Office of the President | Executive Order | Prohibiting Certain Transactions With Respect to Iran | https://www.govinfo.gov/content/pkg/FR-1995-05-09/html/95-11694.htm | prohibited "the exportation from the United States to Iran, the Government of Iran, or to any entity owned or controlled by the Government of Iran, or the financing of such exportation, of any goods, technology . . ." |
| 9/6/1995 | U.S. Dept. of Commerce Bureau of Industry and Security ("BIS") | 31 C.F.R. § 560.204 | Iranian Transactions Regulations: Implementation of Executive Order 13059 | https://www.govinfo.gov/content/pkg/FR-1999-04-26/html/99-10179.htm | "Prohibited exportation, reexportation, sale or supply of goods, technology, or services to Iran." |
| 10/27/1995 | Reuters | Washington Post | 7 Charged with Exporting to Iran | https://www.washingtonpost.com/archive/politics/1995/10/27/7-charged-with-exporting-to-iran/ec9c57d3-43d2-4248-84af-1e47abf1b304/ | "shipment of sensitive military radios, scramblers and decoders to a rogue state such as Iran is a serious threat to national security" |
| 3/25/1996 | U.S. Dept. of Commerce (BIS) | 15 CFR Part 732 | BIS's "Know Your Customer" Guidance and Red Flags | https://www.ecfr.gov/current/title-15/subtitle-B/chapter-VII/subchapter-C/part-732/appendix-Supplement%20No.%203%20to%20Part%20732 | "BIS provides the following guidance on how individuals and firms should act under this knowledge standard." |
| 7/12/1996 | Wassenaar Arrangement Secretariat | Wassenaar Arrangement | The Wassenaar Arrangement on Export Controls for Conventional Arms and Dual-Use Goods and Technologies | https://www.wassenaar.org/about-us/ | "The Wassenaar Arrangement has been established in order to contribute to regional and international security and stability, by promoting transparency and greater responsibility in transfers of conventional arms and dual-use goods and technologies, thus preventing destabilising accumulations." |
| 8/5/1996 | U.S. Congress | U.S. Congress | Iran and Libya Sanctions Act of 1996 (ISA) | https://www.govinfo.gov/app/details/PLAW-104publ172 | "it is the policy of the United States to deny Iran the ability to support acts of international terrorism and to fund the development and acquisition of weapons of mass destruction and the means to deliver" |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 8/2/1997 | Executive Office of the President | Executive Order | Executive Order 13059 of August 19, 1997 Prohibiting Certain Transactions With Respect to Iran | https://www.govinfo.gov/content/pkg/FR-1995-09-11/pdf/95-22387.pdf | "the exportation from the United States to Iran or the Government of Iran, or the financing of such exportation, of any goods, technology, or services is prohibited." |
| 1998 | Wassenaar Arrangement Secretariat | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Goods and Technologies for the Sensitive List (amended in 2000 and 2004 | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf | "Those items from the Dual-use List which are key elements directly related to the indigenous development, production, use or enhancement of advanced conventional military capabilities whose proliferation would significantly undermine the objectives of the Wassenaar Arrangement." |
| 4/28/1998 | United States General Accounting Office | United States General Accounting Office Testimony Before the Joint Economic Committee | China - U.S. and European Union Arms Sales Since the 1989 Embargoes | https://www.gao.gov/assets/t-nsiad-98-171.pdf | "exempted from this prohibition U.S. Munitions List items that are designed specifically for use in civil products (such as internal navigation equipment for commercial airliners) unless the President determines the end user would be the Chinese military. Because the U.S. Munitions List includes nonlethal military equipment (for example, radios and radars) in addition to lethal equipment (such as missiles), the U.S. prohibition on arms sales to China covers a broader range of items than the EU embargo, as implemented" |
| 2000 | Wassenaar Arrangement Secretariat | Wassenaar Arrangement | Criteria for the Selection of Dual-Use Goods and Technologies for the Very Sensitive List (amended in 2004 | https://www.wassenaar.org/app/uploads/2019/12/Selection-criteria.pdf | "Those items from the Sensitive List which are key elements essential for the indigenous development, production, use or enhancement of the most advanced conventional military capabilities whose proliferation would significantly undermine the objectives of the Wassenaar Arrangement." |
| 3/14/2000 | U.S. Congress | U.S. Congress | Iran Nonproliferation Act | https://www.govinfo.gov/content/pkg/PLAW-106publ178/html/PLAW-106publ178.htm | ''to provide for the application of measures to foreign persons who transfer to Iran certain goods, services, or technology, and for other purposes.'' |

CHRONOLOGICAL NOTICE OF SEMICONDUCTOR COMPONENT EXPORT FOR MILITARY USE

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 1/14/2003 | U.S. Dept. of Commerce (BIS) | 15 C.F.R. §§ 744 and 774 | Revision of Export Controls for General Purpose Microprocessors | https://www.federalregister.gov/documents/2003/01/14/03-714/revision-of-export-controls-for-general-purpose-microprocessors#page-1797 | "This final rule removes license requirements for exports and reexports of general purpose microprocessors to most destinations to conform with changes in the List of Dual-Use Goods and Technologies maintained and agreed to by governments participating in the Wassenaar Arrangement. This rule retains license requirements for exports and reexports to designated terrorist-supporting countries. In addition, this rule establishes a new license requirement for the export or reexport of general purpose microprocessors if, at the time of the export or reexport, the exporter or reexporter knows, has reason to know, or is informed by BIS that the item will be or is intended to be used for a "military end-use" in a country that is of concern for national security reasons or by a 'military end-user' in such a country." |
| 12/2003 | Wassenaar Arrangement Secretariat | Wassenaar Arrangement | Compendium of Best Practice Documents | https://www.wassenaar.org/app/uploads/2023/12/Public-Docs-Vol-III-Comp.-of-Best-Practice-Documents-Dec.-2023.pdf | "Participating States should . . . Conduct focused outreach to manufacturers, distributors, brokers, and freight forwarders to raise awareness of export control obligations, as well as potential penalties for non-compliance, and encourage industry to develop internal compliance programs." |
| 2/20/2004 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 764 and 766 | Export Administration Regulations: Penalty Guidance in the Settlement of Administrative Enforcement Cases | https://www.federalregister.gov/documents/2004/02/20/04-3639/export-administration-regulations-penalty-guidance-in-the-settlement-of-administrative-enforcement | "In the exercise of its discretion, OEE may determine in certain instances that issuing a warning letter, instead of bringing an administrative enforcement proceeding, will achieve the appropriate enforcement result. . . .OEE often issues warning letters for an apparent violation of a technical nature, . . . where the investigation commenced as a result of a voluntary self-disclosure satisfying the requirements of §764.5 of the EAR, provided that no aggravating factors exist." |
| 11/20/2006 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 730, 738, 740, 742, 746, 750, 752, and 774 | Imposition of Foreign Policy Controls on Surreptitious Communications Intercepting Devices | https://www.govinfo.gov/content/pkg/FR-2006-11-20/pdf/06-9262.pdf | Amendments are "imposing new foreign policy export and reexport controls on devices primarily useful for the surreptitious interception of wire, oral, or electronic communications classified under Export Control Classification Number (ECCN) 5A980. In this rule, BIS also imposes controls on related software and technology by creating ECCNs 5D980 and 5E980." |
| 2007 | Wassenaar Arrangement | Statement of Understanding on Implementation of End-Use Controls for Dual-Use Items | https://www.wassenaar.org/app/uploads/2019/consolidated/10Statement-of-Understanding-on-Implementation-of-End-Use-Controls-for-Dual-Use-Items.pdf | "The proper evaluation of each individual export licence application is important to minimise the risk of undesirable diversion." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 6/19/2007 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 742, 743, 744, 748, 750 and 758 | Revisions and Clarification of Export and Reexport Controls for the People's Republic of China (PRC); New Authorization Validated End-User; Revision of Import Certificate and PRC End-User Statement Requirements | https://www.federalregister.gov/documents/2007/06/19/E7-11588/revisions-and-clarification-of-export-and-reexport-controls-for-the-peoples-republic-of-china-prc | "establishes a control, based on knowledge of a 'military end-use,' on exports and reexports to the PRC of certain items on the Commerce Control List (CCL) that otherwise do not require a license to the PRC." |
| 7/2008 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Don't Let This Happen to You! | https://www.bis.doc.gov/index.php/documents/enforcement/152-don-t-let-this-happen-to-you/file | "whether you are the exporter, freight forwarder, consignee, or other party to the transaction, you must address any red flags that arise because taking part in an export transaction where a license is required but not obtained may subject you to criminal or administrative liability" |
| 8/11/2008 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Order Relating to Advanced Micro Devices | https://www.bis.gov/media/documents/export-violation/e2060.pdf | "Export of Technology to Ukraine without a License." "Export of Technology to China without a License" |
| 10/28/2008 | U.S. DOJ | U.S. DOJ | Fact Sheet: Major U.S. Export Enforcement Prosecutions During the Past Two Years (2006-2008) | https://www.justice.gov/archive/opa/pr/2008/October/08-nsd-959.html | "conspiring to smuggle military equipment, including rifle scopes, magazines for firearms, face shields, and other military equipment from the United States to Russian to be resold to unknown persons." |
| 4/6/2009 | U.S. DOJ | U.S. DOJ | Munitions Dealer Arrested and Charged in Conspiracy to Export Military Aircraft Parts to Iran | https://www.justice.gov/archives/opa/pr/munitions-dealer-arrested-and-charged-conspiracy-export-military-aircraft-parts-iran | "all of the military parts exported by the defendants are manufactured in the United States, are designed exclusively for military use, and have been designated by the U.S. Department of State as 'defense articles' on the USML, thus requiring registration and licensing with the DDTC. None of the defendants are registered or had the required license to ship defense articles to Iran" |
| 2/4/2010 | U.S. DOJ | U.S. DOJ | Taiwan Exporter Arrested on Charges of Exporting Missile Components from the United States to Iran | https://www.justice.gov/archives/opa/pr/taiwan-exporter-arrested-charges-exporting-missile-components-united-states-iran | "caused dual use goods to be exported from the U.S., including P200 Turbine Engines and spare parts, MIL-S-8516 Sealing Compound, Glass to Metal Pin Seals, and Circular Hermetic Connectors (Model MIL-C-81703). P200 Turbine Engines are designed for use as model airplane engines but can also be used to operate unmanned aerial vehicles and military target drones." |
| 5/17/2010 | U.S. DOJ | U.S. DOJ | Two Chinese Nationals Convicted of Illegally Exporting Electronics Components Used in Military Radar & Electronic Warfare | https://www.justice.gov/archives/opa/pr/two-chinese-nationals-convicted-illegally-exporting-electronics-components-used-military | "The defense articles the defendants illegally exported are primarily used in military phased array radar, electronic warfare, military guidance systems, and military satellite communications." |
