# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARTA SHUMYLO, INDIVIDUALLY, AND A.K., a minor (DECEASED), BY AND THROUGH HEIR, MARTA SHUMYLO, NATALIIA NIKITSKA, INDIVIDUALLY, AND D.N., a minor (DECEASED), BY AND THROUGH HEIR NATALIIA NIKITSKA, VALENTINA TSVITOK, INDIVIDUALLY, AND T.T., a minor (DECEASED), BY AND THROUGH HEIR, VALENTINA TSVITOK, | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:25-CV-03400-D (Consolidated for Pretrial Purposes Only With Civil Action Nos. 3:25-CV-3402-D, 3:25-CV-3403-D, 3:25-CV-3406-D, and 3:25-CV-3416-D) |
| *Plaintiffs,* | | |
| v. | | |
| TEXAS INSTRUMENTS INCORPORATED, ADVANCED MICRO DEVICES, INC., INTEL CORPORATION, MOUSER ELECTRONICS, INC., and DOES 1-100, | | |
| *Defendants.* | | |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

For the reasons explained in their simultaneously filed Memorandum, Defendants respectfully ask the Court to dismiss Plaintiffs' petitions with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). For the Court's convenience, the basis for dismissing each claim is set forth in the chart below.

| Basis for Dismissing Each Claim | | |
|---|---|---|
| **Claims** | **Basis for Dismissal** | **Relief Requested** |
| All Claims | • Field preemption and/or conflict preemption: the foreign affairs doctrine and/or federal export controls laws preempt Plaintiffs' claims. (§ IV)<br><br>• Causation: Plaintiffs fail to plead causation, which is required for all claims. (§ V(A))<br><br>• Timeliness: The *Tereschenko*, *Zaplyvanyi*, and *Babich* Plaintiffs' claims are time-barred. (§ V(E)) | All claims must be **dismissed**.<br><br>Claims dismissed on preemption or timeliness grounds should be dismissed with prejudice.<br><br>Even if no other claims are dismissed, the *Tereschenko*, *Zaplyvanyi*, and *Babich* Plaintiffs' claims must be dismissed with prejudice. |
| 1: Negligence (Manufacturer Defendants) | • No duty: Plaintiffs fail to plead a cognizable duty. (§ V(C)) | Even if all claims are not dismissed as preempted or for lack of causation, the negligence claim (Claim 1) must be dismissed. |
| 2: Negligence (Mouser Electronics) | • No duty: Plaintiffs fail to plead a cognizable duty. (§ V(C)) | Even if all claims are not dismissed as preempted or for lack of causation, the negligence claim (Claim 2) must be dismissed. |
| 3: Negligence Per Se | • No duty: Plaintiffs fail to plead a cognizable duty. (§ V(C))<br><br>• No private right of action: negligence per se is barred because Congress did not create any private right of action to enforce U.S. export controls laws. (§ V(B)) | Even if all claims are not dismissed as preempted or for lack of causation, the negligence per se claim (Claim 3) must be dismissed. |
| 4: Gross Negligence | • No duty: Plaintiffs fail to plead a cognizable duty. (§ V(C)) | Even if all claims are not dismissed as preempted or for lack of causation, the gross negligence claim (Claim 4) must be dismissed. |
| 5: Conspiracy to Violate Export Controls Laws | • No private right of action: the conspiracy claim requires an underlying tort, and none exists because Congress did not create any private right of | Even if all claims are not dismissed as preempted or for lack of causation, the conspiracy claim (Claim 5) must be dismissed. |

