## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MARTA SHUMYLO, INDIVIDUALLY, AND A.K., a minor (DECEASED), BY AND THROUGH HEIR, MARTA SHUMYLO, NATALIIA NIKITSKA, INDIVIDUALLY, AND D.N., a minor (DECEASED), BY AND THROUGH HEIR NATALIIA NIKITSKA, VALENTINA TSVITOK, INDIVIDUALLY, AND T.T., a minor (DECEASED), BY AND THROUGH HEIR, VALENTINA TSVITOK, | § § § § § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:25-CV-03400 |
| v. | § § § | (Consolidated for Pretrial Purposes Only With Civil Action Nos. 3:25-CV-3402-D, 3:25-CV-3403-D, 3:25-CV-3406-D, and 3:25-CV-3416-D) |
| MOUSER ELECTRONICS, INC., TEXAS INSTRUMENTS INCORPORATED, ADVANCED MICRO DEVICES, INC., INTEL CORPORATION, and DOES 1-100, | § § § § § | |
| *Defendants.* | § § § § | |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS' MOTION TO DISMISS

On this day, the Court considered the Motion to Dismiss ("Motion") filed by Defendants Mouser Electronics, Inc., Texas Instruments Incorporated, Advanced Micro Devices, Inc., and Intel Corporation (the "Defendants"). Having considered the Motion, its supporting memorandum, the opposition, and reply thereto, and having found good cause for the relief requested, Defendants' Motion is **GRANTED**.

2

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

- Plaintiffs' petitions in each of the consolidated actions are dismissed with prejudice for failure to state a claim.

SIGNED and ENTERED this the _____ day of _____, 2026.

_____

HONORABLE SIDNEY A. FITZWATER