| 10/25/2011 | U.S. DOJ | U.S. DOJ | Five Individuals Indicted in a Fraud Conspiracy Involving Exports to Iran of U.S. Components Later Found in Bombs in Iraq | https://www.justice.gov/archives/opa/pr/five-individuals-indicted-fraud-conspiracy-involving-exports-iran-us-components-later-found | "thousands of radio frequency modules to be illegally exported from the United States to Iran" |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 2/29/2012 | U.S. DOJ | U.S. DOJ | Australian Man and His Firm Indicted in Plot to Export Restricted Military and Other U.S. Technology to Iran | https://www.justice.gov/archives/opa/pr/australian-man-and-his-firm-indicted-plot-export-restricted-military-and-other-us-technology | "An Australian man and his company have been indicted . . . for conspiring to export sensitive military and other technology from the United States to Iran, including components with applications in missiles, drones, torpedoes and helicopters." |
| 8/10/2012 | U.S Congress | U.S. Congress | Iran Threat Reduction and Syria Human Rights Act of 2012 | https://www.govinfo.gov/app/details/PLAW-112publ158 | "...the President shall impose 5 or more of the sanctions described in section 6(a)...if the President determines that the person—(A)...exported or transferred...any goods, services, technology, or other items...; and (B) knew or should have known that—(i)...would likely result in another person...providing...the goods...to Iran; and (ii)...would contribute materially to the ability of Iran to...acquire or develop destabilizing numbers and types of advanced conventional weapons." |
| 10/24/2012 | U.S. DOJ | U.S. DOJ | Taiwanese National Sentenced to Prison for Illegally Exporting Military Sensitive Items from the United States to Iran | https://www.justice.gov/archive/usao/txw/news/2012/Yip%20sentencing%20SA.pdf | "a citizen of Taiwan, was sentenced to two years in federal prison for helping to obtain military sensitive parts for Iran in violation of the Iranian Trade Embargo" |
| 3/20/2014 | Executive Office of the President | Executive Order | Blocking Property of Additional Persons Contributing to the Situation in Ukraine | https://www.govinfo.gov/content/pkg/DCPD-201400179/pdf/DCPD-201400179.pdf | "...the actions and policies of the Government of the Russian Federation...including its purported annexation of Crimea and its use of force in Ukraine...continue to undermine democratic processes...threaten...peace, security, stability, sovereignty, and territorial integrity...and contribute to the misappropriation of assets...and thereby constitute an unusual and extraordinary threat to the national security and foreign policy of the United States." |
| 5/8/2014 | U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") | 31 CFR Part 589 | Ukraine-Related Sanctions Regulations | https://www.govinfo.gov/content/pkg/FR-2014-05-08/pdf/2014-10576.pdf | "regulations to implement Executive Order 13660 of March 6, 2014 ('Blocking Property of Certain Persons Contributing to the Situation in Ukraine'), Executive Order 13661 of March 17, 2014 ('Blocking Property of Additional Persons Contributing to the Situation in Ukraine'), and Executive Order 13662 of March 20, 2014 ('Blocking Property of Additional Persons Contributing to the Situation in Ukraine')" |
| 7/31/2014 | The Council of the European Union | The Council of the European Union | Council Regulation (EU) No 833/2014 of 31 July 2014 concerning restrictive measures in view of Russia's actions destabilising the situation in Ukraine | https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32014R0833&qid=1765232370587 | "It is therefore considered appropriate to apply additional restrictive measures with a view to increasing the costs of Russia's actions to undermine Ukraine's territorial integrity, sovereignty and independence and to promoting a peaceful settlement of the crisis." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 8/4/2014 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 734, 738, 740, 743, 772, and 774 | Wassenaar Arrangement 2013 Plenary Agreements Implementation: Commerce Control List, Definitions, and Reports; and Extension of Fly-by-Wire Technology and Software Controls | https://www.federalregister.gov/documents/2014/08/04/2014-17975/wassenaar-arrangement-2013-plenary-agreements-implementation-commerce-control-list-definitions-and | "The Wassenaar Arrangement advocates implementation of effective export controls on strategic items with the objective of improving regional and international security and stability." |
| 10/8/2014 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Intel Subsidiary Agrees to $750,000 Penalty for Unauthorized Encryption Exports | https://www.bis.doc.gov/index.php/about-bis/newsroom/press-releases/107-about-bis/newsroom/press-releases/press-release-2014/763-intel-subsidiary-agrees-to-750-000-penalty-for-unauthorized-encryption-exports#:~:text=WASHINGTON%20%E2%80%93%20The%20U.S.%20Department%20of%20Commerce%27s,sold%20encryption%20software%20products%20to%20foreign%20government | "between 2008 and 2011 the company made 55 exports of operating software valued at $2.9 million to governments and various end users in China, Hong Kong, Russia, Israel, South Africa, and South Korea. " |
| 4/17/2015 | | Iran Watch | Four Companies and Five Individuals Indicted for Illegally Exporting Technology to Iran | https://www.iranwatch.org/library/governments/united-states/executive-branch/department-justice/four-companies-five-individuals-indicted-illegally-exporting-technology-iran | "The nine defendants charged in the indictment allegedly circumvented U.S. sanctions and illegally exported controlled microelectronics to Iran" |
| 1/2007 | President's Council of Advisors on Science and Technology | Executive Office of the President | Ensuring Long Term US Leadership in Semiconductors | https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/PCAST/pcast_ensuring_long-term_us_leadership_in_semiconductors.pdf | "On export controls, the Departments of Commerce, Defense, Homeland Security, State, and Treasury work together to target export controls on national security priorities while facilitating legitimate commerce. " |
| 2/17/2017 | U.S. DOJ | U.S. DOJ | Summary of Major U.S. Export Enforcement, Economic Espionage, and Sanctions-Related Criminal Cases (January 2014 to the present: updated February 17, 2017) | https://www.justice.gov/nsd/media/880951/dl?inline | "Lim Yong Nam, aka Steven Lim, a citizen of Singapore, pleaded guilty to a federal charge stemming from his role in a conspiracy that allegedly caused thousands of radio frequency modules to be illegally exported from the U.S. to Iran. At least 16 of the components were later found in unexploded improvised explosive devices (IEDs) in Iraq." |
| 3/22/2017 | U.S. DOJ | DOJ Press Release | ZTE Corporation pleads guilty to violating U.S. sanctions/export controls (shipments to Iran) | https://www.justice.gov/archives/opa/pr/zte-corporation-pleads-guilty-violating-us-sanctions-sending-us-origin-items-iran | "between January 2010 and January 2016, ZTE, either directly or indirectly through a third company, shipped approximately $32,000,000 of U.S.-origin items to Iran without obtaining the proper export licenses from the U.S. government" |
| 1/19/2018 | U.S. DOJ | U.S. DOJ | Summary of Major U.S. Export Enforcement, Economic Espionage, and Sanctions-Related Criminal Cases (January 2015 to the present: updated January 19, 2018) | https://www.justice.gov/nsd/page/file/940591/dl?inline= | "The microelectronics shipped to Russia included, among other products, digital-to-analog converters and integrated circuits, which are frequently used in a wide range of military systems, including radar and surveillance systems, missile guidance 19 systems and satellites. " |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 8/13/2018 | U.S. Congress | U.S. Congress | Export Control Reform Act (ECRA) | https://www.govinfo.gov/app/details/PLAW-115publ232 | "The President shall establish and. . . lead, a regular, ongoing interagency process to identify emerging and foundational technologies that—(A) are essential to the national security of the United States . . . ." |
| 8/22/2018 | U.S. DOJ | U.S. DOJ | Canadian Sentenced to 3+ Years in Prison for Conspiracy to Export Restricted Goods and Technology to Iran | https://www.justice.gov/archives/opa/pr/canadian-sentenced-3-years-prison-conspiracy-export-restricted-goods-and-technology-iran | "According to records filed in the case, between 2011 and 2017, Ghasempour and his co-conspirators illegally exported and attempted to export goods and technology to Iran that have both military and non-military uses." |
| 7/12/2019 | | World ECR (Dow Jones) | Engineer to be Sentenced for Unlicensed Chip Exports | https://www.worldecr.com/news/electrical-engineer-to-be-sentenced-for-unlicensed-chip-exports/ | "The US Department of Justice ('DoJ') says that an electrical engineer 'has been found guilty of multiple federal criminal charges, including engaging in a scheme to illegally obtain integrated circuits with military applications that later were exported to China without the required export license.'" |
| 8/14/2019 | | Export.gov | Russia - U.S. Export Controls Includes the U.S. government export controls that companies need to abide by when exporting to this country. | https://legacy.export.gov/article?id=Russia-U-S-Export-Controls | "In response to Russia's actions in southern and eastern Ukraine, since April 28, 2014, BIS has followed a policy of denying of applications for licenses to export or re-export any high-tech item that contributes to Russia's military capabilities subject to the EAR to Russia or occupied Crimea." |
| 2/2020 | David Albright, Sarah Burkhard, Spencer Faragasso, Linda Keenan, and Andrea Stricker | Institute for Science and International Security | Illicit Trade Networks - Connecting the Dots - Characterizing and Drawing Lessons from Tactics and Methods of Illicit Procurement to Improve Counterproliferation | https://isis-online.org/uploads/isis-reports/documents/Illicit_Trade_Networks_Vol1_Connecting_the_Dots_February_2020_FINAL.pdf | "the report ties together all the previous sections and makes available a large quantity of illicit procurement methods and tactics and their warning signs, commonly called 'red flags.'" |
| 4/28/2020 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 732, 734, 738, 742, 744, 758, and 774 | Expansion of Export, Reexport, and Transfer (in-Country) Controls for Military End Use or Military End Users in the People's Republic of China, Russia, or Venezuela | https://www.govinfo.gov/content/pkg/FR-2020-04-28/pdf/2020-07241.pdf | "expand license requirements on exports, reexports, and transfers (in-country) of items intended for military end use or military end users in the People's Republic of China (China), Russia, or Venezuela" |
| 12/3/2020 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 744 and 756 | Restrictions on certain 'military end use' or 'military end user' in the People's Republic of China, Russia, or Venezuela | https://www.govinfo.gov/content/pkg/FR-2020-12-23/pdf/2020-28052.pdf | "you may not export, reexport, or transfer (in-country) any item subject to the EAR . . . to the People's Republic of China (China), Russia, or Venezuela without a license" |
| 12/18/2020 | U.S. Department of Defense (posting) / DOJ | DoD-hosted PDF of indictment | International trio indicted in Austin for illegal exports to Russia (radiation-hardened ICs) | https://media.defense.gov/2020/Dec/28/2002557399/-1/-1/1/201218_INTERNATIONAL%20TRIO%20INDICTED%20IN%20AUSTIN%20F._.PDF | "scheme to procure sensitive radiation hardened circuits from the U.S. and ship those components to Russia through Bulgaria without required licenses." |