1

| Basis for Dismissing Each Claim | | |
|---|---|---|
| **Claims** | **Basis for Dismissal** | **Relief Requested** |
| | action to enforce U.S. export controls laws.  (§ V(B))<br><br>• Allegations are deficient: Plaintiffs fail to plausibly allege facts reflecting that Defendants conspired to cause Plaintiffs' injuries.  (§ V(D)) | |
| 6: Aiding and Abetting | • No aiding-and-abetting claim: Texas law does not recognize a civil "aiding and abetting" claim.  (§ V(D))<br><br>• Allegations are deficient: Plaintiffs' do not allege the elements of any aiding and abetting claim.  (§ V(D)) | Even if all claims are not dismissed as preempted or for lack of causation, the aiding and abetting claim (Claim 6) must be dismissed. |
| 7: Fraudulent Concealment | • Allegations are deficient: Plaintiffs fail to plausibly allege facts stating a fraudulent disclosure claim, including a duty of disclosure to plaintiffs. (§ V(D))<br><br>• Rule 9(b): Plaintiffs fail to satisfy the heightened pleading requirements of FRCP 9(b).  (§ V(D)) | Even if all claims are not dismissed as preempted or for lack of causation, the fraudulent concealment claim (Claim 7) must be dismissed. |
| 8: Joint Enterprise | • No private right of action: the joint-enterprise claim requires an underlying tort, and none exists because Congress did not create any private right of action to enforce U.S. export controls laws.  (§ V(B))<br><br>• Allegations are deficient: Plaintiffs fail to plausibly allege facts supporting elements of joint-enterprise claim. (§ V(D)) | Even if all claims are not dismissed as preempted or for lack of causation, the joint enterprise claim (Claim 8) must be dismissed. |
| 9: Wrongful Death | • No underlying tort: These claims fail because the underlying tort claims fail. (§ V(D)) | Even if all claims are not dismissed as preempted or for lack of causation, the wrongful death claim (Claim 9) must be dismissed. |

2

| Basis for Dismissing Each Claim | | |
|---|---|---|
| **Claims** | **Basis for Dismissal** | **Relief Requested** |
| | • Allegations are deficient: Plaintiff Tsvitok is not a proper wrongful death Plaintiff under Texas Law.  (§ V(D)) | |
| 10: Survival | • No underlying tort: These claims fail because the underlying tort claims fail. (§ V(D))<br><br>• Allegations are deficient: Plaintiffs have not pleaded sufficient facts to show that they are the relevant estates' personal representatives.  (§ V(D)) | Even if all claims are not dismissed as preempted or for lack of causation, the survivor claim (Claim 10) must be dismissed. |

Dated: March 20, 2026

Respectfully submitted,

*L. ashley aull*

L. Ashley Aull

Gregory P. Stone*
L. Ashley Aull*
David T. Ryan*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th  Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Fax:  (213) 687-3702
Gregory.Stone@mto.com
Ashley.Aull@mto.com

Helen E. White*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100
Fax: (202) 220-2300
Helen.White@mto.com

Jeff Tillotson
State Bar No. 20039200
TILLOTSON, JOHNSON & PATTON LLP
1201 Main St., Suite 1300
Dallas, TX 45202

(214) 382-3040
jtillotson@tillotsonlaw.com

**ATTORNEYS    FOR    DEFENDANT
INTEL CORP.**

*/s/ Eliot T. Burriss*
Eliot T. Burriss
State Bar No. 2404611
eli.burriss@faegredrinker.com
Zack M. McConnell
State Bar No. 24143181
zack.mcconnell@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH
LLP
2323 Ross Ave., Suite 1700
Dallas, TX 75201
Telephone:  (469) 357-2500
Fax:  (469) 327-0860

**ATTORNEYS FOR DEFENDANT
MOUSER ELECTRONICS, INC.**

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@kslaw.com
Rex Mann
Texas Bar No. 24075509
rmann@kslaw.com
KING & SPALDING LLP
2601 Olive St., Suite 2300
Dallas, TX 75201
Telephone:  (214) 764-4600
Fax:  (214) 764-4601

**ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS,
INCORPORATED**

*/s/ Anna G. Rotman, P.C.*
Anna G. Rotman, P.C.
State Bar No. 24046761
KIRKLAND & ELLIS LLP
609 Main St.

4

Houston, TX 77002
Telephone: (713) 836-3600
Fax: (713) 836-3601
Email: anna.rotman@kirkland.com

Erin Nealy Cox, P.C.
State Bar No. 00794357
KIRKLAND & ELLIS LLP
4550 Travis St.
Dallas, TX 75205
Telephone: (214) 972-1757
Fax: (214) 972-1771
Email: erin.nealycox@kirkland.com

Jordan L. Greene*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3067
Fax: (202) 389-5200
jordan.greene@kirkland.com

**ATTORNEYS FOR DEFENDANT**
**ADVANCED MICRO DEVICES, INC.**

*Pro hac vice*

5

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on March 20, 2026, per Local Rule 5.1(e).

_/s/ L. Ashley Aull_
L. Ashley Aull

6