| 12/21/2020 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Creation of Military End-User (MEU) List; 103 entities designated | https://www.bis.gov/press-release/commerce-department-will-publish-first-military-end-user-list-naming-more-100-chinese-russian-companies | "The Bureau of Industry and Security (BIS) will amend the Export Administration Regulations (EAR) by adding a new 'Military End User' (MEU) List, as well as the first tranche of 103 entities, which includes 58 Chinese and 45 Russian companies." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 7/12/2021 | U.S. Dept. of Commerce (BIS) | 15 CFR Part 744 | Addition of Certain Entities to the Entity List; Revision of Existing Entry on the Entity List; Removal of Entity from the Unverified List; and Addition of Entity to the Military End-User (MEU) List | https://www.govinfo.gov/content/pkg/FR-2021-07-12/pdf/2021-14656.pdf | Addition of Certain Entities to the Entity List; Revision of Existing Entry on the Entity List; Removal of Entity From the Unverified List; and Addition of Entity to the Military End-User (MEU) List |
| 9/23/2021 | Samuel Bendett and Mathieu Boulègue | Chatham House Report | Advanced military technology in Russia | https://www.chathamhouse.org/2021/09/advanced-military-technology-russia/03-putins-super-weapons | "The development of advanced military systems in Russia increases unpredictability as well as the risk of miscalculation by the US and its allies. Recent examples include the Nyonoksa radiation accident in August 2019 (see also Chapter Three) and anti-satellite weapons testing. These events are a reminder that Russia is continuously innovating in domains that require more transparency and accountability – especially because experimenting with such could also put civilian lives at risk in peacetime." |
| 11/2021 | Conflict Armament Research (CAR) | Report | Weapons of the War in Ukraine: AMD/Xilinx Spartan microchip in Russian UAV; Intel/Altera components in Granat-2 UAV | https://www.conflictarm.com/wp-content/uploads/2021/11/Weapons-of-the-war-in-Ukraine-low.pdf | In 2020, "In the UAV, CAR documented electronic components produced by two US companies, Intel Corporation and Pulse Electronics. Intel Corporation replied to a CAR trace request, stating that the marks on an item labelled 'Altera' did not exactly match any Altera products, and that the component that CAR documented could be one of six Altera products." |
| 11/24/2021 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Commerce Lists Entities Involved in the Support of PRC Military Quantum Computing Applications, Pakistani Nuclear and Missile Proliferation, and Russia's Military | https://www.bis.gov/press-release/commerce-lists-entities-involved-support-prc-military-quantum-computing-applications-pakistani-nuclear | "One entity based in Russia was added to the Military End-User (MEU) list." |
| 12/2021 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | FAQs for Military End Use | https://www.bis.gov/media/documents/2021-meu-faqs.pdf | "Revises . . . the EAR . . . to require EEI filing for exports of any value of items on the Commerce Control List to Burma, Cambodia, China, Russia and Venezuela . . . ." |
| 2/25/2022 | Chris Miller | New York Times | Why Is Putin at War Again? Because He Keeps Winning. | https://www.nytimes.com/2022/02/25/opinion/putin-war-russia-military.html | "There is no world leader today with a better track record for using military power than Vladimir Putin So, too, is the decision to let our military advantage slip. Soft power and economic influence are fine capabilities to have, but they cannot stop Russian armor as it rolls toward Kyiv." |

| Date | Author | Source | Title | URL | Excerpt |
|------|--------|--------|-------|-----|---------|
| 3/3/2022 | U.S. Dept. of Commerce (BIS) | 15 CFR Parts 734, 738, 740, 742, 744, 746, and 772 | Implementation of Sanctions Against Russia Under the Export Administration Regulations (EAR) | https://www.govinfo.gov/content/pkg/FR-2022-03-03/pdf/2022-04300.pdf | " In response to the Russian Federation's (Russia's) further invasion of Ukraine, with this final rule, the Department of Commerce is adding new Russia license requirements and licensing policies to the Export Administration Regulations (EAR) to protect U.S. national security and foreign policy interests. These new Russia measures: Impose new Commerce Control List (CCL)-based license requirements for Russia; add two new foreign "direct product" rules (FDP rules) specific to Russia and Russian 'military end users;' specify a license review policy of denial applicable to all of the license requirements being added in this rule, with certain limited exceptions; significantly restrict the use of EAR license exceptions. . ." |
| 5/2022 | CAR Investigators | Conflict Armament Research | Documenting Russia's advanced weapon systems in Ukraine | https://storymaps.arcgis.com/stories/19ca0782f2354c87b25972da7356f0e8 | "Between 17 and 22 May 2022, a Conflict Armament Research (CAR) field investigation team physically documented recently manufactured advanced weapon systems and communications equipment that the Russian Federation used in its war against Ukraine. . . CAR's documentation shows that each of these items contains components that were produced by companies based in Europe and the United States." |
| 5/2/2022 | U.S. Department of the Treasury OFAC | 31 CFR Part 589 | Ukraine-/Russia-Related Sanctions Regulations | https://www.govinfo.gov/content/pkg/FR-2022-05-02/pdf/2022-09371.pdf | "replacing the Ukraine Related Sanctions Regulations that were published in abbreviated form on May 8, 2014, with a more comprehensive set of regulations that includes additional interpretive and definitional guidance, general licenses, and other regulatory provisions that will provide further guidance to the public. " |
| 6/28/2022 | FinCEN & BIS | Joint Alert FIN-2022-Alert003 | FinCEN and the U.S. Department of Commerce's Bureau of Industry and Security Urge Increased Vigilance for Potential Russian and Belarusian Export Control Evasion Attempts | https://www.fincen.gov/sites/default/files/2022-06/FinCEN%20and%20Bis%20Joint%20Alert%20FINAL.pdf | "a joint alert  urging financial institutions to be vigilant against efforts by individuals or entities to evade BIS export controls implemented in connection with the Russian Federation's (Russia) further invasion of Ukraine. This joint alert provides financial institutions with an overview of BIS's current export restrictions; a list of commodities of concern for possible export control evasion; and select transactional and behavioral red flags to assist financial institutions in identifying suspicious transactions relating to possible export control evasion." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 8/8/2022 | James Byrne, Gary Somerville, Joe Byrne, Dr. Jack Watling , Nick Reynolds and Jane Baker | Royal United Services Institute (RUSI) | Interactive Summary of Silicon Lifeline | https://www.rusi.org/explore-our-research/publications/special-resources/silicon-lifeline-western-electronics-heart-russias-war-machine/interactive-summary | "Among the 450 components, approximately 18% are covered by the US export control regime for their possible application in military systems. Such export-controlled components have potential military applications and are assigned an Export Control Classification Number (ECCN). Items with an ECCN would have required a US government license for export to Russia, even before the 2014 invasion of Crimea. Items that were not considered dual-use would have fallen under an EAR99 classification, meaning they did not require a license for export to Russia before the 2022 invasion. However, exporters would still have been required to ensure that these items were not being deployed for military end use. The presence of a large number of EAR99- and some ECCN-classified items in Russian military equipment suggests that these components were either purchased by military equipment manufacturers from distributors in Russia, that they were procured under fake end-user certificates, or that they were diverted for military applications at a later point." |
| 8/8/2022 | James Byrne, Gary Somerville, Joe Byrne, Dr. Jack Watling , Nick Reynolds, and Jane Baker | Royal United Services Institute (RUSI) | Silicon Lifeline: Western Electronics at the Heart of Russia's War Machine | https://static.rusi.org/RUSI-Silicon-Lifeline-final-updated-web_1.pdf | "The purpose of this report is to explain and demonstrate how the Russian military depends on Western technology." |
| 8/8/2022 | David Gauthier-Villars, Steve Stecklow, Maurice Tamman, Stephen Grey, and Andrew Macaskill | Reuters | As Russian missiles struck Ukraine, Western tech still flowed | reuters.com/investigates/special-report/ukraine-crisis-russia-missiles-chips/ | "But many of the most important electronic components inside are microcontrollers, programmable chips and signal processors stamped with the names of American chip-makers . . . ." |
| 8/8/2022 | Reuters | Al Jazeera | Russian weapons in Ukraine 'powered' by Western parts: Report | aljazeera.com/news/2022/8/8/russian-weapons-in-ukraine-powered-by-western-parts-rusi | "Russian weapons recovered in Ukraine contained more than 450 foreign-made components, think-tank says." |
| 8/8/2022 | Zach Schonfeld | The Hill | Hundreds of Western components found in Russian weapons in Ukraine: think tank | https://thehill.com/policy/international/3593133-hundreds-of-western-components-found-in-russian-weapons-in-ukraine-think-tank/ | "Of the 450 identified components, RUSI indicated 18 percent were assigned an Export Control Classification Number (ECCN), which would have required a government license for export to Russia even before Moscow invaded Crimea in 2014." |
| 9/2022 | CAR Investigators | Conflict Armament Research | Component commonalities in advanced Russian weapon systems | https://storymaps.arcgis.com/stories/239f756e2e6b49a5bec78f5c5248bf3d | "The Russian Federation's ability to develop advanced weapon systems such as cruise missiles is thus highly reliant on very specific non-Russian technology. " |

# CHRONOLOGICAL NOTICE OF SEMICONDUCTOR COMPONENT EXPORT FOR MILITARY USE

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 9/5/2022 | Zoya Sheftalovich and Laurens Cerulus | Politico | The chips are down: Putin scrambles for high-tech parts as his arsenal goes up in smoke | https://www.politico.eu/article/the-chips-are-down-russia-hunts-western-parts-to-run-its-war-machines/ | "the Kremlin has drawn up shopping lists of semiconductors, transformers, connectors, casings, transistors, insulators and other components, most made by companies in the U.S., Germany, the Netherlands, the U.K., Taiwan and Japan, among others, which it needs to fuel its war effort." |
| 9/29/2022 | Chris Miller | Wall Street Journal | Why Russia Lacks 'Smart' Weapons | https://www.wsj.com/articles/why-russia-lacks-smart-weapons-11664461225?gaa_at=eafs&gaa_n=AWEtsqehgKNtlXEidLZ3e9ZelWmuvBCtDOTUAEoT9xZW2CNBsESsjh5wLR3FliqWFls%3D&gaa_ts=6934f208&gaa_sig=SVVj2rfXJJq_LI5g3aZbwMfE17NHIr1zmt7QR8TTig5MU779yfTfTse6BbgnFCTunQ309dwtgdyUu5NYHvjoJg%3D%3D | "Precision-guided munitions require sophisticated microchips, and Russia has long depended on copying or smuggling them from the West rather than developing them on its own" |
| 10/4/2022 | Chris Miller | American Enterprise Institute; Scribner | Chip War | https://www.aei.org/research-products/book/chip-war/?gclid=Cj0KCQjw3a2iBhCFARIsAD4jQB2V6EzuLcfnXAZkrBEKewNDlhDpkz6xKZKIRnsHbchiliFdRyd3QaEaAlv1EALw_wcB | "America has let key components of the chip-building process slip out of its grasp, contributing not only to a worldwide chip shortage but also a new Cold War with a superpower adversary that is desperate to bridge the gap." |
| 10/19/2022 | U.S. DOJ | U.S. DOJ | Justice Department Announces Charges and Arrests in Two Cases Involving Export Violation Schemes to Aid Russian Military | https://www.justice.gov/archives/opa/pr/justice-department-announces-charges-and-arrests-two-cases-involving-export-violation-schemes | "Orekhov and Kuzurgasheva sourced and purchased sensitive military and dual-use technologies from U.S. manufacturers, including advanced semiconductors and microprocessors used in fighter aircraft, missile systems, smart munitions, radar, satellites, and other space-based military applications…Some of the types of electronic components obtained through the criminal scheme have been found in Russian weapons platforms seized on the battlefield in Ukraine." |
| 10/31/2022 | ISIS | David Albright, Sarah Burkhard, and Spencer Faragasso | Iranian Drones in Ukraine Contain Western Brand Components | https://isis-online.org/uploads/isis-reports/documents/Iranian_Drones_Contain_Western_Brand_Components_FINAL_2022.pdf | "Open-source information analyzed by the Institute indicates that downed and captured Iranian drones contain parts and accessories designed or produced by Western companies." |
| 11/2/2022 | International Working Group on Russian Sanctions | Yermak-McFaul Group, Kyiv School of Economics | IT & Supporting Technologies: Recommendations for Sanctions against the Russian Federation | https://sanctions.kse.ua/wp-content/uploads/2022/11/SanctionsWorkingGroup-IT.pdf | "The Russian military-industrial complex has resorted to using microchips and other components from consumer electronics in order to produce and repair some types of weapons systems." |
| 12/13/2022 | Reuters Investigates | Reuters | A Supply Chain that keeps Tech Flowing to Russia | https://www.reuters.com/investigates/special-report/ukraine-crisis-russia-tech-middlemen/ | "Azu International is an example of how supply channels to Russia have remained open despite Western export restrictions and manufacturer bans." |
| 12/13/2022 | U.S. DOJ | U.S. DOJ | Russian Military and Intelligence Agencies Procurement Network Indicted in Brooklyn Federal Court | https://www.justice.gov/archives/opa/pr/russian-military-and-intelligence-agencies-procurement-network-indicted-brooklyn-federal | "As alleged, the defendants perpetrated a sophisticated procurement network that illegally obtained sensitive U.S. technology to facilitate the Russian war machine." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 1/6/2023 | Sean Carberry | National Defense Magazine | How Russia is Using US Electronics to Attack Ukraine | https://www.nationaldefensemagazine.org/articles/2023/1/26/how-russia-is-using-us-electronics-to-attack-ukraine | "As a military analyst, I had spent weeks trying to work out how to defeat these systems, only to realize that actually the critical components in them were not just Western made, but in many cases, export control components — components that we have been trying to prevent getting into Russia." |
| 1/25/2023 | The Insider Team | The Insider | U.S. Parts Routed Via Shell Networks | https://theins.ru/en/politics/258850 | "Russia still produces weapons that feature Western electronics and uses them in the war against the Ukrainians. Not only does the flow of chips continue, but it has also increased in volume due to gray schemes and re-exports from third countries." |
| 2/24/2023 | U.S. Dept. of Commerce (BIS) | Federal Register Rule & BIS Press Release | Commerce Imposes Additional Export Restrictions in Response to Russia's Brutal War on Ukraine | https://www.bis.doc.gov/index.php/documents/about-bis/newsroom/press-releases/3227-2023-02-24-bis-press-release-additional-russia-invasion-response-actions/file | "Today, the Commerce Department's Bureau of Industry and Security (BIS) released four rules developed in concert with international allies and partners in response to Russia's unjust, illegal war on Ukraine. " |
| 2/28/2023 | | International Partnership for Human Rights and the Independent Anti-Corruption Commission | Enabling war crimes? Western-made components in Russia's war against Ukraine | https://www.iphronline.org/wp-content/uploads/2023/02/Enabling-War-Crimes-report-final.pdf | "Indeed, new trade data has revealed that three western technology companies – two of which make components being sought by Russia to manufacture and repair its military equipment, and one of which makes a variety of a specific component needed by the Russian military – continue to export thousands of components worth millions of dollars to Russia as recently as November 2022…The businesses, Harting, Trimble, and TE Connectivity, all manufacture components which continue to be imported by Russia, either through official distributors for the companies, or third countries such as Hong Kong and Turkey." |
| 2/28/2023 | | Business & Human Rights Centre | Report: Enabling war crimes? Western-made components in Russia's war against Ukraine | https://www.business-humanrights.org/en/latest-news/report-enabling-war-crimes-western-made-components-in-russias-war-against-ukraine/ | "western-made dual-use components have continued to reach Russia long after its full-scale invasion of Ukraine, and that western-made components have been and continue to be used within weapons involved in Russian suspected war crimes." |
| 3/2023 | | U.S. Institute of Peace | Explainer: American Parts in Iranian Drones | https://iranprimer.usip.org/blog/2023/mar/01/explainer-american-parts-iranian-drones | "The majority of components in Iran's drones—including microchips and GPS modules—were made in the United States" |

| Date | Author | Source | Title | URL | Excerpt |
|------|--------|--------|-------|-----|---------|
| 3/2/2023 | Departments of Commerce, Justice, State, Treasury | Interagency Compliance Note | Department of Commerce, Department of the Treasury, and Department of Justice Tri-Seal Compliance Note: Cracking Down on Third-Party Intermediaries Used to Evade Russia-Related Sanctions and Export Controls | https://www.justice.gov/media/1277536/dl?inline | "Best practices in the face of such risks can include screening current and new customers, intermediaries, and counterparties through the Consolidated Screening List5 and OFAC Sanctions Lists, 6 as well as conducting risk-based due diligence on customers, intermediaries, and counterparties. Companies should also regularly consult guidance and advisories from Treasury and Commerce to inform and strengthen their compliance programs." |
| 3/3/2023 | Anna Nadibaidze | Network for Strategic Analysis | Russia's 'Low-Tech' War on Ukraine Discredited Its Military Modernization Narrative | https://ras-nsa.ca/russias-low-tech-war-on-ukraine/ | "Shoigu said in April 2022 that the launching and target designation systems of 'high-precision missiles' Kalibr and Kinzhal have become more efficient due to the use of modern technologies, including 'the integration of AI elements'. The same Kalibr cruise missiles killed more than 20 civilians in Vinnytsia in July 2022." |
| 3/13/2023 | Krystyna Marcinek, Eugeniu Han | RAND | Russia's Asymmetric Response to 21st Century Strategic Competition | https://www.rand.org/pubs/research_reports/RRA1233-5.html | "Mikron, Russia's leading domestic producer, lags behind the existing technology frontier by a decade. This, in turn, creates obstacles for the development of platforms that must analyze large amounts of data at the edge (i.e., analyzing data from Internet of Things devices in real time), because older technology is slower, consumes more energy, and occupies more space. On the other hand, Russia's private high-tech firms, such as Yandex have forged partnerships with such global manufacturers as Intel and NVIDIA and are using the most-advanced technologies available on the global market in their applications." |
| 3/13/2023 | BHRRC Analysts | Business & Human Rights Centre | Western-made components found in weapons used in Russia's suspected Ukraine war crimes, new investigation reveals | https://www.business-humanrights.org/en/latest-news/western-made-components-found-in-weapons-used-in-russias-suspected-ukraine-war-crimes-new-investigation-reveals-incl-cos-responses-non-responses/ | "A new report by the Independent Anti-Corruption Commission (NAKO) and International Partnership for Human Rights (IPHR) found various Western-made components in Russian weapons (9K720 Iskander; Kh-101; 3M-14 Kalibr (SS-N-30A; Tornado S 9K515 MLRS) used in the war in Ukraine." |
| 3/14/2023 | Texas Instruments | Securities and Exhange Commission | Proxy Statement - March 14, 2023 | https://investor.ti.com/static-files/e2b44d33-36f6-48d7-b041-27e0ee2f57c8 | "The same chip used in one end product can be used in many other end products. TI produces tens of billions of these general-purpose chips sold to tens of thousands of customers every year, with many chips lasting up to 20-30 years. In light of these complexities, an expectation of complete traceability of such items to end use and prevention of product misuse and diversion is unachievable." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 4/2023 | CAR Investigators | Conflict Armament Research | Identifying post-invasion components in Russian weapons | https://storymaps.arcgis.com/stories/00594bef40bc4148b16dc7267172d033 | "This first documentation of post-invasion components is a significant finding: it shows that the Russian military industry may now look beyond its pre-invasion stocks of components and source alternative supplies. " |
| 5/14/2023 | Simon Ostrovsky | PBS | American company accused of violating sanctions for doing business with Russian arms industry; incl. co. comments | https://www.pbs.org/newshour/show/american-company-accused-of-violating-sanctions-doing-business-with-russian-arms-industry | "The U.S. government has fined Haas Automation a total of $2.5 million for violating sanctions with Russia with just days left in the Biden administration." |
| 5/16/2023 | U.S. DOJ | U.S. DOJ | Justice Department Announces Five Cases as Part of Recently Launched Disruptive Technology Strike Force | https://www.justice.gov/archives/opa/pr/justice-department-announces-five-cases-part-recently-launched-disruptive-technology-strike | "since 2017 the defendant has been involved in smuggling U.S.-origin military and dual-use technologies to Russia in violation of U.S. law. These highly regulated and sensitive components included advanced electronics and sophisticated testing equipment used in military applications, including quantum cryptography and nuclear weapons testing, as well as tactical battlefield equipment." |
| 5/19/2023 | U.S. Dept. of Commerce (BIS) | Guidance | Guidance to prevent evasion of prioritized HS codes to Russia | https://www.bis.doc.gov/index.php/documents/enforcement/3278-bis-guidance-to-prevent-evasion-of-prioritized-harmonized-system-codes-to-russia-final/file/ | "guidance for exporters and reexporters" |
| 6/9/2023 | Departments of Commerce, Justice, State, Treasury | Interagency Advisory | Advisory on Iran's UAV-related activities; recovered UAVs in Ukraine use US components | https://2021-2025.state.gov/guidance-to-industry-on-irans-uav-related-activities/ | "The Department of Commerce, the Department of Justice, the Department of State, and the Department of the Treasury are issuing this advisory to alert persons and businesses globally to the threat of Iran's UAV-related activities and the need to take appropriate steps to avoid or prevent any activities that would support the further development of Iran's UAV program." |
| 6/17/2023 | Julien Bouissou | Le Monde | Hundreds of Western Electronic Components Found in Russian Weapons | https://www.lemonde.fr/en/economy/article/2023/06/17/war-in-ukraine-hundreds-of-western-electronic-components-found-in-russian-weapons_6032830_19.html | "Of the 58 items of military equipment analyzed, 1,057 components were identified, the majority of which were microchips and microprocessors manufactured by 155 foreign companies. Two-thirds of these were American, but French groups Thales, Souriau and STMicroelectronics also manufactured some of the components found, although the report did not specify exactly which ones." |
| 7/3/2023 | International Working Group on Russian Sanctions | Yermak-McFaul Group, Kyiv School of Economics | Strengthening Sanctions to Stop Western Technology from Helping Russia's Military Industrial Complex | https://sanctions.kse.ua/wp-content/uploads/2023/09/sanctions_working_group_-_russian_import_of_critical_components-7-9-2023_final.pdf | "We find that products of several specific companies in sanctions coalition countries continue to be shipped to Russia, mainly via China but also via Hong Kong and Turkey. In fact, imports from this subset have fully recovered in value terms." |
| 7/4/2023 | Anastasiia Konrat | Svidomi | Foreign components in drones | https://svidomi.in.ua/en/page/russian-weapons-have-over-a-thousand-foreign-components-yermak-mcfaul-group | "Russian weapons and equipment used against Ukraine contain 1,057 foreign components." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 7/21/2023 | Simon Ostrovsky | PBS | U.S.-made chips recovered in missile | https://watch.opb.org/video/arming-russia-1689966431/ | "But once you open it up and start looking at the motherboards that are hidden inside, put it underneath the electronic microscope, then you start to see what the brains of this machine are actually made of.  And it's full of American components." |
| 8/1/2023 | CAR Investigators | Conflict Armament Research | Documenting the domestic Russian variant of the Shahed UAV | https://storymaps.arcgis.com/stories/d3be20c31acd4112b0aecece5b2a283c | "The Russian-produced Geran-2 UAVs are almost exclusively made of components bearing the marks of companies based outside the Russian Federation." |
| 8/21/2023 | Michael Weiss | | Short circuit. How Europe turns a blind eye to Russia smuggling dual-use microchips | https://theins.ru/en/politics/264419 | "According to Russian customs declarations, between March 1 and November 30, 2022, $89 million worth of Analog Devices-manufactured microchips and $50 million worth of Texas Instruments-manufactured ones were imported into Russia from foreign jurisdictions. Many of those microchips have military applications, according to Leonid Dmitriev, a Ukrainian military expert The Insider consulted." |
| 8/23/2023 | Olena Bilousova, Nataliia Shapoval, and Vladyslav Vlasiuk | Yermak-McFaul Group, Kyiv School of Economics | Strengthening Sanctions on Foreign Components in Russian Military Drones | https://sanctions.kse.ua/wp-content/uploads/2023/09/sanctions_workingbgroup_drones_final4.pdf | "For the past five months of 2023, top producers of the investigated components were: Intel ($192 million), Analog Devices ($118 million), Samsung ($82 million), Texas Instruments ($71 million) and Xilinx ($64 million). Components produced by 5 of these top 10 manufacturers were found in Russian UAVs. Also, Intel, Samsung and Intel's subsidiary Altera Corporation produced components, which were found in other Russian military equipment." |
| 8/31/2023 | U.S. DOJ | U.S. DOJ | Russian-German National Arrested for Illegally Exporting to Russia Sensitive U.S.-Sourced Microelectronics with Military Applications in Violation of U.S. Export Controls | https://www.justice.gov/archives/opa/pr/russian-german-national-arrested-illegally-exporting-russia-sensitive-us-sourced | "The technology that Petrov and his co-conspirators procured during the course of the conspiracy have significant military applications and include various types of electronics components of the sort that have been recovered in Russian military hardware on the battlefield in Ukraine, such as Russian guided missiles, drones, and electronic warfare and communications devices." |
| 9/7/2023 | | Business & Human Rights Centre | Russia: Intermediary countries & cos. help import US-made advanced electronic components used in weapon production exposing loopholes in Western sanctions regime | https://www.business-humanrights.org/my/latest-news/russia-intermediary-countries-cos-help-import-us-made-advanced-electronic-components-used-in-weapon-production-exposing-loopholes-in-western-sanctions-regime/ | "Companies like Intel suspended direct shipments to Russia early into the war in a wave of business departures, but they did little to prevent their products from being reexported to Russia through third countries. Texas Instruments shipped 36 shipments directly to Russia, with six additional shipments by one of its authorized distributors, in late February and early March of last year." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 9/7/2023 | Jeffrey A. Sonnenfeld and Michal Wyrebkowski, | Foreign Policy Magazine | The Dangerous Loophole in Western Sanctions on Russia | https://foreignpolicy.com/2023/09/07/western-sanctions-russia-ukraine-war/ | "It is also because the advanced Russian weaponry and Iranian drones he uses are dependent on a stream of U.S. advanced electronic components trickling across the border. The good news is that the U.S. government and U.S. chipmakers can curtail the flow of these gadgets that enable Russia's instruments of slaughter and destruction." |
| 10/3/2023 | Simon Ostrovsky | PBS | Machine tools found in weapons factories | https://www.pbs.org/newshour/show/machinery-from-new-york-based-company-used-to-build-russian-weapons-used-in-war-on-ukraine | "So how did a machine tool made by a company that got its start in the New York state capital end up on the floor of a factory owned by Russia's only tank manufacturer, Uralvagonzavod, which has been subject to U.S. sanctions since 2014" |
| 10/18/2023 | Departments of Commerce, State, Treasury, and Justice | Interagency Advisory | Iran Ballistic Missile Procurement Advisory | https://www.justice.gov/d9/2023-10/2023_iran_ballistic_missile_procurement_advisory_10-17_final.pdf | "Private industry is on the front line of detecting and denying Iran's procurement efforts, and consequently it is critical that companies be familiar with the techniques, entities, goods, and technologies involved in Iran's ballistic missile procurement efforts." |
| 11/1/2023 | U.S. DOJ | U.S. DOJ | Four Arrested and Multiple Russian Nationals Charged in Connection with Two Schemes to Evade Sanctions and Send U.S. Technology Used in Weapons Systems to Russia | https://www.justice.gov/archives/opa/pr/four-arrested-and-multiple-russian-nationals-charged-connection-two-schemes-evade-sanctions | "[A] four-count indictment was unsealed alleging an illegal exports scheme to procure dual-use electronic components for entities in Russia involved in the development and manufacture of drones for the Russian war effort in Ukraine." |
| 11/14/2023 | David Albright & Sarah Burkhard | Institute for Science and International Security (ISIS) | Electronics in the Shahed-136 Kamikaze Drone | https://isis-online.org/uploads/isis-reports/documents/Electronics_in_the_Shahed-136_Kamikaze_Drone_November_14_2023_FINAL.pdf | "Information in internal Alabuga documents, analyzed by Institute staff over hundreds of hours, show a remarkable ability to acquire sophisticated electronic components from the West and build modules aimed at defeating Ukraine's ability to jam Shahed-136 drones and require Ukraine and its allies to keep deploying additional or more advanced jamming systems." |
| 11/17/2023 | Anton Shilov | Tom's Hardware | U.S. Opens Criminal Investigation Into Applied Materials Shipments to China Chipmaker | https://www.tomshardware.com/tech-industry/semiconductors/us-opens-criminal-investigation-into-applied-materials-shipments-to-china-chipmaker | "Applied Materials, a major U.S.-based maker of chipmaking equipment, is currently under a criminal investigation by the Justice Department for allegedly bypassing U.S. export controls and shipping advanced chipmaking tools to SMIC, a major China-based foundry that is blacklisted by the U.S. government" |
| 12/6/2023 | U.S. DOJ | U.S. DOJ | Belgian National Charged with Crimes Related to Scheme to Illegally Procure Critical U.S. Technology for End Users in China and Russia | https://www.justice.gov/archives/opa/pr/belgian-national-charged-crimes-related-scheme-illegally-procure-critical-us-technology-end | "Hans De Geetere allegedly acquired and illicitly diverted U.S.-origin electronic components to China and Russia that can be used in missiles, drones, and military radar" |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 12/19/2023 | U.S. DOJ | U.S. DOJ | Iranian National Charged with Unlawfully Procuring Microelectronics Used in Unmanned Aerial Vehicles on Behalf of the Iranian Government | https://www.justice.gov/archives/opa/pr/iranian-national-charged-unlawfully-procuring-microelectronics-used-unmanned-aerial-vehicles | "between at least in or around September 2014 and September 2015, Ardakani and Lam, who was based in China and Hong Kong, as well as other associates, conspired to illegally purchase and export from the United States to Iran dual-use microelectronics that are commonly used in UAV production, including high electron mobility transistors (HEMTs), monolithic microwave integrated circuit (MMIC) power amplifiers, and analog-to-digital converters. Each of these components are subject to U.S. export controls for anti-terrorism, national security and regional stability reasons." |
| 12/19/2023 | Martin Fornusek | Kyiv Independent | Most of 2,500 foreign components Ukraine found in Russian weapons come from US (GRAPHS) | https://kyivindependent.com/ukraine-launches-database-of-foreign-components-found-in-russian-weapons/ | "U.S. manufacturers top the chart with 1,816 items" |
| 12/31/2023 |  | Intel | 2023 10-K | https://www.sec.gov/Archives/edgar/data/50863/000005086325000009/intc-20241228.htm | "Geopolitical and security issues, such as armed conflict and civil or military unrest, political instability, human rights concerns, and terrorist activity, present significant risks to our global operations. For example . . . Russia's ongoing conflict with Ukraine has resulted in the imposition of financial and other sanctions and export controls against Russia and Belarus that has caused us and other companies to limit or suspend Russian operations (we had no exports to Russia in 2023 and 2024)." |
| 1/11/2024 | Olena Bilousova, Benjamin Hilgenstock, Elina Ribakova, Nataliia Shapoval, Anna Vlasyuk, and Vladyslav Vlasiuk | International Working Group on Russian Sanctions | Challenges of Export Controls Enforcement | https://fsi9-prod.s3.us-west-1.amazonaws.com/s3fs-public/2024-01/export_controls_-_final_-_1-11-24.pdf | "Improved export controls enforcement will ultimately not be possible without buy-in from the private sector, especially coalition-based producers of goods needed for Russia's military industry. Any effective control of the supply chain has to begin with the initial sale of an item to a distributor as it becomes increasingly complicated to trace its physical whereabouts and impede any illicit activities post-sale." |
| 1/25/2024 | Alberto Nardelli | Bloomberg | Most of Russia's War Chips are Made by US and European Countries | https://www.bloomberg.com/news/articles/2024-01-25/russia-s-war-machine-powered-by-chips-from-intel-amd-infineon-stm?embedded-checkout=true | "Russia imported more than $1 billion of advanced US and European chips last year, despite restrictions ..." |
| 1/28/2024 | Jeffrey Sonnenfeld | Yale School of Management | Over 1,000 Companies Have Curtailed Operations in Russia—But Some Remain | https://som.yale.edu/story/2022/over-1000-companies-have-curtailed-operations-russia-some-remain?company=texas+instruments&country= | "Over 1,000 companies have publicly announced they are voluntarily curtailing operations in Russia to some degree beyond the bare minimum legally required by international sanctions — but some companies have continued to operate in Russia undeterred. " |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 1/30/2024 | U.S. DOJ | U.S. DOJ | Chinese Nationals Charged With Illegally Exporting U.S-Origin Electronic Components to Iran and Iranian Military Affiliates | https://www.justice.gov/usao-dc/pr/chinese-nationals-charged-illegally-exporting-us-origin-electronic-components-iran-and | "beginning as early as May 2007 and continuing until at least July 2020, the defendants utilized an array of front companies in the People's Republic of China (PRC) to funnel dual-use U.S.-origin items, including electronics and components that could be utilized in the production of UAVs, ballistic missile systems, and other military end uses, to sanctioned Iranian entities with ties to the Islamic Revolutionary Guard Corps (IRGC) and Ministry of Defense and Armed Forces Logistics (MODAFL) such as Shiraz Electronics Industries (SEI), Rayan Roshd Afzar, and their affiliates." |
| 1/31/2024 | U.S. DOJ | U.S. DOJ | Chinese Nationals Charged with Illegally Exporting U.S.-Origin Electronic Components to Iran and Iranian Military Affiliates | https://www.justice.gov/archives/opa/pr/chinese-nationals-charged-illegally-exporting-us-origin-electronic-components-iran | "beginning as early as May 2007 and continuing until at least July 2020, the defendants utilized an array of front companies in the People's Republic of China (PRC) to funnel dual-use U.S.-origin items, including electronics and components that could be utilized in the production of UAVs, ballistic missile systems, and other military end uses, to sanctioned Iranian entities with ties to the Islamic Revolutionary Guard Corps (IRGC) and Ministry of Defense and Armed Forces Logistics (MODAFL) such as Shiraz Electronics Industries (SEI), Rayan Roshd Afzar, and their affiliates." |
| 2/12/2024 | U.S. DOJ | U.S. DOJ | Canadian National Pleads Guilty to Conspiracy to Launder Money from Scheme to Send UAV and Missile Components to Russia in Violation of U.S. Sanctions | https://www.justice.gov/archives/opa/pr/canadian-national-pleads-guilty-conspiracy-launder-money-scheme-send-uav-and-missile | "Ms. Puzyreva admitted to taking part in an elaborate scheme to smuggle millions of dollars' worth of restricted U.S. components for use in Russian weapons deployed against Ukraine" |
| 2/12/2024 | Chris Miller | Fletcher Russia & Eurasia Program, Tufts University | Scholar Chris Miller explains the challenges (and pitfalls) of Moscow's fight to import the Western microchips it needs for Russia's invasion force and economy | https://sites.tufts.edu/fletcherrussia/scholar-chris-miller-explains-the-challenges-and-pitfalls-of-moscows-fight-to-import-the-western-microchips-it-needs-for-russias-invasion-force-and-economy/ | "You basically need to source tools and materials from the U.S., Europe, and Japan, each of which has its own specialized capabilities in parts of the supply chain. And to do it efficiently, you need large volumes. Today, there are just a small number of chip makers for each type of chip. And the volumes in which it is produced in Russia are tiny because they've been focused primarily on industrial production." |
| 2/16/2024 | U.S. DOJ | Departments of Justice and Commerce, Federal Bureau of Investigation, and Homeland Security | FACT SHEET: Disruptive Technology Strike Force Efforts in First Year to Prevent Sensitive Technology from Being Acquired by Authoritarian Regimes and Hostile Nation-States | https://www.justice.gov/archives/opa/pr/fact-sheet-disruptive-technology-strike-force-efforts-first-year-prevent-sensitive | "Seven cases charged defendants with sending or attempting to send semiconductors, microelectronics, or other technologies to Russia in violation of U.S. law." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 2/22/2024 | Congressional Research Service | Library of Congress | Emerging Military Technologies: Background and Issues for Congress | https://sgp.fas.org/crs/natsec/R46458.pdf | "The United States is the leader in developing many of these technologies. However, China and Russia—key strategic competitors—are making steady progress in developing advanced military technologies. As these technologies are integrated into foreign and domestic military forces and deployed, they could hold significant implications for the future of international security writ large, and will have to be a significant focus for Congress, both in terms of funding and program oversight." |
| 2/23/2024 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Common High Priority Items List (CHPL) | https://www.bis.gov/licensing/country-guidance/common-high-priority-items-list-chpl | "BIS has developed the Common High Priority List (CHPL), which includes 50 items identified by six-digit Harmonized System (HS) Codes that Russia seeks to procure for its weapons programs." |
| 2/24/2024 | | U.S. Senate Permanent Subcommittee on Investigations ("PSI") | Hearing: The U.S. Technology Fueling Russia's War in Ukraine: How and Why | https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-u-s-technology-fueling-russias-war-in-ukraine-how-and-why/ | "The folder that he handed me was a powerful indictment of our export, control, and sanctions system—a really searing piece of evidence that contained a listing of 211 high-technology chips, semiconductors, and other technology in numerous missiles and other products used to kill Ukrainians on the battlefield." |
| 3/4/2024 | Texas Instruments | Texas Instruments | Letter to the SEC: Texas Instruments Incorporated Shareholder proposal submitted by Friends Fiduciary Corporation | https://www.sec.gov/files/corpfin/no-action/14a-8/ffcti030424-14a8.pdf | "We request that the Staff concur that the Company may exclude the Proposal from its 2024 proxy materials pursuant to Rule 14a-8(i)(7) because the Proposal deals with a matter relating to the Company's ordinary business operations and seeks to micromanage the Company." |
| 3/20/2024 | Friends Fiduciary Corporation | Texas Instruments | Friends Fiduciary Corporation, along with co-filers Mercy Investment Services, Portico Benefit Services, and Presbyterian Church USA, seeks your support for the Proposal titled "Stockholder proposal to report on due diligence efforts to identify risks associated with product misuse," at the stockholder meeting on April 25, 2024. | https://investor.ti.com/static-files/98ae9ef5-09714d4b-a783-256cecc0917f | "Shareholders request that the Board of Directors commission an independent third-party report, at reasonable expense and excluding proprietary information, on Texas Instruments' (TI) due diligence process to determine whether customers' misuse of its products expose the company to human rights and other material risks." |
| 3/28/2024 | Matthew S. Axelrod, Assistant Secretary for Export Enforcement | U.S. Dept. of Commerce (BIS) | Red flag letters (2023) and 2024 letters sharing commercial datasets on third-country sellers | https://www.bis.doc.gov/index.php/documents/about-bis/newsroom/3488-bis-update-2024-axelrod-final/file | " We have also published multi-agency sealed documents on voluntary self-disclosures, the transfer of goods in the maritime environment, Russian evasion tactics, and Iran's unmanned aerial vehicle-related (UAV)" |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 4/30/2024 | U.S. DOJ | U.S. DOJ | New York Man Pleads Guilty to Conspiracy to Unlawfully Export Dual-Use Electronics Used in Russian Military Drones | https://www.justice.gov/archives/opa/pr/new-york-man-pleads-guilty-conspiracy-unlawfully-export-dual-use-electronics-used-russian | "In pleading guilty today, the defendant admitted he conspired to smuggle over $250,000 worth of sensitive American drone technology to Russian companies fueling Putin's unlawful war against Ukraine" |
| 5/8/2024 | | Business & Human Rights Centre | Texas Instruments Response | https://www.business-humanrights.org/en/latest-news/texas-instruments-response-4/ | "If we learn our parts have been diverted to Russia, we conduct an in-depth review and take immediate and appropriate action." |
| 5/10/2024 | | Business & Human Rights Centre | Intel Response | https://www.business-humanrights.org/en/latest-news/intel-response-3/ | "Intel is diligently working to track and mitigate the potential diversion of our products, including actively coordinating with non-governmental organizations, the U.S. and other governments to identify and stop this activity." |
| 5/28/2024 | | Business & Human Rights Centre | Products of over 250 Western companies repeatedly found in Russian weapons on Ukraine's battlefield expose issues in export controls enforcement, according to new report; incl. cos. responses & non-responses | https://www.business-humanrights.org/en/latest-news/Products-of-over-Western-companies-repeatedly-found-in-Russian-weapons-on-Ukraines-battlefield-expose-issues-in-export-controls-enforcement-according-to-new-report-incl-cos-responses-non-responses/ | "Business & Human Rights Resource Centre reached out to 224 companies mentioned in the report." |
| 7/2024 | | Committee for Freedom in Hong Kong Foundation | Beneath the Harbour: Hong Kong's Leading Role in Sanctions Evasion | https://thecfhk.org/research/beneath-the-harbor/ | "Hong Kong's central role in facilitating the transfer of money and restricted technology to Russia, Iran, and North Korea" |
| 7/8/2024 | | International Partnership for Human Rights | Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets Report | https://iphronline.org/wp-content/uploads/2025/07/jets-report-2025.pdf | "The Russian Armed Forces use high-precision KAB and UMPB D30-SN bombs and Grom-1 missiles to target civilians and civilian objects in Ukraine. These weapons are deployed using SU-34 and SU35 fighter jets. As such, the SU-34 and the SU-35 are instrumental in the commission of war crimes of directing attacks against civilians, civilian objects, and protected objects. Our research reveals that SU-34 and SU-35 jets contain more than 1,000 critical components manufactured across 11 Global Export Control Coalition (GECC) countries341 – most notably the United States" |

CHRONOLOGY – NOTICE OF SEMICONDUCTOR COMPONENT EXPORT FOR MILITARY USE

| Date | Author | Source | Title | URL | Excerpt |
|------|--------|--------|-------|-----|---------|
| 7/8/2024 | | International Partnership for Human Rights | Parts of the Problem: Tracing Western Tech in Russia's Deadliest Jets Release | https://iphronline.org/articles/parts-of-the-problem-tracing-western-tech-in-russias-jets/ | "The investigation also found that SU-34 and SU-35 aircraft rely on 1,115 verified microelectronic components manufactured by 141 companies based mainly in the United States, Germany, Japan, Taiwan, South Korea, and France. These components—including integrated circuits, field-programmable gate arrays (FPGAs), capacitors, and microcontrollers—support the jets' communications, navigation, and targeting systems. A detailed supply chain analysis of over 180,000 shipments in 2023 shows that such components continue to reach Russia through complex trade networks involving intermediaries and countries such as China, Hong Kong, Turkey, and the UAE. Some Russian importers even promote their ability to circumvent sanctions." |
| 7/9/2024 | U.S. DOJ | U.S. DOJ | New York Man and Canadian National Plead Guilty to Multimillion-Dollar Export Control Scheme | https://www.justice.gov/archives/opa/pr/new-york-man-and-canadian-national-plead-guilty-multi-million-dollar-export-control-scheme | "The defendants shipped millions of dollars' worth of electronic components to Russia, including the exact type of parts found in Russian weapons and drones used to attack Ukraine." |
| 8/2024 | CAR Investigators | Conflict Armament Research | New Kh-101 missile used to strike Kyiv children's hospital | https://storymaps.arcgis.com/stories/edb4ed8bf3604c4ca47707ed1fe3a56c | "the missile that struck Ukraine's largest children's hospital on 8 July 2024 was manufactured in the Russian Federation only weeks, and potentially just days, before the attack. " |
| 8/9/2024 | U.S. DOJ | U.S. DOJ | Russian-German National Extradited for Illegally Exporting to Russia Sensitive U.S.-Sourced Microelectronics with Military Applications in Violation of U.S. Export Controls | https://www.justice.gov/archives/opa/pr/russian-german-national-extradited-illegally-exporting-russia-sensitive-us-sourced | "Petrov allegedly participated in a scheme to procure U.S.-sourced microelectronics subject to U.S. export controls on behalf of a Russia-based supplier of critical electronics components for manufacturers supplying weaponry and other equipment to the Russian military" |
| 8/12/2024 | Victoria Cheng | Institute for Science and International Security | Case Study on smuggling sensitive U.S.-origin items | https://isis-online.org/isis-reports/case-study-on-smuggling-sensitive-u.s.-origin-items | "The long-standing nature of this illegal procurement effort highlights the ongoing need of the U.S. government to communicate with companies in industries which design and manufacture dual-use goods, informing them about the potential military uses of their products and the strategies which traffickers use to subvert U.S. controls." |
| 8/23/2024 | U.S. Dept. of Commerce (BIS) | U.S. Dept. of Commerce (BIS) | Commerce Tightens Export Controls, Targets Illicit Procurement Networks for Supplying Russian War Machine | https://www.bis.gov/media/documents/doc-tightens-controls-targets-illicit-procurement-networks-supplying-russian-war-machine.pdf | "aggressive action to further restrict the supply of both U.S.-origin and "U.S. branded" (i.e., labeled) items to Russia and Belarus" |

| Date | Author | Source | Title | URL | Excerpt |
|------|--------|--------|-------|-----|---------|
| 9/10/2024 | PSI Majority Staff | U.S. Senate PSI | Majority Staff Report - The US Technology Fueling Russia's War with Ukraine | https://www.hsgac.senate.gov/wp-content/uploads/09.10.2024-Majority-Staff-Report-The-U.S.-Technology-Fueling-Russias-War-in-Ukraine.pdf | "Export controls compliance policies at AMD, Analog Devices, Intel, and Texas Instruments fail to meet best practices and recommendations from the Department of Commerce and non-governmental organizations. All (except for AMD) have failed to timely respond to external tracing efforts, and each presently lacks sufficient internal auditing and distributor auditing related to export controls compliance." |
| 9/10/2024 | | U.S. Senate PSI | Hearing: The US Companies' Technology Fueling The Russian War Machine | https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-us-companies-technology-fueling-the-russian-war-machine/ | "Looking the other way when you know your products continue to empower Russian slaughter is not just morally dubious, it is against the law. We expect more from the American companies." |
| 9/10/2024 | BHRRC Staff | Business & Human Rights Centre | Overview of PSI findings | https://www.business-humanrights.org/en/latest-news/report-the-us-technology-fueling-russias-war-in-ukraine-examining-semiconductor-manufacturers-compliance-with-export-controls/ | "The Subcommittee's investigation found that U.S. semiconductor manufacturer efforts have been abjectly lacking. Some companies have done the bare minimum required by law, conducting cursory checks on their customers while trying to wash their hands of any real responsibility for their distributors' role in Russian diversion." |
| 9/16/2024 | U.S. DOJ | U.S. DOJ | Justice Department Announces Five Cases Tied to Disruptive Technology Strike Force | https://www.justice.gov/archives/opa/pr/justice-department-announces-five-cases-tied-disruptive-technology-strike-force | "beginning in at least February 2022, following Russia's full-scale invasion of Ukraine, Postovoy procured and illicitly exported from the United States to Russia microelectronic components with military applications. The exported microelectronics can be used in UAVs or drones. " |
| 9/16/2024 | Naval Tech Reporters | Naval-Technology | Foreign components in Russian systems | https://www.naval-technology.com/news/us-investigates-domestic-components-in-russian-weapons-2/ | "More than 40% of nearly 2,500 components analysed in Russian weapons on the Ukrainian battlefield were made by four American suppliers." |
| 9/17/2024 | U.S. Department of Homeland Security, Homeland Security Investigations | ICE/HSI News Release | Russian citizen Denis Postovoy arrested in Florida for illicit procurement network exporting U.S. microelectronics to Russia | https://www.ice.gov/news/releases/russian-citizen-arrested-after-hsi-investigation-illegal-exportation-us-sourced | "global illicit procurement network that used entities in Hong Kong and elsewhere to procure components used in unmanned aerial vehicles for Russian end users" |
| 10/2024 | Dmitry Gorenburg, Samuel Bendett, Ken Gause, Pavel Luzin, Gabriela Iveliz Rosa-Hernandez, Paul Schwartz, Elizabeth Wishnick | CAN Corporation Analysis | Crafting the Russian War Economy | https://www.cna.org/analyses/2024/10/crafting-the-russian-war-economy | "Parallel import, which involves the import of sanctioned Western products through third countries that have not implemented sanctions against Russia." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 10/2/2024 | Mathieu Boulègue | Bloomberg | Russian Weapons, American chips: How a weapon packed with US technology killed a 6 year-old girl in Ukraine | https://www.bloomberg.com/features/2024-russian-missiles-us-tech-ukraine/ | "Markings on the missile's engine and some of the components showed it was assembled no earlier than March 2023, more than a year after the US and its allies imposed export controls that banned shipments of a broad class of technology to Russia to kneecap its defense industry. The restrictions made it illegal to ship Western-designed semiconductors to Russia if they could be used for military purposes, even if they were made in China." |
| 10/3/2024 | Bernadette Walker | Bloomberg | Russian Weapons Full of US Tech Are Killing Ukrainians | https://www.bloomberg.com/news/newsletters/2024-10-03/russian-weapons-full-of-us-tech-are-killing-ukrainians-big-take | "'How could a fragment fly from so far away and kill Sofiya?' Part of the answer is that the missile was guided by components made by four Western companies, more than a year after the US and its allies imposed export controls that banned shipments of a broad class of technology to Russia to kneecap its defense industry." |
| 11/2024 | Staff | US-China Economic and Security Review Commission | 2024 Annual Report to Congress: Technology and Consumer Product Opportunities and Risks Chapter 3: U.S.-China Competition in Emerging Technologies | https://www.uscc.gov/sites/default/files/2024-11/Chapter_3--U.S.-China_Competition_in_Emerging_Technologies.pdf | "Legacy chips have also been an important source of technological power bolstering Russia's war against Ukraine. According to a June 2024 New York Times report, an expansive network of illicit exporters operating in China and several other countries has managed to ship an estimated $4 billion worth of restricted integrated circuits to Russia since its invasion of Ukraine. Many of these come from Chinese companies shipping via shell companies in Hong Kong, helping 'China emerg[e] as the dominant chip supplier to Russia.' Despite not being suitable for advanced military technologies such as AI, legacy semiconductors have been found in a host of Russian weapons and are a critical dual-use technology for Russia's war efforts. " |
| 11/4/24 | U.S. DOJ | U.S. DOJ | Virginia Company and Two Senior Executives Charged with Illegally Exporting Millions of Dollars of U.S. Technology to Russia | https://www.justice.gov/archives/opa/pr/virginia-company-and-two-senior-executives-charged-illegally-exporting-millions-dollars-us | "The goods that the defendants illegally exported as part of the Finland scheme included 'high priority' items that the Department of Commerce has identified as particularly significant to Russian weaponry, including the same type of electronic component found on Russian 'suicide' drones used to destroy Ukrainian tanks and jets." |
| 12/3/24 | U.S. DOJ | U.S. DOJ | Dual U.S. and Iranian Citizen Arrested for Unlawfully Exporting U.S. Technology to Iran | https://www.justice.gov/archives/opa/pr/dual-us-and-iranian-citizen-arrested-unlawfully-exporting-us-technology-iran | "For years, the defendant allegedly used proxy destinations to try to smuggle UAV components and other controlled technology to Iran, even concealing controlled items in his own luggage," |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 12/5/2024 | Joby Warrick and Serhiy Morgunov | Washington Post | Far from the front lines, a spy war rages over Russian weapons | https://www.washingtonpost.com/national-security/2024/12/05/russian-sanctions-weapons-ukraine-war/ | "For example, while Russia is easily able to buy drone engines and computer chips from China, it still struggles to find adequate supplies of such basic items as high-performance lubricants needed to keep tanks running in cold weather or computerized machine tools essential for building airframes for drones and missiles, said Kristofer Harrison, president of DKP, a Virginia-based nonprofit that tracks illicit networks linked to Russia and other authoritarian regimes. U.S. officials only recently imposed restrictions on machine tool imports to Russia." |
| 12/9/2024 | Oleh Pavliuk & Alona Mazurenko | Pravda | Russians exploit loophole to purchase US microchips despite sanctions - Bloomberg | https://www.pravda.com.ua/eng/news/2024/12/09/7488404/ | " For example, one major Russian distributor processed over 4,000 orders for hundreds of thousands of TI products, valued at approximately US$6 million, between August 2023 and August 2024. Of these, nearly US$4 million worth of orders were intended for Russian military companies. Before reaching Russia, the products were routed through Hong Kong or other countries." |
| 12/16/2024 | U.S. DOJ | U.S. DOJ | Founder of Iranian Company Arrested for Providing Material Support to the Islamic Revolutionary Guard Corps (IRGC), and for Scheme to Procure Sensitive U.S. Technology for Use in IRGC Military Drones, One of Which Killed Three U.S. Servicemembers | https://www.justice.gov/archives/opa/pr/founder-iranian-company-arrested-providing-material-support-islamic-revolutionary-guard | "Abedini, Sadeghi, and others conspired to evade U.S. export control and sanctions laws by procuring U.S. origin goods, services, and technology from, among others, U.S. Company and causing those goods, services, and technology to be exported or otherwise supplied to Iran and, in particular, Abedini's Iranian company, SDRA." |
| 12/18/2024 | | U.S. Senate PSI | Majority Staff Report - The U.S. Technology Fueling Russia's War in Ukraine | https://www.hsgac.senate.gov/wp-content/uploads/The-U.S.-Technology-Fueling-Russias-War-in-Ukraine-Examing-BISs-Enforcement-of-Semiconductor-Export-Controls.pdf | "Semiconductor export controls against China and Russia have been ineffective" |
| 12/18/2024 | Senator Richard Blumenthal | U.S. Senate PSI | Letter to Secretary Raimondo, Department of Commerce | https://www.hsgac.senate.gov/wp-content/uploads/2024-12-18-Blumenthal-Letter-to-Secretary-Raimondo.pdf | "Recent reporting demonstrates that the gaps identified by the Subcommittee may have contributed to Texas Instruments' products going to the Russian military despite export controls." |
| 12/18/2024 | AP Staff | Associated Press | US Effort to Curb China's and Russia's Access to Advanced Computer Chips 'Inadequate,' Report Finds | https://www.usnews.com/news/business/articles/2024-12-18/us-effort-to-curb-chinas-and-russias-access-to-advanced-computer-chips-inadequate-report-finds | "The committee made several recommendations in its report, including Congress allocating more money for hiring additional personnel to enforce export controls, imposing larger fines on companies that violate controls and requiring periodic reviews of advanced chip companies' export control plans by outside entities." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 1/8/2025 | U.S. DOJ | U.S. DOJ | Canadian National Sentenced to 40 Months for Multimillion-Dollar Export Control Scheme | https://www.justice.gov/archives/opa/pr/canadian-national-sentenced-40-months-multimillion-dollar-export-control-scheme | "Goltsev masterminded a global procurement scheme on behalf of sanctioned Russian companies, including Russian military companies. Some of the electronic components shipped by Goltsev were later found in seized Russian weapons platforms and signals intelligence equipment in Ukraine." |
| 1/28/2025 | | Organized Crime and Corruption Reporting Project | Belarus's Integral Bypasses Sanctions, Fuels Russian War Effort | https://www.occrp.org/en/news/belaruss-integral-bypasses-sanctions-fuels-russian-war-effort | "Despite international sanctions against Belarus, the state-owned company Integral has continued to obtain European and American components, enabling the production of microchips found in Russian missiles used in Ukraine." |
| 1/30/2025 | Anna Myroniuk, Schemes and Carl Schreck | Radio Free Europe | China Supplying Critical Minerals for Russia's Weapons | https://www.rferl.org/a/china-critical-minerals-russia-weapons-ukraine-2024/33295674.html | "Since Russia launched its full-scale invasion of Ukraine nearly three years ago, Western nations have accused China of supplying Moscow with microchips and other critical dual-use technologies that are 'powering Russia's brutal war of aggression.'" |
| 2/19/2025 | | Global Defense Corp. | Russian Military Suppliers Exploit loophole in US microchip embargo | https://www.globaldefensecorp.com/2025/02/19/russian-military-suppliers-exploit-loophole-in-us-microchip-embargo/ | "Russian distributors may have gained access to Texas Instruments' application programming interface . . . [t]hrough [which] . . . one Russian distributor processed over 4,000 orders" |
| 3/3/2025 | | OCCRP Analysis | Western Tech Fuels Russia's Missiles | https://www.occrp.org/en/news/western-tech-fuels-russias-missiles | "An analysis of customs data found that from 2022 to January 2024, more than 200,000 shipments of restricted microelectronics entered Russia. Among the most frequently found components in Russian weapons were microprocessors produced by Texas Instruments, Analog Devices and Maxim Integrated Products—all American companies. These chips appeared in Russian cruise missiles, ballistic missiles, and drones, including the Kh-101, Iskander, Kinzhal, Kalibr and Shahed-136 drones." |
| 3/3/2025 | Olesya Shmagun, Petr Bugaev, Alexey Basmanov | Novaya Gazeta Europe | Made in USA  At least 722 Ukrainian civilians were killed by weapons containing components from Western countries. During the three years of war, there wasn't a single day when such components weren't supplied to Russia (in Ukrainian) | https://novayagazeta.eu/articles/2025/03/03/made-in-usa | "during the period studied from 2022 to 2024, there were only a few days when new microchips from Analog Devices, Texas Instruments, and Maxim Integrated were not delivered to customs. On average, Russian customs recorded 4,000 deliveries per month." (in Ukrainian) |
| 3/10/2025 | Kyiv Independent Investigation | | We Tried to Buy American Chips as a Russian Defense Manufacturer — And It Worked | https://kyivindependent.com/investigation-we-tried-to-buy-american-chips-as-a-russian-defense-manufacturer-heres-why-its-possible/ | "To prove that this line of supply continues to operate three years into Russia's full-scale invasion, the Kyiv Independent tried ordering American microchips from Russian trading companies, posing as a Russian defense producer." |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 4/30/2025 | Katie Marie Davies | The Kyiv Independent | Who are Russia's allies, and can Kremlin's war machine survive without them? | https://www.yahoo.com/news/russias-war-machine-survive-without-201744605.html | "Boulegue says Russia has poured considerable resources into building such alternative supply chains, which are often dependent on illegal networks.  'Since the Soviet era, (Russia has) been extremely good at keeping a network of agents abroad through espionage and intelligence,' he says. 'They reactivated this network of people to continue importing all these components and hardware that can be used for the military industry illegally.'" |
| 6/27/2025 | n/a | Conference | Fair Play: How to Make Sanctions Work | https://mainstream.ua/en/conference-%E2%80%98fair-play-how-to-make-sanctions-work%E2%80%99 | "Particular attention was paid to the identification of components used in Russian weapons. That is why the conference organised an exhibition of samples of munitions and critical components found in enemy drones, missiles and other types of weapons. The exhibition demonstrated real-life examples of the use of imported technologies in Russian weapons, which allowed the participants to better understand the importance of sanctions control." |
| 7/2025 | CAR Investigators | Conflict Armament Research | Evidencing commercial components in missiles and UAVs | https://storymaps.arcgis.com/stories/288b05993eb041c289fb3749b4e1d4cf | "CAR's analysis indicates that many documented components are not only systemically intrinsic to advanced Russian, Iranian, and North Korean weapons, but that many are considered by regulators to be high priority items. The scale and centrality of multipurpose commercial components to these systems has led to a recognition that missile and UAV proliferation and component controls are intrinsically interlinked." |
| 7/2025 | | International Partnership for Human Rights, The Independent Anti-Corruption Commission (NAKO), and Hunterbrook | Parts of the Problem: Tracing Western Tech in Russia's Jets | https://iphronline.org/wp-content/uploads/2025/07/jets-report-2025.pdf | "identified foreign components in Russian SU-34 and SU-35S2 jets and established manufacturers of those components, their respective jurisdictions, and the components' export regulations" |
| 7/2/2025 | Karen Freifeld | Reuters | AOS settles with US over unauthorized shipments to China's Huawei in 2019 | https://www.reuters.com/world/china/aos-settles-with-us-over-unauthorized-huawei-shipments-2025-07-02/ | "agreed to pay $4.25 million to settle with the U.S. Department of Commerce for shipping items to China's Huawei Technologies in violation of export regulations" |

# CHRONOLOGICAL NOTICE OF SEMICONDUCTOR COMPONENT EXPORTS FOR MILITARY USE

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 7/4/2025 | Kate Plummer | Newsweek | US Electronic Components Still Turning Up in Russian Fighter Jets: Report | https://www.newsweek.com/russian-fighter-jets-weapons-us-companies-electronic-components-2094612 | "In the SU-34 jets, NAKO found 227 components from 59 companies including Analog Device, Murata, Texas Instruments and Intel. Of these, 68 percent (154) came from the U.S. In the SU-35 jets, NAKO found 891 components from 138 companies, with 62.3 percent (555) coming from the U.S. The companies included Analog Devices (ADI), Texas Instruments, Murata, OnSemi, Intel and Vicor." |
| 7/8/2025 | Kyiv Independent Staff | Kyiv Independent | Ukraine sanctions 5 Chinese firms for supplying components used in Russian drones | https://kyivindependent.com/ukraine-sanctions-5-chinese-firms-for-supplying-components-used-in-russian-drones-06-2025/ | "five Chinese-registered companies accused of supplying components found in Russian Shahed-type drones used to attack Ukraine." |
| 7/8/2025 | Sam Koppelman | Hunterbrook | How Western Tech Powers Russia's War Against Ukrainian Civilians | https://hntrbrk.com/jet-report/ | "Of the 891 total components sourced from 138 different companies, 58.9% fall under stricter export control regulations, marking them as high-priority items for oversight." |
| 7/21/2025 | Mathieu Boulègue | Chatham House, the Royal Institute of International Affairs | Russia's struggle to modernize its military industry | https://www.chathamhouse.org/2025/07/russias-struggle-modernize-its-military-industry/impact-sanctions-and-war-and-how-opk | "Russia has continued to have access to sanctioned Western dual-use and military-grade components and technology, especially after the imposition of sanctions in 2014.88 There are also many examples of alternative procurement structures, third-party imports and networks aimed at bypassing current restrictions." |
| 7/24/2025 | Derry Lenehan | Cronkite News | US-made electronics still found in Russian warplanes linked to alleged war crimes in Ukraine, despite 3 years of sanctions and export controls | https://cronkitenews.azpbs.org/2025/07/24/american-technology-found-russian-war-aircraft/ | "The report found that components made by U.S. industry giants such as Analog Devices, Texas Instruments and Intel have been found in the cockpits and avionics bays of SU-34 and SU-35 fighters – the "workhorses" of Moscow's precision bombing campaigns in Ukraine." |
| 7/24/2025 | | Institute of Legislative Ideas | American-made electronics are still being found in Russian military aircraft | https://confiscation.com.ua/en/news/American_made_electronics_are_still_being_found_in_russian_military_aircraft/ | "While all of the components should be off-limits to Russia, 6% are regarded by the BIS as especially sensitive to U.S. national security." |
| 9/19/2025 | Congressional Research Service | Library of Congress | U.S. Export Controls and China: Advanced Semiconductors | https://www.congress.gov/crs-product/R48642 | "Since 2018, the U.S. government has sought to strengthen U.S. export controls of advanced semiconductors" |

| Date | Author | Source | Title | URL | Excerpt |
|---|---|---|---|---|---|
| 9/25/2025 | David Hayes; Conflict Armament Research | International Institute for Strategic Studies | Tracking the Components of Missiles and UAVs Used by Russia in Ukraine: What Lessons for Control Regimes? | https://www.iiss.org/research-paper/2025/09/tracking-the-components-of-missiles-and-uavs-used-by-russia-in-ukraine-what-lessons-for-control-regimes/ | "Monitoring changes in component profiles requires sustained, in-depth investigation. Field investigators working to track component diversion provide a vital data stream to support assessments of how export controls and relevant  restrictive measures are working. Many of these items, especially semiconductors and other electronic components, move through diffuse supply chains that are difficult to monitor, track and control. In tracking the supply of these components, CAR has overcome long-standing obstacles by using a large-scale but targeted tracing approach in collaboration with industry stakeholders, enabling its investigators to overlay responses and triangulate across supply chains to identify common chokepoints." |
| 11/14/2025 | Staff | US-China Economic and Security Review Commission | China's Facilitation of Sanctions and Export Control Evasion | https://www.uscc.gov/research/chinas-facilitation-sanctions-and-export-control-evasion#_Toc213758816 | "On February 4, 2022, China and Russia established a 'no limits' trading partnership.  Shortly after, President Putin invaded Ukraine on February 24, 2022, triggering a slew of export controls by the United States" |